# Exhibit 1

# YOUR
# BENEFIT
# PLAN

EL RIO HEALTH CENTER
Physicians, Dentists, Pharmacists and Medical Directors

**Short Term Disability, Long Term Disability, Basic Term Life, Supplemental Dependent Life, Supplemental Term Life, Basic Accidental Death and Dismemberment**

HLAICSFPOL000001

**Questions or Complaints about Your Coverage**

**In the event You have questions or complaints regarding any aspect of Your coverage, You should contact Your Employee Benefits Manager or You may write to us at:**
The Hartford
Group Benefits Division, Customer Service
P.O. Box 2999
Hartford, CT 06104-2999

**Or call Us at:** 1-800-523-2233

When calling, please give Us the following information:
1) the policy number; and
2) the name of the policyholder (employer or organization), as shown in Your Certificate of Insurance.

**Or You may contact Our Sales Office:**
Hartford Life and Accident Insurance Company
Group Sales Department
10010 N 25th Avenue
Phoenix, AZ  85021
TOLL FREE:  888-483-0723
FAX:  602-652-9559

**If you have a complaint, and contacts between you and the insurer or an agent or other representative of the insurer have failed to produce a satisfactory solution to the problem, the following states require we provide you with additional contact information:**

| For residents of: | Write | Telephone |
|---|---|---|
| **Arkansas** | Arkansas Insurance Department<br>Consumer Services Division<br>1200 West Third Street<br>Little Rock, AR 72201-1904 | 1(800) 852-5494<br>1(501) 371-2640 (in the Little Rock area) |
| **California** | State of California Insurance Department<br>Consumer Communications Bureau<br>300 South Spring Street, South Tower<br>Los Angeles, CA 90013 | 1(800) 927-HELP |
| **Idaho** | Idaho Department of Insurance<br>Consumer Affairs<br>700 W State Street, 3rd Floor<br>PO Box 83720<br>Boise, ID 83720-0043 | 1-800-721-3272 or www.DOI.Idaho.gov |
| **Illinois** | Illinois Department of Insurance<br>Consumer Services Station<br>Springfield, Illinois 62767 | Consumer Assistance: 1(866) 445-5364<br>Officer of Consumer Health Insurance:<br>1(877) 527-9431 |
| **Indiana** | Public Information/Market Conduct<br>Indiana Department of Insurance<br>311 W. Washington St. Suite 300<br>Indianapolis, IN 46204-2787 | Consumer Hotline: 1(800) 622-4461<br>1(317) 232-2395 (in the Indianapolis Area) |
| **Virginia** | Life and Health Division<br>Bureau of Insurance<br>P.O. Box 1157<br>Richmond, VA 23209 | 1(804) 371-9741 (inside Virginia)<br>1(800) 552-7945 (outside Virginia) |
| **Wisconsin** | Office of the Commissioner of Insurance<br>Complaints Department<br>P.O. Box 7873<br>Madison, WI 53707-7873 | 1(800) 236-8517 (outside of Madison)<br>1(608) 266-0103 (in Madison)<br>to request a complaint form. |

**The following states require that We provide these notices to You about Your coverage:**

**For residents of:**

**Arizona**   This certificate of insurance may not provide all benefits and protections provided by law in Arizona. Please read This certificate carefully.

**Florida**   The benefits of the policy providing you coverage are governed primarily by the laws of a state other than Florida.

## STATE OF DELAWARE
## The Civil Union and Equality Act of 2011
## Effective January 1, 2012

In accordance with Delaware law, insurers are required to provide the following notice to applicants of insurance policies issued in Delaware.

The Civil Union and Equality Act of 2011 ("the Act") creates a legal relationship between two persons of the same sex who form a civil union. The Act provides that the parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the laws of Delaware to spouses in a legal marriage. The law further provides that a party to a civil union shall be included in any definition or use of the terms "spouse," "family," "immediate family," "dependent," "next of kin," and other terms descriptive of spousal relationships as those terms are used throughout Delaware law. This includes the terms "marriage" or "married," or variations thereon. Insurance policies are required to provide identical benefits and protections to both civil unions and marriages. If policies of insurance provide coverage for children, the children of civil unions must also be provided coverage. The Act also requires recognition of same sex civil unions or marriages legally entered into in other jurisdictions.

For more information regarding the Act, refer to Chapter 2 of Title 13 of the Delaware Code or the State of Delaware website at www.delaware.gov/CivilUnions.

### Georgia

The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family abuse.

## STATE OF ILLINOIS
## The Religious Freedom Protection and Civil Union Act
## Effective June 1, 2011

In accordance with Illinois law, insurers are required to provide the following notice to applicants of insurance policies issued in Illinois.

The Religious Freedom Protection and Civil Union Act ("the Act") creates a legal relationship between two persons of the same or opposite sex who form a civil union. The Act provides that the parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the laws of Illinois to spouses. The law further provides that a party to a civil union shall be included in any definition or use of the terms "spouse," "family," "immediate family," "dependent," "next of kin," and other terms descriptive of spousal relationships as those terms are used throughout Illinois law. This includes the terms "marriage" or "married," or variations thereon. Insurance policies are required to provide identical benefits and protections to both civil unions and marriages. If policies of insurance provide coverage for children, the children of civil unions must also be provided coverage. The Act also requires recognition of civil unions or same sex civil unions or marriages legally entered into in other jurisdictions.

For more information regarding the Act, refer to 750 ILCS 75/1 *et seq.* Examples of the interaction between the Act and existing law can be found in the Illinois Insurance Facts, Civil Unions and Insurance Benefits document available on the Illinois Department of Insurance's website at www.insurance.illinois.gov.

### Maine

1.  The benefits under this policy are subject to reduction due to other sources of income.

    This means that your benefits will be reduced by the amount of any other benefits for loss of time provided to you or for which you are eligible as a result of the same period of disability for which you claim benefits under this policy.

    Other sources of income are plans or arrangements of coverage that provide disability-related benefits such as Worker's Compensation or other similar governmental programs or laws, or disability-related benefits received from your employer or as the result of your employment, membership or association with any group, union, association or other organization. Other sources of income include disability-related benefits under the United States Social Security Act or an alternate governmental plan, the Railroad Retirement Act, and other similar plans or acts. Other sources of income may also include certain disability-related or retirement benefits that you receive because of your retirement unless you were receiving them prior to becoming disabled.

    What comprises other sources of income under this policy is determined by the nature of the policyholder. Therefore, we strongly urge you to **Read Your Certificate Carefully.** A full description of the plans and types of plans considered to be other sources of income under this policy will be found in the definition of "Other Income Benefits" located in the Definitions section of your certificate.

2.  The laws of the State of Maine require notification of the right to designate a third party to receive notice of cancellation, to change the designation and, policy reinstatement if the insured suffers from organic brain disease and the ground for cancellation was the insured's nonpayment of premium or other lapse or default on the part of the insured.

    Within 10 days after a request by an insured, a Third Party Notice Request Form shall be mailed or personally delivered to the insured.

### Maryland

**The group insurance policy providing coverage under this certificate was issued in a jurisdiction other than Maryland and may not provide all of the benefits required by Maryland law.**

### Montana

Conformity with Montana statutes:  The provisions of this certificate conform to the minimum requirements of Montana law and control over any conflicting statutes of any state in which the insured resides on or after the effective date of this certificate.

### North Carolina

UNDER NORTH CAROLINA GENERAL STATUTE SECTION 58-50-40, NO PERSON, EMPLOYER, FINANCIAL AGENT, TRUSTEE, OR THIRD PARTY ADMINISTRATOR, WHO IS RESPONSIBLE FOR THE PAYMENT OF GROUP LIFE INSURANCE, GROUP HEALTH OR GROUP HEALTH PLAN PREMIUMS, SHALL:
1)  CAUSE THE CANCELLATION OR NONRENEWAL OF GROUP LIFE INSURANCE, GROUP HEALTH INSURANCE, HOSPITAL, MEDICAL, OR DENTAL SERVICE CORPORATION PLAN, MULTIPLE EMPLOYER WELFARE ARRANGEMENT, OR GROUP HEALTH PLAN COVERAGES AND THE CONSEQUENTIAL LOSS OF THE COVERAGES OF THE PERSON INSURED, BY WILLFULLY FAILING TO PAY THOSE PREMIUMS IN ACCORDANCE WITH THE TERMS OF THE INSURANCE OR PLAN CONTRACT; AND
2)  WILLFULLY FAIL TO DELIVER, AT LEAST 45 DAYS BEFORE THE TERMINATION OF THOSE COVERAGES, TO ALL PERSONS COVERED BY THE GROUP POLICY WRITTEN NOTICE OF THE PERSON'S INTENTION TO STOP PAYMENT OF PREMIUMS. VIOLATION OF THIS LAW IS A FELONY. ANY PERSON VIOLATING THIS LAW IS ALSO SUBJECT TO A COURT ORDER REQUIRING THE PERSON TO COMPENSATE PERSONS INSURED FOR EXPENSES OR LOSSES INCURRED AS A RESULT OF THE TERMINATION OF THE INSURANCE.

**IMPORTANT TERMINATION**
**INFORMATION**

**YOUR INSURANCE MAY BE CANCELLED BY THE COMPANY. PLEASE READ THE TERMINATION PROVISION IN THIS CERTIFICATE.**

**THIS CERTIFICATE OF INSURANCE PROVIDES COVERAGE UNDER A GROUP MASTER POLICY. THIS CERTIFICATE PROVIDES ALL OF THE BENEFITS MANDATED BY THE NORTH CAROLINA INSURANCE CODE, BUT YOU MAY NOT RECEIVE ALL OF THE PROTECTIONS PROVIDED BY A POLICY ISSUED IN NORTH CAROLINA AND GOVERNED BY ALL OF THE LAWS OF NORTH CAROLINA.**

**PRE-EXISTING LIMITATION**
**READ CAREFULLY**
**NO BENEFITS WILL BE PAYABLE UNDER THIS PLAN FOR PRE-EXISTING CONDITIONS WHICH ARE NOT COVERED UNDER THE PRIOR PLAN. PLEASE READ THE LIMITATIONS IN THIS CERTIFICATE.**

**READ YOUR CERTIFICATE CAREFULLY.**

**Texas**

| IMPORTANT NOTICE | AVISO IMPORTANTE |
|---|---|
| To obtain information or make a complaint: | Para obtener informacion o para someter una queja: |
| You may call The Hartford's toll-free telephone number for information or to make a complaint at: | Usted puede llamar al numero de telefono gratis de The Hartford para informacion o para someter una queja al: |
| 1-800-523-2233 | 1-800-523-2233 |
| You may also write to The Hartford at:<br>P.O. Box 2999<br>Hartford, CT 06104-2999 | Usted tambien puede escribir a The Hartford:<br>P.O. Box 2999<br>Hartford, CT 06104-2999 |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at: | Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al: |
| 1-800-252-3439 | 1-800-252-3439 |
| You may write the Texas Department of Insurance at:<br>P.O. Box 149104<br>Austin, TX 78714-9410<br>Fax # (512) 475-1771<br>Web: http://www.tdi.state.tx.us<br>E-mail: ConsumerProtection@tdi.state.tx.us | Puede escribir al Departamento de Seguros de Texas:<br>P.O. Box 149104<br>Austin, TX 78714-9410<br>Fax # (512) 475-1771<br>Web: http://www.tdi.state.tx.us<br>E-mail: ConsumerProtection@tdi.state.tx.us |
| **PREMIUM OR CLAIM DISPUTES:**<br>Should you have a dispute concerning your premium or about a claim you should contact the agent or The Hartford first. If the dispute is not resolved, you may contact the Texas Department of Insurance. | **DISPUTAS SOBRE PRIMAS O RECLAMOS:**<br>Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente o The Hartford primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI). |
| **ATTACH THIS NOTICE TO YOUR POLICY:**<br>This notice is for information only and does not become a part or condition of the attached document. | **UNA ESTE AVISO A SU POLIZA:**<br>Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto. |

**HLAICSFPOL000005**



## CERTIFICATE OF INSURANCE

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
**Simsbury, Connecticut**
**(A stock insurance company)**

**Policyholder: TRUSTEE OF THE HEALTH CARE INDUSTRY GROUP VOLUNTARY LIFE AND DISABILITY INSURANCE TRUST**

**Policy Number: GVL-16008**

**Participating Employer: EL RIO HEALTH CENTER**

**Policy Effective Date: January 1, 2017**

**Account Number: 768262**

**Policy Anniversary Date: January 1, 2018**

**Participating Employer Effective Date: January 1, 2017**

We have issued The Policy to the Policyholder. Our name, the Policyholder's name, the Participating Employer's name, The Policy Number and the Participating Employer's Account Number are shown above. The provisions of the Participating Employer's coverage under The Policy, which are important to You, are summarized in this certificate consisting of this form and any additional forms which have been made a part of this certificate. This certificate replaces any other certificate We may have given to You earlier under The Policy. The Policy alone is the only contract under which payment will be made. Any difference between The Policy and this certificate will be settled according to the provisions of The Policy on file with Us at Our home office. The Policy may be inspected at the office of the Policyholder.

Signed for the Company

**Terence Shields,** *Secretary*          **Michael Concannon,** *Executive Vice President*

---

*A note on capitalization in this certificate:*

Capitalization of a term, not normally capitalized according to the rules of standard punctuation, indicates a word or phrase that is a defined term in The Policy or refers to a specific provision contained herein.

GBD-1200 A.1

# TABLE OF CONTENTS

SCHEDULE OF INSURANCE.................................................................................................9
    Cost of Coverage ........................................................................................................9
    Eligible Class(es) for Coverage..................................................................................9
    Eligibility Waiting Period for Coverage .......................................................................9
    Weekly Benefit ...........................................................................................................9
ELIGIBILITY AND ENROLLMENT .......................................................................................9
    Eligible Persons .........................................................................................................9
    Eligibility for Coverage...............................................................................................9
    Enrollment................................................................................................................10
PERIOD OF COVERAGE ..................................................................................................10
    Effective Date...........................................................................................................10
    Deferred Effective Date ...........................................................................................10
    Termination...............................................................................................................10
    Continuation Provisions ...........................................................................................10
BENEFITS..........................................................................................................................11
    Disability Benefit.......................................................................................................11
    Disabled and Working Benefit...................................................................................11
    Termination of Benefit Payment...............................................................................12
    Rehabilitative Employment Benefit...........................................................................12
EXCLUSIONS AND LIMITATIONS .....................................................................................12
GENERAL PROVISIONS....................................................................................................13
DEFINITIONS.....................................................................................................................16
AMENDATORY RIDER.......................................................................................................21
ERISA ...............................................................................................................................91

HLAICSFPOL000007

# SCHEDULE OF INSURANCE

The Policy of short term Disability insurance provides You with short term income protection if You become Disabled from a covered Injury, Sickness, or pregnancy.

**AMENDMENT TO GROUP ACCOUNT NO. GRH-768262 PROCESSED ON FEBRUARY 16, 2017. ANY CHANGES BETWEEN THIS POLICY AND THE PREVIOUSLY ISSUED POLICY ARE EFFECTIVE JANUARY 1, 2017.**

**Cost of Coverage:**
You do not contribute toward the cost of coverage.

**Eligible Class(es) For Coverage:**
All Full-time Active Employees who are physicians, dentists, pharmacists or medical directors who are citizens or legal residents of the United States, its territories and protectorates, excluding managers, temporary, leased or seasonal employees.

> Full-time Employment: at least 20 hours weekly, excluding on-call hours

**Eligibility Waiting Period for Coverage:**
The first day of the month coinciding with or next following 60 day(s) of employment

The time period(s) referenced above are continuous. The Eligibility Waiting Period for Coverage will be reduced by the period of time You were a Full-time or Part-time Active Employee with the Employer.

**Benefits Commence:**
1) for Disability caused by Injury: on the 45th consecutive day of Total Disability or Disabled and Working;
2) for Disability caused by Sickness: on the 45th consecutive day of Total Disability or Disabled and Working.

**Weekly Benefit:**
The lesser of:
1) 60% multiplied by the amount of Your Pre-disability Earnings on which premium for You has been paid; or
2) 60% multiplied by the amount of Your Pre-disability Earnings; or
3) $2,500;
reduced by Other Income Benefits.

**Maximum Duration of Benefits Payable:**
1) 19 week(s) if caused by Injury; or
2) 19 week(s) if caused by Sickness.

<u>**Additional Benefits:**</u>
Disabled and Working Benefit
See Benefit

Rehabilitative Employment Benefit
See Benefit

# ELIGIBILITY AND ENROLLMENT

**Eligible Persons:** *Who is eligible for coverage?*
All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

**Eligibility for Coverage:** *When will I become eligible?*
You will become eligible for coverage on the later of:
1) the Participating Employer Effective Date; or
2) the date You complete the Eligibility Waiting Period for Coverage shown in the Schedule of Insurance, if applicable.

9

HLAICSFPOL000008

**Enrollment:** *How do I enroll for coverage?*
All eligible Active Employees will be enrolled automatically by the Employer.

# PERIOD OF COVERAGE

**Effective Date:** *When does my coverage start?*
Your coverage will start on the date You become eligible.

**Deferred Effective Date:** *When will my effective date for coverage or a change in my coverage be deferred?*
If You are absent from work due to:
1) accidental bodily injury;
2) Sickness;
3) Mental Illness;
4) Substance Abuse; or
5) pregnancy;
on the date Your insurance, or increase in coverage, would otherwise have become effective, Your insurance, or increase in coverage will not become effective until You are Actively at Work one full day.

**Continuity From A Prior Policy:** *Is there continuity of coverage from a Prior Policy?*
If You were:
1) insured under the Prior Policy; and
2) not eligible to receive benefits under the Prior Policy;
on the day before the Participating Employer Effective Date, the Deferred Effective Date provision will not apply.

**Termination:** *When will my coverage end?*
Your coverage will end on the earliest of the following:
1) the date The Policy terminates;
2) the date The Policy no longer insures Your class;
3) the date the premium payment is due but not paid;
4) the last day of the period for which You make any required premium contribution;
5) the date Your Employer terminates Your employment;
6) the date You cease to be a Full time Active Employee in an eligible class for any reason; or
7) the date Your Employer ceases to be a Participating Employer;
unless continued in accordance with any of the Continuation Provisions.

**Continuation Provisions:** *Can my coverage be continued beyond the date it would otherwise terminate?*
Coverage can be continued by Your Employer beyond a date shown in the Termination provision, if Your Employer provides a plan of continuation which applies to all employees the same way. Continued coverage:
1) is subject to any reductions in The Policy;
2) is subject to payment of premium by the Employer; and
3) terminates if:
    a) The Policy terminates;
    b) Your Employer ceases to be a Participating Employer; or
    c) coverage for Your class terminates.

<u>Family Military Leave of Absence</u>: If Your spouse or child enters active full-time military service outside of the continental United States, Hawaii, Puerto Rico or Alaska, and You:
1) have been employed with the same employer for at least two years; and
2) have completed 1,250 hours of service during a 12 month period immediately prior to the date Military Leave of Absence would begin; and
3) have exhausted all the other time made available to You by Your Employer except sick time and short term disability;
then Your coverage may be continued for up to 30 days. If the leave ends prior to the agreed upon date, this continuation will cease immediately.

HLAICSFPOL000009

To elect a Family Military Leave of Absence, You must notify Your Employer at least 14 days prior to the date the leave would begin if the leave would consist of five or more consecutive work days.  For a leave of less than five days, the Employee should give notice as soon as reasonable possible.

Family Medical Leave: If You are granted a leave of absence, in writing, according to the Family and Medical Leave Act of 1993, or other applicable state or local law, Your coverage may be continued for up to 12 weeks, or 26 weeks if You qualify for Family Military Leave, or longer if required by other applicable law, following the date Your leave commenced. If the leave terminates prior to the agreed upon date, this continuation will cease immediately.

**Coverage while Disabled:**  *Does my insurance continue while I am Disabled and no longer an Active Employee?*
If You are Disabled and You cease to be an Active Employee, Your insurance will be continued:
1) while You remain Disabled; and
2) until the end of the period for which You are entitled to receive short term Disability Benefits.

After short term Disability benefit payments have ceased, Your insurance will be reinstated, provided:
1) You return to work for one full day as a Full-time Active Employee in an eligible class;
2) The Policy remains in force; and
3) the premiums for You were paid during Your Disability, and continue to be paid.

**Extension of Benefits for Total Disability:**  *Do my benefits continue if The Policy terminates?*
If You are entitled to benefits while Disabled and The Participating Employer's coverage terminates, benefits:
1) will continue as long as You remain Disabled by the same Disability; but
2) will not be provided beyond the date We would have ceased to pay benefits had the insurance remained in force.
Termination of The Participating Employer's coverage for any reason will have no effect on Our liability under this provision.

# BENEFITS

**Disability Benefit:**  *What are my Disability Benefits under The Policy?*
If, while covered under this Benefit, You:
1) become Totally Disabled;
2) remain Totally Disabled; and
3) submit Proof of Loss to Us;
We will pay the Weekly Benefit.

The amount of any Weekly Benefit payable will be reduced by:
1) the total amount of all Other Income Benefits, including any amount for which You could collect but did not apply; and
2) any income received from the Employer for the period You are Totally Disabled.

**Partial Week Payment:**  *How is a benefit calculated for a period of less than a week?*
If a Weekly Benefit is payable for less than a week, We will pay 1/5 of the Weekly Benefit for each day You were Disabled.

**Disabled and Working Benefits:**  *How are benefits paid when I am Disabled and Working?*
If, while covered under this benefit, You are Disabled and Working, as defined, the Weekly Benefit otherwise payable for Total Disability will be reduced by 50% of Your Current Weekly Earnings.

If You are participating in a program of Rehabilitative Employment approved by Us, We will determine Your Weekly Benefit by the Rehabilitative Employment Benefit.

Days which You are Disabled and Working may be used to satisfy the Benefits Commence Period.

**Recurrent Disability:**  *What happens to my benefits if I return to work as an Active Employee and then become Disabled again?*
When Your return to work as an Active Employee is followed by a Disability, and such Disability is:
1) due to the same cause; or
2) due to a related cause; and

HLAICSFPOL000010

3)   within 15 consecutive calendar day(s) of the return to work;

the Period of Disability prior to Your return to work and the recurrent Disability will be considered one Period of Disability, provided The Policy remains in force.

If You return to work as an Active Employee for 15 consecutive day(s) or more, any recurrence of a Disability will be treated as a new Disability.

**Period of Disability** means a continuous length of time during which You are Disabled under The Policy.

**Multiple Causes:**  *How long will benefits be paid if a period of Disability is extended by another cause?*
If a period of Disability is extended by a new cause while Weekly Benefits are payable, Weekly Benefits will continue while You remain Disabled, subject to the following:
1)   Weekly Benefits will not continue beyond the end of the original Maximum Duration of Benefits; and
2)   any Exclusions will apply to the new cause of Disability.

**Termination of Payment:**  *When will my benefit payments end?*
Benefit payments will stop on the earliest of:
1)   the date You are no longer Disabled;
2)   the date You fail to furnish Proof of Loss;
3)   the date You are no longer under the Regular Care of a Physician;
4)   the date You refuse Our request that You submit to an examination by a Physician or other qualified professional;
5)   the date of Your death;
6)   the last day benefits are payable according to the Maximum Duration of Benefits;
7)   the date Your Current Weekly Earnings exceed 80% of Your Pre-disability Earnings if You are receiving benefits for being Disabled from Your Occupation; or
8)   the date no further benefits are payable under any provision in The Policy that limits benefit duration.

**Rehabilitative Employment Benefit:**  *What happens to my benefits if I accept Rehabilitative Employment?*
If, while You are Totally Disabled or Disabled and Working, You accept Rehabilitative Employment, We will continue to pay a Weekly Benefit.

The Weekly Benefit We will pay will be equal to Your Total Disability Weekly Benefit, less 50% of any income received from the Rehabilitative Employment.

The sum of the Weekly Benefit and total income received from Rehabilitative Employment may not exceed 100% of Your Pre-disability Earnings.  If this sum exceeds the Pre-disability Earnings, the Weekly Benefit paid by Us will be reduced by the excess amount.

We reserve the right to review any Rehabilitative Employment You participate in while benefits are being paid under The Policy.

If You remain Totally Disabled or Disabled and Working after a period of Rehabilitative Employment, You may continue to receive benefits under the Total Disability Benefit or Disabled and Working Benefit, subject to the Maximum Payment Period for such benefit.


# EXCLUSIONS AND LIMITATIONS


**Exclusions:**  *What Disabilities are not covered?*
The Policy does not cover, and We will not pay a benefit for any Disability:
1)   unless You are under the Regular Care of a Physician;
2)   that is caused or contributed to by war or act of war, whether declared or not;
3)   caused by Your commission of or attempt to commit a felony;
4)   caused or contributed to by Your being engaged in an illegal occupation;
5)   caused or contributed to by an intentionally self-inflicted Injury;
6)   resulting from a work-related Injury or Sickness sustained in the course of performing tasks for the Employer;
7)   for which Workers' Compensation benefits are paid, or may be paid if duly claimed; or
8)   sustained as a result of doing any work for pay or profit for another employer.

HLAICSFPOL000011

If You are receiving or are eligible for benefits for a Disability under a prior disability plan that:
1) was sponsored by Your Employer; and
2) was terminated before the Effective Date of The Policy;
no benefits will be payable for the Disability under The Policy.

# GENERAL PROVISIONS

**Notice of Claim:**  *When should I notify the Company of a claim?*
You must give Us, written, electronic or telephonic notice of a claim within 20 days after Disability occurs.  If notice cannot be given within that time, it must be given as soon as reasonably possible after that.  Such notice must include Your name, Your address and the Participating Employer Account Number.

**Claim Forms:**  *Are special forms required to file a claim?*
We will send forms to You to provide Proof of Loss, within 15 days of receiving a Notice of Claim.  If We do not send the forms within 15 days, You may submit any other written, electronic or telephonic proof which fully describes the nature and extent of Your claim.

Proof of loss is typically provided by telephone; however, if forms are required, they will be sent to You for providing Proof of Loss within 15 days after We receive a notice of claim.

**Proof of Loss:**  *What is Proof of Loss?*
Proof of Loss may include but is not limited to the following:
1) documentation of:
    a) the date Your Disability began;
    b) the cause of Your Disability;
    c) the prognosis of Your Disability;
    d) Your Pre-disability Earnings, Current Weekly Earnings or any income, including but not limited to copies of Your filed and signed federal and state tax returns; and
    e) evidence that You are under the Regular Care of a Physician;
2) any and all medical information, including x-ray films and photocopies of medical records, including histories, physical, mental or diagnostic examinations and treatment notes;
3) the names and addresses of all:
    a) Physicians or other qualified medical professionals You have consulted;
    b) hospitals or other medical facilities in which You have been treated; and
    c) pharmacies which have filled Your prescriptions within the past three years;
4) Your signed authorization for Us to obtain and release:
    a) medical, employment and financial information; and
    b) any other information We may reasonably require;
5) Your signed statement identifying all Other Income Benefits; and
6) proof that You and Your dependents have applied for all Other Income Benefits which are available.
You will not be required to claim any retirement benefits which You may only get on a reduced basis.  All proof submitted must be satisfactory to Us.

**Additional Proof of Loss:**  *What additional proof of loss is the Company entitled to?*
To assist Us in determining if You are Disabled, or to determine if You meet any other term or condition of The Policy, We have the right to require You to:
1) meet and interview with our representative; and
2) be examined by a Physician, vocational expert, functional expert, or other professional of Our choice.
Any such interview, meeting or examination will be:
1) at Our expense; and
2) as reasonably required by Us.
Your Additional Proof of Loss must be satisfactory to Us.  Unless We determine You have a valid reason for refusal, We may deny, suspend or terminate Your benefits if You refuse to be examined or meet to be interviewed by Our representative.

**Sending Proof of Loss:**  *When must proof of Loss be given?*
Written Proof of Loss must be sent to Us within 90 day(s) after the start of the period for which We are liable for payment.
If proof is not given by the time it is due, it will not affect the claim if:

HLAICSFPOL000012

1) it was not possible to give proof within the required time; and
2) proof is given as soon as possible; but
3) not later than 1 year after it is due, unless You are not legally competent.

We may request Proof of Loss throughout Your Disability.  In such cases, We must receive the proof within 30 day(s) of the request.

**Claim Payment:** *When are benefit payments issued?*
When We determine that You;
1) are Disabled; and
2) eligible to receive benefits;

We will pay accrued benefits at the end of each week that You are Disabled.  We may, at Our option, make an advance benefit payment based on Our estimated duration of Your Disability.  If any payment is due after a claim is terminated, it will be paid as soon as Proof of Loss satisfactory to Us is received.

**Claims to be Paid:** *To whom will benefits for my claim be paid?*
All payments are payable to You.  Any payments owed at Your death may be paid to Your estate.  If any payment is owed to:
1) Your estate;
2) a person who is a minor; or
3) a person who is not legally competent;

then We may pay up to $1,000 to a person who is Related to You and who, at Our sole discretion, is entitled to it.  Any such payment shall fulfill Our responsibility for the amount paid.

**Claim Denial:** *What notification will I receive if my claim is denied?*
If a claim for benefits is wholly or partly denied, You will be furnished with written notification of the decision. This written notification will:
1) give the specific reason(s) for the denial;
2) make specific reference to The Policy provisions on which the denial is based;
3) provide a description of any additional information necessary to perfect a claim and an explanation of why it is necessary; and
4) provide an explanation of the review procedure.

**Claim Appeal:** *What recourse do I have if my claim is denied?*
On any claim, You or Your representative may appeal to Us for a full and fair review.  To do so You:
1) must request a review upon written application within:
   a) 180 days of receipt of claim denial if the claim requires Us to make a determination of disability; or
   b) 60 days of receipt of claim denial if the claim does not require Us to make a determination of disability; and
2) may request copies of all documents, records, and other information relevant to Your claim; and
3) may submit written comments, documents, records and other information relating to Your claim.

We will respond to You in writing with Our final decision on the claim.

**Arbitration:** *What recourse do I have if I disagree with the Company about the decision which was made regarding my claim for Disability Benefits?*
If You disagree with Us about a decision We make, after Our final review of Your claim for Disability Benefits, You have the right to refer the dispute to an arbitrator.

To proceed You must call the main office of the American Arbitration Association in Washington, D.C. to request arbitration proceeding.  You shall invoke the arbitration proceeding in accordance with the procedures established for Employee Benefit Plan Claims by the American Arbitration Association.

Arbitration shall be conducted by a sole, neutral arbitrator selected from the approved panel maintained by the American Arbitration Association for employee benefit disputes.

The expense of the arbitration shall be borne equally by You and Us unless otherwise ordered by the arbitrator.

The decision of the arbitrator shall be final and binding, and judgment upon the award may be entered in any court having jurisdiction thereof.

**Social Security:** *When must I apply for Social Security Benefits?*

HLAICSFPOL000013

You must apply for Social Security disability benefits when the length of Your Disability meets the minimum duration required to apply for such benefits.  You must apply within 45 days from the date of Our request.  If the Social Security Administration denies Your eligibility for benefits, You will be required:
1)  to follow the process established by the Social Security Administration to reconsider the denial; and
2)  if denied again, to request a hearing before an Administrative Law Judge of the Office of Hearing and Appeals.

**Benefit Estimates:**  *How does the Company estimate Disability benefits under the United States Social Security Act?*
We reserve the right to reduce Your Weekly Benefit by estimating the Social Security disability benefits You or Your spouse and children may be eligible to receive.

When We determine that You or Your Dependent  may be eligible for benefits, We may estimate the amount of these benefits.  We may reduce Your Weekly Benefit by the estimated amount.
Your Weekly Benefit will not be reduced by estimated Social Security disability benefits if:
1)  You apply for Social Security disability benefits and pursue all required appeals in accordance with the Social Security provision; and
2)  You have signed a form authorizing the Social Security Administration to release information about awards directly to Us; and
3)  You have signed and returned Our reimbursement agreement, which confirms that You agree to repay all overpayments.

If We have reduced Your Weekly Benefit by an estimated amount and:
1)  You or Your Dependent are later awarded Social Security disability benefits, We will adjust Your Weekly Benefit when We receive proof of the amount awarded, and determine if it was higher or lower than Our estimate; or
2)  Your application for Social Security disability benefits has been denied, We will adjust Your Weekly Benefit when You provide Us proof of final denial from which You cannot appeal from an Administrative Law Judge of the Office of Hearing and Appeals.

If Your Social Security benefits were lower than we estimated, and We owe You a refund, We will make such refund in a lump sum.  If Your Social Security Benefits were higher than we estimated, and If Your Weekly Benefit has been overpaid, You must make a lump sum refund to Us equal to all overpayments, in accordance with the Overpayment Recovery provision.

**Overpayment:**  *When does an overpayment occur?*
An overpayment occurs:
1)  when We determine that the total amount We have paid in benefits is more than the amount that was due to You under The Policy; or
2)  when payment is made by Us that should have been made under another group policy.

This includes, but is not limited to, overpayments resulting from:
1)  retroactive awards received from sources listed in the Other Income Benefits definition;
2)  failure to report, or late notification to Us of any Other Income Benefit(s) or earned income;
3)  misstatement;
4)  fraud; or
5)  any error We may make.

**Overpayment Recovery:**  *How does the Company exercise the right to recover overpayments?*
We have the right to recover from You any amount that We determine to be an overpayment.  You have the obligation to refund to Us any such amount.  Our rights and Your obligations in this regard may also be set forth in the reimbursement agreement You will be required to sign when You become eligible for benefits under The Policy.

If benefits are overpaid on any claim, You must reimburse Us within 30 days.

If reimbursement is not made in a timely manner, We have the right to:
1)  recover such overpayments from:
    a)  You;
    b)  any other organization;
    c)  any other insurance company;
    d)  any other person to or for whom payment was made; and
    e)  Your estate.

HLAICSFPOL000014

    2) reduce or offset against any future benefits payable to You or Your survivors, until full reimbursement is made. Payments may continue when the overpayment has been recovered;
    3) refer Your unpaid balance to a collection agency; and
    4) pursue and enforce all legal and equitable rights in court.

**Subrogation:** *What are the Company's subrogation rights?*
If You:
    1) suffer a Disability because of the act or omission of a Third Party;
    2) become entitled to and are paid benefits under The Policy in compensation for lost wages; and
    3) do not initiate legal action for the recovery of such benefits from the Third Party in a reasonable period of time;
then We will be subrogated to any rights You may have against the Third Party and may, at Our option, bring legal action against the Third Party to recover any payments made by Us in connection with the Disability.

**Reimbursement:** *What are the Company's Reimbursement Rights?*
We have the right to request to be reimbursed for any benefit payments made or required to be made under The Policy for a Disability for which You recover payment from a Third Party.

If You recover payment from a Third Party as:
    1) a legal judgment;
    2) an arbitration award; or
    3) a settlement or otherwise;
You must reimburse Us for the lesser of:
    1) the amount of payment made or required to be made by Us; or
    2) the amount recovered from the Third Party less any reasonable legal fees associated with the recovery.

**Third Party** as used in this provision means any person or legal entity whose act or omission, in full or in part, causes You to suffer a Disability for which benefits are paid or payable under The Policy.

**Legal Actions:** *When can legal action be taken against Us?*
Legal action cannot be taken against Us:
    1) sooner than 60 days after the date Proof of Loss is given; or
    2) more than 3 years after the date Proof of Loss is required to be given according to the terms of The Policy.

**Insurance Fraud:** *How does the Company deal with fraud?*
Insurance Fraud occurs when You and/or Your Employer provide Us with false information or file a claim for benefits that contains any false, incomplete or misleading information with the intent to injure, defraud or deceive Us.  It is a crime if You and/or Your Employer commit Insurance Fraud.  We will use all means available to Us to detect, investigate, deter and prosecute those who commit Insurance Fraud.  We will pursue all available legal remedies if You and/or Your Employer perpetrate Insurance Fraud.

**Misstatements:** *What happens if facts are misstated?*
If material facts about You were not stated accurately:
    1) Your premium may be adjusted; and
    2) the true facts will be used to determine if, and for what amount, coverage should have been in force.

No statement, except fraudulent misstatements, made by You relating to Your insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for three years during Your lifetime. In order to be used, the statement must be in writing and signed by You.

## DEFINITIONS

**Actively at Work** means at work with the Employer on a day that is one of the Employer's scheduled workdays.  On that day, You must be performing for wage or profit all of the regular duties of Your Occupation:
    1) in the usual way; and
    2) for Your usual number of hours.
We will consider You Actively at Work on a day that is not a scheduled work day only if You were Actively at Work on the preceding scheduled work day.

16

HLAICSFPOL000015

**Active Employee** means an employee who works for the Employer on a regular basis in the usual course of the Employer's business.  This must be at least the number of hours shown in the Schedule of Insurance.

**Bonuses** means the weekly average of monetary bonuses You received from:
1)  the Employer during the 12 month period immediately prior to the last day You were Actively at Work before You became Disabled;
2)  the Employer during the total period of time You worked for the Employer, if less than the above period; or
3)  any employer or for any work You perform during Your Period of Disability.

**Commissions** means the weekly average of monetary commissions You received from:
1)  the Employer during the 12 month period immediately prior to the last day You were Actively at Work before You became Disabled; or
2)  the Employer during the total period of time You worked for the Employer, if less than the above period; or
3)  any employer or for any work You perform during Your Period of Disability.

**Current Weekly Earnings** means weekly earnings You receive from:
1)  Your Employer;
2)  other employment; and
3)  any other work for pay or profit;
while You are Disabled and eligible for the Disabled and Working Benefit.  Current Weekly Earnings will include Bonuses and Commissions and will be pro-rated as necessary.

**Disabled and Working** means that You are prevented by:
1)  Injury;
2)  Sickness;
3)  Mental Illness;
4)  Substance Abuse; or
5)  pregnancy;
from performing some, but not all of the Essential Duties of Your Occupation, are working on a part-time or limited duty basis, and as a result, Your Current Weekly Earnings are more than 20%, but are less than or equal to 80% of Your Pre-disability Earnings.

**Disability or Disabled** means Total Disability or Disabled and Working Disability.

**Employer** means the Policyholder.

**Essential Duty** means a duty that:
1)  is substantial, not incidental;
2)  is fundamental or inherent to the occupation; and
3)  cannot be reasonably omitted or changed.
Your ability to work the number of hours in Your regularly scheduled work week is an Essential Duty.

**Injury** means bodily injury resulting:
1)  directly from accident; and
2)  independently of all other causes;
which occurs while You are covered under The Policy.  However, an Injury will be considered a Sickness if Your Disability begins more than 30 days after the date of the accident.

**Mental Illness** means a mental disorder as listed in the current version of the Diagnostic and Statistical Manual of Mental Disorders, published by the American Psychiatric Association.  A Mental Illness may be caused by biological factors or result in physical symptoms or manifestations.

For the purpose of The Policy, Mental Illness does not include the following mental disorders outlined in the Diagnostic and Statistical Manual of Mental Disorders:
1)  Mental Retardation;
2)  Pervasive Developmental Disorders;
3)  Motor Skills Disorder;
4)  Substance-Related Disorders;
5)  Delirium, Dementia, and Amnesic and Other Cognitive Disorders; or
6)  Narcolepsy and Sleep Disorders related to a General Medical Condition.

HLAICSFPOL000016

**Other Income Benefits** means the amount of any benefit for loss of income, provided to You or Your family, as a result of the period of Disability for which You are claiming benefits under The Policy.  This includes any such benefits for which You or Your family are eligible or that are paid to You, or Your family or to a third party on Your behalf, pursuant to any:
1) temporary, permanent disability, or impairment benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, similar law or substitutes or exchanges for such benefits;
2) governmental law or program that provides disability or unemployment benefits as a result of Your job with Your Employer;
3) plan or arrangement of coverage, whether insured or not, which is received from Your Employer as a result of employment by or association with Your Employer or which is the result of membership in or association with any group, association, union or other organization;
4) mandatory "no-fault" automobile insurance plan;
5) disability benefits under:
   a) the United States Social Security Act or alternative plan offered by a state or municipal government;
   b) the Railroad Retirement Act;
   c) the Canada Pension Plan, the Canada Old Age Security Act, the Quebec Pension Plan or any provincial pension or disability plan; or
   d) similar plan or act;
   that You, Your spouse and/or children,  are eligible to receive because of Your Disability; or
6) disability benefit from the Department of Veterans Affairs, or any other foreign or domestic governmental agency:
   a) that begins after You become Disabled; or
   b) that You were receiving before becoming Disabled, but only as to the amount of any increase in the benefit attributed to Your Disability.
   7) Employer sponsored group insurance.

Other Income Benefits also means any payments that are made to You, or Your family, or to a third party on Your behalf, pursuant to any:
1) disability benefit under Your Employer's Retirement plan;
2) temporary, permanent disability or impairment benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, similar law or substitutes or exchanges for such benefits;
3) portion of a settlement or judgment, minus associated costs, of a lawsuit that represents or compensates for Your loss of earnings; or
4) retirement benefits under:
   a) the United States Social Security Act or alternative plan offered by a state or municipal government;
   b) the Railroad Retirement Act;
   c) the Canada Pension Plan, the Canada Old Age Security Act, the Quebec Pension Plan or any provincial pension or disability plan; or
   d) similar plan or act;
   that You, Your spouse and/or children receive because of Your retirement, unless You were receiving them prior to becoming Disabled.
Other Income Benefits will not include:
1) early retirement benefits under the United States Social Security Act that are not received;
2) the amount of any increase in benefits paid under any federal or state law, if the increase:
   a) takes effect after the date benefits become payable under The Policy; and
   b) is a general increase which is required by law and applies to all persons who are entitled to such benefits;
3) group credit or mortgage disability insurance benefits;
4) any benefits or proceeds from:
   a) personal investment income;
   b) Veteran's Administration Disability and military retirement benefits You are receiving prior to becoming Disabled;
   c) a military retirement pension plan;
   d) defined contribution plan from a professional corporation;
   e) individual or Employer sponsored IRA or tax sheltered annuity, or deferred compensation plan;
   f) employee stock option plan or any thrift plan;
   g) a partner or proprietor H.R. 10 (Keogh) plan under the self-employed individual Retirement Act;
   h) a capital account; or
   i) individual insurance benefits.

If You are paid Other Income Benefits in a lump sum or settlement, You must provide proof satisfactory to Us of:
1) the amount attributed to loss of income; and

18

HLAICSFPOL000017

2) the period of time covered by the lump sum or settlement.

We will pro rate the lump sum or settlement over this period of time.  If You cannot or do not provide this information,  We will assume the entire sum to be for loss of income, and the time period to be 60 months.  We may make a retroactive allocation of any retroactive Other Income Benefit.  A retroactive allocation may result in an overpayment of Your claim.

The amount of any increase in Other Income Benefits will not be included as Other Income Benefits if such increase:
1) takes effect after the date benefits become payable under The Policy; and
2) is a general increase which applies to all persons who are entitled to such benefits.

**Participating Employer** means an Employer who agrees to participate in the Trust, pays the required contribution for the Active Employees and is a participant in accordance with the provisions of The Policy.

**Physician** means a person who is:
1) a doctor of medicine, osteopathy, psychology or other legally qualified practitioner of a healing art that We recognize or are required by law to recognize;
2) licensed to practice in the jurisdiction where care is being given;
3) practicing within the scope of that license; and
4) not You or Related to You by blood or marriage.

**Pre-disability Earnings** means Your regular weekly rate of pay from Your Employer, not counting Bonuses and Commissions, in effect on the  last day that You were Actively at Work before You became Disabled.

Pre-disability Earnings does not include any other fringe benefits or extra compensation.  In addition, earnings from overtime or on-call hours are not included unless regularly scheduled.

However, if You are an hourly paid Employee, Pre-disability Earnings means the product of:
1) the average number of hours You worked per week, including hours from paid vacation, sick time, overtime (if regularly scheduled) and other paid time off, not including on-call hours, over the most recent 12 month period immediately prior to the last day You were Actively at Work before You became Disabled, multiplied by:
2) Your hourly wage in effect on the last day You were Actively at Work before You became Disabled.

Pre-disability Earnings includes contributions You make through a salary reduction agreement with the Employer to:
1) an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;
2) an executive non-qualified deferred compensation arrangement; or
3) a salary reduction arrangement under an IRC Section 125 plan,
for the same period as above.

**Prior Policy**  means the short term disability insurance carried by the Participating Employer on the day before the Participating Employer Effective Date.

**Regular Care of a Physician** means that You are being treated by a Physician:
1) whose medical training and clinical experience are suitable to treat Your disabling condition; and
2) whose treatment is:
    a) consistent with the diagnosis of the disabling condition;
    b) according to guidelines established by medical, research, and rehabilitative organizations; and
    c) administered as often as needed;
to achieve the maximum medical improvement.

**Rehabilitative Employment** means employment or service which:
1) prepares a Disabled person to resume gainful work; and
2) is approved, in writing, by Us.

**Related** means Your spouse or other adult living with You, sibling, parent, step-parent, grandparent, aunt, uncle, niece, nephew, son, daughter, or grandchild or someone in a similar relationship in law to You.

**Sickness** means a Disability which is:
1) caused or contributed to by:
    a) any condition, illness, disease or disorder of the body;

HLAICSFPOL000018

    b)  any infection, except a pus-forming infection of an accidental cut or wound or bacterial infection resulting from an accidental ingestion of a contaminated substance;
    c)  hernia of any type unless it is the immediate result of an accidental Injury covered by The Policy; or
    d)  pregnancy;
2)  caused or contributed to by any medical or surgical treatment for a condition shown in item 1) above.

**Substance Abuse** means the pattern of pathological use of alcohol or other psychoactive drugs and substances characterized by:
1)  impairments in social and/or occupational functioning;
2)  debilitating physical condition;
3)  inability to abstain from or reduce consumption of the substance; or
4)  the need for daily substance use to maintain adequate functioning.

Substance includes alcohol and drugs but excludes tobacco and caffeine.

**The Policy** means the Policy which We issued to the Policyholder under the Policy number shown on the face page.

**Total Disability or Totally Disabled** means that You are prevented by:
1)  Injury;
2)  Sickness;
3)  Mental Illness;
4)  Substance Abuse; or
5)  pregnancy;
from performing the Essential Duties of Your Occupation, and as a result, You are earning less than 20% of Your Pre-disability Earnings.  If You are in an occupation that requires You to maintain a license, Your failure to pass a physical examination required to maintain that license does not alone mean that You are Disabled from Your Occupation.

**Trust** means the Policyholder stated on the face page of The Policy.

**We, Our, or Us** means the insurance company named on the face page of The Policy.

**Weekly Benefit** means a weekly sum payable to You while You are Disabled, subject to the terms of The Policy.

**Your Occupation** means Your Occupation as it is recognized in the general workplace, that You were routinely performing prior to becoming Disabled.  Your Occupation does not mean the specific job You are performing for a specific employer or at a specific location.

If You are a Physician, Your Occupation means the general or sub-specialty in which You are practicing for which there is a specialty or sub-specialty recognized by the American Board of Medical Specialties.  If the sub-specialty in which You are practicing is not recognized by the American Board of Medical Specialties, You will be considered practicing in the general specialty category.

If You are a Dentist, Your Occupation means the general or sub-specialty in which You are practicing for which there is a specialty or sub-specialty recognized by the American Dental Association.  If the sub-specialty in which You are practicing is not recognized by the American Dental Association, You will be considered practicing in the general specialty category.

**You or Your** means the person to whom this certificate is issued.

HLAICSFPOL000019



**AMENDATORY RIDER**

This rider is attached to all certificates given in connection with The Policy and is effective on The Policy Effective Date.

This rider is intended to amend Your certificate, as indicated below, to comply with the laws of Your state of residence. Only those references to benefits, provisions or terms actually included in Your certificate will affect Your coverage.

For <u>Arkansas</u> residents:
  The provision titled **Policy Interpretation** is deleted in its entirety.

For <u>Colorado</u> residents:
  The **Complications of Pregnancy** definition is replaced by the following:
  **Complications of Pregnancy** means a condition whose diagnosis is distinct from pregnancy but adversely affected or caused by pregnancy, such as:
   1) acute nephritis or nephrosis;
   2) cardiac decompensation;
   3) missed abortion; and
   4) similar medical and surgical conditions of comparable severity.

  Complications of Pregnancy will also include:
   1) pre-eclampsia;
   2) placenta previa;
   3) physician prescribed bed rest for intra-uterine growth retardation, funneling, incompetent cervix;
   4) termination of ectopic pregnancy;
   5) spontaneous termination of pregnancy, occurring during a period of gestation in which a viable birth is not possible;
   6) non-elective cesarean section; and
   7) similar medical and surgical conditions of comparable severity.

  However, the term Complications of Pregnancy will not include:
   1) elective cesarean section;
   2) false labor, occasional spotting, or morning sickness;
   3) hyperemesis gravidarum; or
   4) similar conditions associated with the management of a difficult pregnancy not consisting of a nosologically distinct Complications of Pregnancy.

For <u>Delaware</u> residents:
  1) The definition of **Spouse** is amended to include the following:
     Spouse will include Your party to a civil union, provided You:
      1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
      2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
     You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

  2) The **Change in Family Status** provision is replaced with the following:
     **Change in Family Status**: *What constitutes a Change in Family Status?*
     A Change in Family Status means:
      1) You get married or enter into a civil union;
      2) You and Your spouse divorce or You terminate a civil union;
      3) Your child is born or You adopt or become the legal guardian of a child;
      4) Your spouse or civil union partner dies;
      5) Your child is emancipated or dies;
      6) Your spouse or civil union partner is no longer employed, which results in a loss of group insurance; or
      7) You have a change in classification from part-time to full-time or from full-time to part-time.

HLAICSFPOL000020

For <u>Hawaii</u> residents:
1)  The definition of **Spouse** is amended to include the following:
    Spouse will include Your party to a civil union, provided You:
    1)  have established that You and Your partner are parties to a civil union for purposes of The Policy; or
    2)  have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
    You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

2)  The **Change in Family Status** provision is replaced with the following:
    **Change in Family Status**:  *What constitutes a Change in Family Status?*
    A Change in Family Status means:
    1)  You get married or enter into a civil union;
    2)  You and Your spouse divorce or You terminate a civil union;
    3)  Your child is born or You adopt or become the legal guardian of a child;
    4)  Your spouse or civil union partner dies;
    5)  Your child is emancipated or dies;
    6)  Your spouse or civil union partner is no longer employed, which results in a loss of group insurance; or
    7)  You have a change in classification from part-time to full-time or from full-time to part-time.

For <u>Illinois</u> residents:
1)  The definition of **Spouse** is amended to include the following:
    Spouse will include Your party to a civil union, provided You:
    1)  have established that You and Your partner are parties to a civil union for purposes of The Policy; or
    2)  have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
    You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

2)  The **Change in Family Status** provision is replaced with the following:
    **Change in Family Status**:  *What constitutes a Change in Family Status?*
    A Change in Family Status means:
    1)  You get married or enter into a civil union;
    2)  You and Your spouse divorce or You terminate a civil union;
    3)  Your child is born or You adopt or become the legal guardian of a child;
    4)  Your spouse or civil union partner dies;
    5)  Your child is emancipated or dies;
    6)  Your spouse or civil union partner is no longer employed, which results in a loss of group insurance; or
    7)  You have a change in classification from part-time to full-time or from full-time to part-time.

For <u>Indiana</u> residents:
    The last sentence in the **Policy Interpretation** provision is deleted and replaced by the following:
    This provision applies only where the interpretation of The Policy is governed by the Employee Retirement Income Security Act of 1974, as amended (ERISA), 29 U.S.C. 1001 et seq.

For <u>Louisiana</u> residents, the following provision is added:
    **Reinstatement after Military Service:**  *Can my coverage be reinstated after return from active military service?*
    If:
    1)  Your coverage terminates because You enter active military service; and
    2)  You are rehired within 12 months of the date You return from active military service;
    then coverage may be reinstated, provided You request such reinstatement within 31 days of the date you return to work.

    The reinstated coverage will:
    1)  be the same coverage amounts in force on the date coverage terminated; and
    2)  not be subject to any Waiting Period for Coverage, Evidence of Insurability or Pre-existing Conditions Limitations; and
    3)  be subject to all the terms and provisions of The Policy.

HLAICSFPOL000021

For <u>Massachusetts</u> residents, the following is added to the **Continuation Provisions:**
In accordance with Massachusetts state law, if Your insurance terminates because Your employment terminates or You cease to be a member of an eligible class, Your insurance will automatically be continued until the end of a 31 day period from the date Your insurance terminates or the date You become eligible for similar benefits under another group plan, whichever occurs first.

Additionally, if Your insurance terminates because Your employment is terminated as a result of a plant closing or covered partial closing, Your insurance may be continued.  You must elect in writing to continue insurance and pay the required premium for continued coverage.  Coverage will cease on the earliest to occur of the following dates:
1) 90 days from the date You were no longer eligible for coverage as a Full-time Active Employee;
2) the date You become eligible for similar benefits under another group plan;
3) the last day of the period for which required premium is made;
4) the date the group insurance policy terminates; or
5) the date Your Employer ceases to be a Participant Employer, if applicable.
Continued coverage is subject to all other applicable terms and conditions of The Policy.

For <u>Maine</u> residents, the following provision is added:
**Reinstatement:** *Can my coverage be reinstated after it ends?*
We will reinstate The Policy upon receipt of all current and late premiums if:
1) You, any person authorized to act on Your behalf, or any of Your dependents may request reinstatement of The Policy within 90 days following cancellation of The Policy for nonpayment of premium provided You suffered from cognitive impairment or functional incapacity at the time the contract cancelled; and
2) all current and late premium payments are received within 15 days of Our request.

We may request a medical demonstration, at Your expense, that You suffered from cognitive impairment or functional incapacity at the time of cancellation of The Policy.

For <u>Michigan</u> residents, the **Policy Interpretation** provision is deleted in its entirety.

For <u>Minnesota</u> residents:
1) the definition of **Any Occupation** is amended by the addition of the phrase "or may reasonably become qualified" to the first line;
2) The first two paragraphs of the **Pre-Existing Conditions Limitation** provision are deleted and replaced by the following:
No benefit will be payable under The Policy for any Disability that is due to, contributed to by, or results from a Pre-Existing Condition, unless such Disability or loss is incurred:
1) After the lesser of the last day of:
a) the number of days stated in Your certificate; or
b) 730 consecutive days;
while insured, during which you receive no medical care for the Pre-Existing Condition; or
2) After the lesser of the last day of:
a) the number of days stated in Your certificate; or
b) 730 consecutive days;
during which you have been continuously insured under The Policy.
The amount of a benefit increase, which results from a change in benefit options, a change of class or a change in The Policy, will not be paid for any disability that is due to, contributed to by, or results from a Pre-Existing Condition, unless such Disability begins:
1) After the lesser of the last day of :
a) the number of days stated in Your certificate; or
b) 730 consecutive days;
while insured for the increased benefit amount during which you receive no medical care for the Pre-Existing Condition; or
2) After the lesser of the last day of :
a) the number of days stated in Your certificate; or
b) 730 consecutive days;
during which you have been continuously insured for the increased benefit amount.
3) The definition of **Pre-existing Condition** in the **Pre-Existing Conditions Limitation** provision is deleted and is replaced by the following:
**Pre-existing Condition** means any accidental bodily injury, sickness, Mental Illness, pregnancy, or episode of Substance Abuse for which You received Medical Care during the lesser of:

HLAICSFPOL000022

1)  the period of time stated in Your certificate; or
2)  the 730 day period;
that ends the day before:
1)  Your effective date of coverage; or
2)  the effective date of a Change in Coverage.

For <u>Missouri</u> residents:
1)  The following Exclusion replaces exclusion #1:  intentionally self-inflicted Injury, suicide or attempted suicide, while sane; or
2)  The **Arbitration** provision is deleted.

For <u>Montana</u> residents:
1)  Pregnancy will be covered, the same as any other Sickness, anything in the Policy to the contrary notwithstanding.
2)  The **Arbitration** provision is deleted.

For <u>New Hampshire</u> residents:
1)  The definition of **Other Income Benefits** is amended by the deletion of 'mandatory "no-fault" automobile insurance plan';
2)  STD  The time period, stated in the **Recurrent Disability** provision, within which a Disability must recur in order to be considered the same Period of Disability is changed to 30 days, if less than 30 days.
3)  The **Policy Interpretation** provision is deleted and replaced by the following:
        Under ERISA, the Company is hereby designated by the plan sponsor as a claim fiduciary with discretionary authority to determine eligibility for benefits and to interpret and construe the terms and provisions of the policy.  As claim fiduciary, the Company has a duty to administer claims solely in the interest of the participants and beneficiaries of the employee benefit plan and in accordance with the documents and instruments governing the plan.  This assignment of discretionary authority does not prohibit a participant or beneficiary from seeking judicial review of the Company's benefit eligibility determination after exhausting administrative remedies.  The assignment of discretionary authority made under this provision may affect the standard of review that a court will use in reviewing the appropriateness of the Company's determination.  In order to prevail, a plan participant or beneficiary may be required to prove that the Company's determination was arbitrary and capricious or an abuse of discretion.
4)  The time periods stated in the **Claim Appeal** provision are changed to 180 days, if less than 180 days.
5)  The **Arbitration** provision is deleted.

For <u>New Jersey</u> residents, the **Change in Family Status** provision is replaced with the following:
**Change in Family Status**: *What constitutes a Change in Family Status?*
A Change in Family Status means:
1)  You get married or enter into a civil union;
2)  You and Your spouse divorce or You terminate a civil union;
3)  Your child is born or You adopt or become the legal guardian of a child;
4)  Your spouse or civil union partner dies;
5)  Your child is emancipated or dies;
6)  Your spouse or civil union partner is no longer employed, which results in a loss of group insurance; or
7)  You have a change in classification from part-time to full-time or from full-time to part-time.

For <u>North Carolina</u> residents:
1)  The definition of **Other Income Benefits** is amended by the deletion of 'mandatory "no-fault" automobile insurance plan';
2)  The last sentence of the first paragraph of the **Disability Benefit** is amended by the addition of the following clause:  "unless qualified medical professionals have determined that further medical care and treatment would be of no benefit to you."
3)  The exclusion regarding Workers' Compensation benefits is replaced by the following in the Exclusions provision:
        for which the final adjudication or a Workers' Compensation claim determines that benefits are paid, or may be paid, if duly claimed;
4)  The **Subrogation** provision is deleted.

For <u>Oregon</u> residents:
1)  The **Spouse** definition is amended to include the following:
        Spouse will include Your domestic partner provided You:

HLAICSFPOL000023

1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners for purposes of The Policy; or
2) have registered as domestic partners with a government agency or office where such registration is available.

You will continue to be considered domestic partners provided You continue to meet the requirements of the law or as described in the domestic partner affidavit.

2) The **Change in Family Status** provision is replaced by the following:

**Change in Family Status**: *What constitutes a Change in Family Status?*

A Change in Family Status means:
1) You get married or register as domestic partners or You execute a domestic partner affidavit;
2) You and Your spouse divorce or You terminate a domestic partnership;
3) Your child is born or You adopt or become the legal guardian of a child;
4) Your spouse or domestic partner dies;
5) Your child is emancipated or dies;
6) Your spouse or domestic partner is no longer employed, which results in a loss of group insurance; or
7) You have a change in classification from part-time to full-time or from full-time to part-time.

3) The **Continuation Provisions** section is amended to include the following for Employers with 10 or more employees:

Jury Duty: If You are scheduled to serve or are required to serve as a juror, Your coverage may be continued until the last day of Your Jury Duty, provided You:
1) elected to have Your coverage continued; and
2) provided notice of the election to your employer in accordance with Your employer's notification policy.

For Puerto Rico residents, the **Policy Interpretation** provision is deleted in its entirety.

For South Carolina residents:
1) The first paragraph of the **Continuity from a Prior Policy** provision is replaced by the following:

If You become insured under The Policy on the Policy Effective Date and **within 30 days of being covered under the Prior Policy**, the Pre-existing Conditions Limitation will end on the earliest of:
1) the Policy Effective Date, if Your coverage for the Disability was not limited by a pre-existing condition restriction under the Prior Policy; or
2) the date the restriction would have ceased to apply had the Prior Policy remained in force, if Your coverage was limited by a pre-existing condition limitation under the Prior Policy.

2) The time period in the **Notice of Claim** provision is changed to 20 days, if not already 20 days.
3) The following is added to the **Physical Examinations and Autopsy** provision: "Such autopsy must be performed during the period of contestability and must take place in the state of South Carolina."

For South Dakota residents:
1) The definition of **Physician** is deleted and replaced by the following:

**Physician** means a legally qualified physician or surgeon other than a physician or surgeon who is related to You by blood or marriage or a physician or surgeon who is a partner of S-Corp Shareholder working with You in the same business. This does not apply in areas in which the immediate family member is the only physician in the area and acting within the scope of their normal employment.

2) The definition of **Other Income Benefits** is amended by the deletion of all references to **Your family, Your spouse and/or children.**
3) The provision titled **Policy Interpretation** is deleted in its entirety.

For Texas residents, the provision titled **Policy Interpretation** is deleted in its entirety.

For Utah residents:
1) The following statement is added to the definition of **Disabled and Working:** "This is considered a proportionate disability."
2) The time period during which You must be continuously insured in order to exercise the **Conversion Right** is changed to 6 consecutive months, if not already 6 consecutive months.
3) The time period in the **Sending Proof of Loss** provision is changed to 90 days, if not already 90 days.
4) The **Policy Interpretation** provision is deleted and replaced by the following:

HLAICSFPOL000024

Benefits under this plan will be paid only if We, the plan administrator, decides in Our discretion that you are entitled to them. We also have discretion to determine eligibility for benefits and to interpret the terms of conditions of the benefit plan. Determinations made by We, the plan administrator, pursuant to this reservation of discretion does not prohibit or prevent a claimant from seeking judicial review in federal court or Our determinations. The reservation of discretion made under this provision only establishes the scope of review that a federal court will apply when you seek judicial review of our determination of eligibility for benefits, the payment of benefits, or interpretation of the terms and conditions applicable to the plan. We are an insurance company that provides insurance of this plan and the federal court will determine the level of discretion that it will accord Our determination.

For Vermont residents:

**Purpose:** Vermont law requires that health insurers offer coverage to parties to a civil union that is equivalent to coverage provided to married persons.

**Definitions, Terms, Conditions and Provisions:** The definitions, terms, conditions or any other provisions of the policy, contract, certificate and/or riders and endorsements to which this mandatory endorsement is attached are hereby amended and superseded as follows:

1) Terms that mean or refer to a marital relationship, or that may be construed to mean or refer to a marital relationship, such as "marriage", "spouse", "husband", "wife", "dependent", "next of kin", "relative", "beneficiary", "survivor", "immediate family" and any other such terms, include the relationship created by a civil union established according to Vermont law.

2) Terms that mean or refer to the inception or dissolution of a marriage, such as "date of marriage", "divorce decree", "termination of marriage" and any other such terms include the inception or dissolution of a civil union established according to Vermont law.

3) Terms that mean or refer to family relationships arising from a marriage, such as "family", "immediate family", "dependent", "children", "next of kin", "relative", "beneficiary", "survivor" and any other such terms include family relationships created by a civil union established according to Vermont law.

4) "Dependent" means a spouse, a party to a civil union established according to Vermont law, and a child or children (natural, stepchild, legally adopted or a minor or disabled child who is dependent on the insured for support and maintenance) who is born to or brought to a marriage or to a civil union established according to Vermont law.

5) "Child or covered child" means a child (natural, step-child, legally adopted or a minor or disabled child who is dependent on the insured for support and maintenance) who is born to or brought to a marriage or to a civil union established according to Vermont law.

**CAUTION: FEDERAL LAW RIGHTS MAY OR MAY NOT BE AVAILABLE**

Vermont law grants parties to a civil union the same benefits, protections and responsibilities that flow from marriage under state law. However, some or all of the benefits, protections and responsibilities related to health insurance that are available to married persons under federal law may not be available to parties to a civil union. For example, federal law, the Employee Income Retirement Security Act of 1974 known as "ERISA", controls the employer/employee relationship with regard to determining eligibility for enrollment in private employer health benefit plans. Because of ERISA, Act 91 does not state requirements pertaining to a private employer's enrollment of a party to a civil union in an ERISA employee welfare benefit plan. However, governmental employers (not federal government) are required to provide health benefits to the dependents of a party to a civil union if the public employer provides health benefits to the dependents of married persons. Federal law also controls group health insurance continuation rights under COBRA for employers with 20 or more employees as well as the Internal Revenue Code treatment of health insurance premiums. As a result, parties to a civil union and their families may or may not have access to certain benefits under this policy, contract, certificate, rider or endorsement that derive from federal law. You are advised to seek expert advice to determine your rights under this contract.

For Washington residents:

1) the term "hyperemesis gravidarum" is deleted from the third paragraph of the definition of **Complications of Pregnancy** and is added to the second paragraph;

2) the **General Work Stoppage** continuation provision is replaced with the following:

General Work Stoppage (including a strike or lockout): If Your employment terminates due to a cessation of active work as the result of a general work stoppage (including a strike or lockout), Your coverage shall be continued during the work stoppage until the last day of the month in which the coverage terminated, but in no event for a period exceeding six months. If the work stoppage ends, this continuation will cease immediately.

3) The provision titled **Policy Interpretation** is deleted in its entirety.

For Wisconsin residents, the time periods stated in the **Claim Appeal** provision are removed.

HLAICSFPOL000025

In all other respects, the Policy and certificates remain the same.

Signed for <u>Hartford Life and Accident Insurance Company</u>

**Terence Shields,** *Secretary*          **Michael Concannon,** *Executive Vice President*

HLAICSFPOL000026

**Questions or Complaints about Your Coverage**

**In the event You have questions or complaints regarding any aspect of Your coverage, You should contact Your Employee Benefits Manager or You may write to us at:**

The Hartford
Group Benefits Division, Customer Service
P.O. Box 2999
Hartford, CT 06104-2999

**Or call Us at:** 1-800-523-2233

When calling, please give Us the following information:
1) the policy number; and
2) the name of the policyholder (employer or organization), as shown in Your Certificate of Insurance.

**Or You may contact Our Sales Office:**

Hartford Life and Accident Insurance Company
Group Sales Department
10010 N 25th Avenue
Phoenix, AZ 85021
TOLL FREE: 888-483-0723
FAX: 602-652-9559

**If you have a complaint, and contacts between you and the insurer or an agent or other representative of the insurer have failed to produce a satisfactory solution to the problem, the following states require we provide you with additional contact information:**

| For residents of: | Write | Telephone |
|---|---|---|
| **Arkansas** | Arkansas Insurance Department<br>Consumer Services Division<br>1200 West Third Street<br>Little Rock, AR 72201-1904 | 1(800) 852-5494<br>1(501) 371-2640 (in the Little Rock area) |
| **California** | State of California Insurance Department<br>Consumer Communications Bureau<br>300 South Spring Street, South Tower<br>Los Angeles, CA 90013 | 1(800) 927-HELP |
| **Idaho** | Idaho Department of Insurance<br>Consumer Affairs<br>700 W State Street, 3rd Floor<br>PO Box 83720<br>Boise, ID 83720-0043 | 1-800-721-3272 or www.DOI.Idaho.gov |
| **Illinois** | Illinois Department of Insurance<br>Consumer Services Station<br>Springfield, Illinois 62767 | Consumer Assistance: 1(866) 445-5364<br>Officer of Consumer Health Insurance:<br>1(877) 527-9431 |
| **Indiana** | Public Information/Market Conduct<br>Indiana Department of Insurance<br>311 W. Washington St. Suite 300<br>Indianapolis, IN 46204-2787 | Consumer Hotline: 1(800) 622-4461<br>1(317) 232-2395 (in the Indianapolis Area) |
| **Virginia** | Life and Health Division<br>Bureau of Insurance<br>P.O. Box 1157<br>Richmond, VA 23209 | 1(804) 371-9741 (inside Virginia)<br>1(800) 552-7945 (outside Virginia) |
| **Wisconsin** | Office of the Commissioner of Insurance<br>Complaints Department<br>P.O. Box 7873<br>Madison, WI 53707-7873 | 1(800) 236-8517 (outside of Madison)<br>1(608) 266-0103 (in Madison)<br>to request a complaint form. |

HLAICSFPOL000027

**The following states require that We provide these notices to You about Your coverage:**

**For residents of:**

| | |
|---|---|
| **Arizona** | This certificate of insurance may not provide all benefits and protections provided by law in Arizona.  Please read This certificate carefully. |
| **Florida** | The benefits of the policy providing you coverage are governed primarily by the laws of a state other than Florida. |

## STATE OF DELAWARE
## The Civil Union and Equality Act of 2011
## Effective January 1, 2012

In accordance with Delaware law, insurers are required to provide the following notice to applicants of insurance policies issued in Delaware.

The Civil Union and Equality Act of 2011 ("the Act") creates a legal relationship between two persons of the same sex who form a civil union.  The Act provides that the parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the laws of Delaware to spouses in a legal marriage. The law further provides that a party to a civil union shall be included in any definition or use of the terms "spouse," "family," "immediate family," "dependent," "next of kin," and other terms descriptive of spousal relationships as those terms are used throughout Delaware law. This includes the terms "marriage" or "married," or variations thereon.  Insurance policies are required to provide identical benefits and protections to both civil unions and marriages.  If policies of insurance provide coverage for children, the children of civil unions must also be provided coverage.  The Act also requires recognition of same sex civil unions or marriages legally entered into in other jurisdictions.

For more information regarding the Act, refer to Chapter 2 of Title 13 of the Delaware Code or the State of Delaware website at www.delaware.gov/CivilUnions.

### Georgia

The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family abuse.

## STATE OF ILLINOIS
## The Religious Freedom Protection and Civil Union Act
## Effective June 1, 2011

In accordance with Illinois law, insurers are required to provide the following notice to applicants of insurance policies issued in Illinois.

The Religious Freedom Protection and Civil Union Act ("the Act") creates a legal relationship between two persons of the same or opposite sex who form a civil union.  The Act provides that the parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the laws of Illinois to spouses. The law further provides that a party to a civil union shall be included in any definition or use of the terms "spouse," "family," "immediate family," "dependent," "next of kin," and other terms descriptive of spousal relationships as those terms are used throughout Illinois law. This includes the terms "marriage" or "married," or variations thereon. Insurance policies are required to provide identical benefits and protections to both civil unions and marriages.  If policies of insurance provide coverage for children, the children of civil unions must also be provided coverage. The Act also requires recognition of civil unions or same sex civil unions or marriages legally entered into in other jurisdictions.

HLAICSFPOL000028

For more information regarding the Act, refer to 750 ILCS 75/1 *et seq*. Examples of the interaction between the Act and existing law can be found in the Illinois Insurance Facts, Civil Unions and Insurance Benefits document available on the Illinois Department of Insurance's website at www.insurance.illinois.gov.

<u>Maine</u>

1.      The benefits under this policy are subject to reduction due to other sources of income.

This means that your benefits will be reduced by the amount of any other benefits for loss of time provided to you or for which you are eligible as a result of the same period of disability for which you claim benefits under this policy.

Other sources of income are plans or arrangements of coverage that provide disability-related benefits such as Worker's Compensation or other similar governmental programs or laws, or disability-related benefits received from your employer or as the result of your employment, membership or association with any group, union, association or other organization. Other sources of income include disability-related benefits under the United States Social Security Act or an alternate governmental plan, the Railroad Retirement Act, and other similar plans or acts. Other sources of income may also include certain disability-related or retirement benefits that you receive because of your retirement unless you were receiving them prior to becoming disabled.

What comprises other sources of income under this policy is determined by the nature of the policyholder. Therefore, we strongly urge you to **Read Your Certificate Carefully.** A full description of the plans and types of plans considered to be other sources of income under this policy will be found in the definition of "Other Income Benefits" located in the Definitions section of your certificate.

2.      The laws of the State of Maine require notification of the right to designate a third party to receive notice of cancellation, to change the designation and, policy reinstatement if the insured suffers from organic brain disease and the ground for cancellation was the insured's nonpayment of premium or other lapse or default on the part of the insured.

Within 10 days after a request by an insured, a Third Party Notice Request Form shall be mailed or personally delivered to the insured.

<u>Maryland</u>

**The group insurance policy providing coverage under this certificate was issued in a jurisdiction other than Maryland and may not provide all of the benefits required by Maryland law.**

<u>Montana</u>

Conformity with Montana statutes:  The provisions of this certificate conform to the minimum requirements of Montana law and control over any conflicting statutes of any state in which the insured resides on or after the effective date of this certificate.

<u>North Carolina</u>

UNDER NORTH CAROLINA GENERAL STATUTE SECTION 58-50-40, NO PERSON, EMPLOYER, FINANCIAL AGENT, TRUSTEE, OR THIRD PARTY ADMINISTRATOR, WHO IS RESPONSIBLE FOR THE PAYMENT OF GROUP LIFE INSURANCE, GROUP HEALTH OR GROUP HEALTH PLAN PREMIUMS, SHALL:
1)    CAUSE THE CANCELLATION OR NONRENEWAL OF GROUP LIFE INSURANCE, GROUP HEALTH INSURANCE, HOSPITAL, MEDICAL, OR DENTAL SERVICE CORPORATION PLAN, MULTIPLE EMPLOYER WELFARE ARRANGEMENT, OR GROUP HEALTH PLAN COVERAGES AND THE CONSEQUENTIAL LOSS OF THE COVERAGES OF THE PERSON INSURED, BY WILLFULLY FAILING TO PAY THOSE PREMIUMS IN ACCORDANCE WITH THE TERMS OF THE INSURANCE OR PLAN CONTRACT; AND
2)    WILLFULLY FAIL TO DELIVER, AT LEAST 45 DAYS BEFORE THE TERMINATION OF THOSE COVERAGES, TO ALL PERSONS COVERED BY THE GROUP POLICY WRITTEN NOTICE OF THE PERSON'S INTENTION TO STOP PAYMENT OF PREMIUMS. VIOLATION OF THIS LAW IS A FELONY. ANY PERSON VIOLATING THIS LAW IS ALSO SUBJECT TO A COURT ORDER REQUIRING THE PERSON TO COMPENSATE PERSONS INSURED FOR EXPENSES OR LOSSES INCURRED AS A RESULT OF THE TERMINATION OF THE INSURANCE.

HLAICSFPOL000029

## IMPORTANT TERMINATION INFORMATION

**YOUR INSURANCE MAY BE CANCELLED BY THE COMPANY. PLEASE READ THE TERMINATION PROVISION IN THIS CERTIFICATE.**

**THIS CERTIFICATE OF INSURANCE PROVIDES COVERAGE UNDER A GROUP MASTER POLICY. THIS CERTIFICATE PROVIDES ALL OF THE BENEFITS MANDATED BY THE NORTH CAROLINA INSURANCE CODE, BUT YOU MAY NOT RECEIVE ALL OF THE PROTECTIONS PROVIDED BY A POLICY ISSUED IN NORTH CAROLINA AND GOVERNED BY ALL OF THE LAWS OF NORTH CAROLINA.**

### PRE-EXISTING LIMITATION
### READ CAREFULLY
**NO BENEFITS WILL BE PAYABLE UNDER THIS PLAN FOR PRE-EXISTING CONDITIONS WHICH ARE NOT COVERED UNDER THE PRIOR PLAN. PLEASE READ THE LIMITATIONS IN THIS CERTIFICATE.**

**READ YOUR CERTIFICATE CAREFULLY.**

### Texas

| **IMPORTANT NOTICE** | **AVISO IMPORTANTE** |
|---|---|
| To obtain information or make a complaint: | Para obtener informacion o para someter una queja: |
| You may call The Hartford's toll-free telephone number for information or to make a complaint at: | Usted puede llamar al numero de telefono gratis de The Hartford para informacion o para someter una queja al: |
| 1-800-523-2233 | 1-800-523-2233 |
| You may also write to The Hartford at:<br>P.O. Box 2999<br>Hartford, CT 06104-2999 | Usted tambien puede escribir a The Hartford:<br>P.O. Box 2999<br>Hartford, CT 06104-2999 |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at: | Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al: |
| 1-800-252-3439 | 1-800-252-3439 |
| You may write the Texas Department of Insurance at:<br>P.O. Box 149104<br>Austin, TX 78714-9410<br>Fax # (512) 475-1771<br>Web: http://www.tdi.state.tx.us<br>E-mail: ConsumerProtection@tdi.state.tx.us | Puede escribir al Departamento de Seguros de Texas:<br>P.O. Box 149104<br>Austin, TX 78714-9410<br>Fax # (512) 475-1771<br>Web: http://www.tdi.state.tx.us<br>E-mail: ConsumerProtection@tdi.state.tx.us |
| **PREMIUM OR CLAIM DISPUTES:**<br>Should you have a dispute concerning your premium or about a claim you should contact the agent or The Hartford first.  If the dispute is not resolved, you may contact the Texas Department of Insurance. | **DISPUTAS SOBRE PRIMAS O RECLAMOS:**<br>Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente o The Hartford primero.  Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI). |
| **ATTACH THIS NOTICE TO YOUR POLICY:**<br>This notice is for information only and does not become a part or condition of the attached document. | **UNA ESTE AVISO A SU POLIZA:**<br>Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto. |

HLAICSFPOL000030



## CERTIFICATE OF INSURANCE

### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
### Simsbury, Connecticut
### (A stock insurance company)

**Policyholder: TRUSTEE OF THE HEALTH CARE INDUSTRY GROUP VOLUNTARY LIFE AND DISABILITY INSURANCE TRUST**

**Policy Number: GVL-16008**

**Participating Employer: EL RIO HEALTH CENTER**

**Account Number: 768262**

**Policy Effective Date: January 1, 2017**

**Policy Anniversary Date: January 1, 2018**

**Participating Employer Effective Date: January 1, 2017**

We have issued The Policy to the Policyholder. Our name, the Policyholder's name, the Participating Employer's name, The Policy Number and the Participating Employer's Account Number are shown above. The provisions of the Participating Employer's coverage under The Policy, which are important to You, are summarized in this certificate consisting of this form and any additional forms which have been made a part of this certificate. This certificate replaces any other certificate We may have given to You earlier under The Policy. The Policy alone is the only contract under which payment will be made. Any difference between The Policy and this certificate will be settled according to the provisions of The Policy on file with Us at Our home office. The Policy may be inspected at the office of the Policyholder.

Signed for the Company

**Terence Shields, *Secretary***        **Michael Concannon, *Executive Vice President***

---

*A note on capitalization in this certificate:*

Capitalization of a term, not normally capitalized according to the rules of standard punctuation, indicates a word or phrase that is a defined term in The Policy or refers to a specific provision contained herein.

GBD-1200 A.1

HLAICSFPOL000031

## TABLE OF CONTENTS

SCHEDULE OF INSURANCE..................................................................................................................34
   Cost of Coverage ..........................................................................................................................34
   Eligible Class(es) for Coverage....................................................................................................34
   Eligibility Waiting Period for Coverage .........................................................................................34
   Benefit Amounts............................................................................................................................34
ELIGIBILITY AND ENROLLMENT .......................................................................................................35
   Eligible Persons ...........................................................................................................................35
   Eligibility for Coverage..................................................................................................................35
   Enrollment.....................................................................................................................................35
PERIOD OF COVERAGE ....................................................................................................................35
   Effective Date................................................................................................................................35
   Deferred Effective Date ................................................................................................................35
   Changes in Coverage ...................................................................................................................36
   Termination ...................................................................................................................................36
   Continuation Provisions................................................................................................................37
   Conversion Right...........................................................................................................................37
BENEFITS............................................................................................................................................38
   Disability Benefit...........................................................................................................................38
   Mental Illness and Substance Abuse Benefits.............................................................................38
   Family Care Credit Benefit ...........................................................................................................40
   Survivor Income Benefit................................................................................................................40
   Workplace Modification Benefit.....................................................................................................41
EXCLUSIONS AND LIMITATIONS ......................................................................................................41
   Pre-Existing Condition Limitation .................................................................................................42
GENERAL PROVISIONS.....................................................................................................................42
DEFINITIONS.......................................................................................................................................46
AMENDATORY RIDER.........................................................................................................................51
ERISA ..................................................................................................................................................91

HLAICSFPOL000032

# SCHEDULE OF INSURANCE

The Policy of long term Disability insurance provides You with long term income protection if You become Disabled from a covered injury, Sickness or pregnancy.

**AMENDMENT TO GROUP ACCOUNT NO. GLT-768262 PROCESSED ON FEBRUARY 16, 2017. ANY CHANGES BETWEEN THIS POLICY AND THE PREVIOUSLY ISSUED POLICY ARE EFFECTIVE JANUARY 1, 2017.**

**Cost of Coverage:**
You do not contribute toward the cost of coverage.

**Eligible Class(es) for Coverage:** All Full-time Active Employees who are physicians, dentists, pharmacists or medical directors who are citizens or legal residents of the United States, its territories and protectorates, excluding managers, temporary, leased or seasonal employees.

| | |
|---|---|
| Full-time Employment: | at least 20 hours weekly, excluding on-call hours |

**Eligibility Waiting Period for Coverage:**
The first day of the month coinciding with or next following 60 day(s) of employment

The time period(s) referenced above are continuous. The Eligibility Waiting Period for Coverage will be reduced by the period of time You were a Full-time or Part-time Active Employee with the Employer.

**Elimination Period:** 180 day(s)

**Maximum Monthly Benefit:** the least of:
1) $12,000;
2) the Benefit Percentage applicable to You multiplied by the amount of Your Pre-disability Earnings on which premium for You has been paid; or
3) the Benefit Percentage applicable to You multiplied by the amount of Your Pre-disability Earnings.

**Minimum Monthly Benefit:** the greater of:
1) $100; or
2) 10% of the Maximum Monthly Benefit for which You are eligible under the terms of The Policy, before the deduction of Other Income Benefits.

**Benefit Percentage:** 60%

## Maximum Duration of Benefits

### Maximum Duration of Benefits Table

| Age When Disabled | Benefits Payable |
|---|---|
| Prior to Age 63 | To Normal Retirement Age or 42 months, if greater |
| Age 63 | To Normal Retirement Age or 36 months, if greater |
| Age 64 | 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

HLAICSFPOL000033

Normal Retirement Age means the Social Security Normal Retirement Age as stated in the 1983 revision of the United States Social Security Act.  It is determined by Your date of birth as follows:

| Year of Birth | Normal Retirement Age |
|---|---|
| 1937 or before | 65 |
| 1938 | 65 + 2 months |
| 1939 | 65 + 4 months |
| 1940 | 65 + 6 months |
| 1941 | 65 + 8 months |
| 1942 | 65 + 10 months |
| 1943 thru 1954 | 66 |
| 1955 | 66 + 2 months |
| 1956 | 66 + 4 months |
| 1957 | 66 + 6 months |
| 1958 | 66 + 8 months |
| 1959 | 66 + 10 months |
| 1960 or after | 67 |

**<u>Additional Benefit</u>**

**Family Care Credit Benefit**
see Benefit

**Survivor Income Benefit**
see Benefit

**Workplace Modification Benefit**
see Benefit


# ELIGIBILITY AND ENROLLMENT

**Eligible Persons:**  *Who is eligible for coverage?*
All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

**Eligibility for Coverage:**  *When will I become eligible?*
You will become eligible for coverage on the later of:
1)   the Participating Employer Effective Date; or
2)   the date You complete the Eligibility Waiting Period for Coverage shown in the Schedule of Insurance, if applicable.

**Enrollment:**  *How do I enroll for coverage?*
All eligible Active Employees will be enrolled automatically by the Employer.


# PERIOD OF COVERAGE

**Effective Date:**  *When does my coverage start?*
Your coverage will start on the date You become eligible.

**Deferred Effective Date:**  *When will my effective date for coverage or a change in my coverage be deferred?*
If You are absent from work due to:
1)   accidental bodily injury;
2)   sickness;
3)   Mental Illness;

HLAICSFPOL000034

4) Substance Abuse; or
5) pregnancy;

on the date Your insurance, or increase in coverage, would otherwise have become effective, Your insurance, or increase in coverage will not become effective until You are Actively at Work one full day.

**Changes in Coverage:** *Do coverage amounts change if there is a change in my class or my rate of pay?*
Your coverage may increase or decrease on the date there is a change in Your class or Pre-disability Earnings. However, no increase in coverage will be effective unless on that date You:
1) are an Active Employee; and
2) are not absent from work due to being Disabled. If You were so absent from work, the effective date of such increase will be deferred until You are Actively at Work for one full day.

No change in Your Pre-disability Earnings will become effective until the date We receive notice of the change.

What happens if the Employer changes The Policy?
Any increase or decrease in coverage because of a change in The Policy will become effective on the date of the change, subject to the following provisions:
1) the Deferred Effective Date provision; and
2) Pre-existing Conditions Limitation.

**Continuity From A Prior Policy:** *Is there continuity of coverage from a Prior Policy?*
If You were:
1) insured under the Prior Policy; and
2) not eligible to receive benefits under the Prior Policy;
on the day before the Participating Employer Effective Date, the Deferred Effective Date provision will not apply.

*Is my coverage under The Policy subject to the Pre-existing Condition Limitation?*
If You become insured under The Policy on the Participating Employer Effective Date and were covered under the Prior Policy on the day before the Participating Employer Effective Date, the Pre-existing Conditions Limitation will end on the earliest of:
1) the Participating Employer Effective Date, if Your coverage for the Disability was not limited by a pre-existing condition restriction under the Prior Policy; or
2) the date the restriction would have ceased to apply had the Prior Policy remained in force, if Your coverage was limited by a pre-existing condition limitation under the Prior Policy.

The amount of the Monthly Benefit payable for a Pre-existing Condition in accordance with the above paragraph will be the lesser of:
1) the Monthly Benefit which was paid by the Prior Policy; or
2) the Monthly Benefit provided by The Policy.

The Pre-existing Conditions Limitation will apply after the Participating Employer Effective Date to the amount of a benefit increase which results from a change from the Prior Policy to The Policy, a change in benefit options, a change of class or a change in The Policy.

*Do I have to satisfy an Elimination Period under The Policy if I was Disabled under the Prior Policy?*
If You received Monthly benefits for disability under the Prior Policy, and You returned to work as a Full-time Active Employee before The Participating Employer Effective Date, then, if within 6 months of Your return to work:
1) You have a recurrence of the same disability while covered under The Policy; and
2) there are no benefits available for the recurrence under the Prior Policy;
the Elimination Period, which would otherwise apply, will be waived if the recurrence would have been covered without any further elimination period under the Prior Policy.

**Termination:** *When will my coverage end?*
Your coverage will end on the earliest of the following:
1) the date The Policy terminates;
2) the date The Policy no longer insures Your class;
3) the date the premium payment is due but not paid;
4) the last day of the period for which You make any required premium contribution;
5) the date Your Employer terminates Your employment;
6) the date You cease to be a Full time Active Employee in an eligible class for any reason; or

HLAICSFPOL000035

   7)  the date Your Employer ceases to be a Participating Employer;
unless continued in accordance with any of the Continuation Provisions.

**Continuation Provisions:**  *Can my coverage be continued beyond the date it would otherwise terminate?*
Coverage can be continued by Your Employer beyond a date shown in the Termination provision, if Your Employer
provides a plan of continuation which applies to all employees the same way.   Continued coverage:
   1)  is subject to any reductions in The Policy;
   2)  is subject to payment of premium by the Employer; and
   3)  terminates if:
      a)  The Policy terminates;
      b)  Your Employer ceases to be a Participating Employer; or
      c)  coverage for Your class terminates.

In any event, Your benefit level, or the amount of earnings upon which Your benefits may be based, will be that in effect
on the day before Your coverage was continued.  Coverage may be continued in accordance with the above restrictions
and as described below:

<u>Family Military Leave of Absence</u>:  If Your spouse or child enters active full-time military service outside of the continental
United States, Hawaii, Puerto Rico or Alaska, and You:
   1)  have been employed with the same employer for at least two years; and
   2)  have completed 1,250 hours of service during a 12 month period immediately prior to the
      date Military Leave of Absence would begin; and
   3)  have exhausted all the other time made available to You by Your Employer except sick time
      and short term disability;
then Your coverage may be continued for up to 30 days.  If the leave ends prior to the agreed upon date, this continuation
will cease immediately.

To elect a Family Military Leave of Absence, You must notify Your Employer at least 14 days prior to the date the leave
would begin if the leave would consist of five or more consecutive work days.  For a leave of less than five days, the
Employee should give notice as soon as reasonable possible.

<u>Family Medical Leave</u>: If You are granted a leave of absence, in writing, according to the Family and Medical Leave Act of
1993, or other applicable state or local law, Your coverage may be continued for up to 12 weeks, or 26 weeks if You
qualify for Family Military Leave, or longer if required by other applicable law, following the date Your leave commenced.
If the leave terminates prior to the agreed upon date, this continuation will cease immediately.

<u>Sabbatical</u>: If You are on a documented sabbatical, Your coverage may be continued until the last day of the 12th month
following the date the sabbatical commenced.  If the sabbatical terminates prior to the agreed upon date, this continuation
will cease immediately.  Coverage continuation must be pre-approved by Us if the sabbatical leave is greater than 30
days.

**Coverage while Disabled:**  *Does my insurance continue while I am Disabled and no longer an Active Employee?*
If You are Disabled and You cease to be an Active Employee, Your insurance will be continued:
   1)  during the Elimination Period while You remain Disabled by the same Disability; and
   2)  after the Elimination Period for as long as You are entitled to benefits under The Policy.

**Waiver of Premium:**  *Am I required to pay Premiums while I am Disabled?*
No premium will be due for You:
   1)  after the Elimination Period; and
   2)  for as long as benefits are payable.

**Extension of Benefits for Total Disability:**  *Do my benefits continue if The Policy terminates?*
If You are entitled to benefits while Disabled and The Participating Employer's coverage terminates, benefits:
   1)  will continue as long as You remain Disabled by the same Disability; but
   2)  will not be provided beyond the date We would have ceased to pay benefits had the insurance remained in force.
Termination of The Participating Employer's coverage for any reason will have no effect on Our liability under this
provision.

**Conversion Right:**  *If my coverage under The Policy ends, do I have a right to conversion?*
If Your insurance terminates because:

HLAICSFPOL000036

1) Your employment ends for a reason other than Your retirement; or
2) You are no longer in an eligible class;

and if:

1) You have been continuously insured for at least 12 consecutive month(s) under The Policy or under both The Policy and the Prior Policy;
2) a Disability is not preventing You from performing duties of Your Occupation;
3) The Policy has not terminated; and
4) You are not eligible or covered for similar benefits under another group Policy;

then You are eligible to enroll for personal insurance under another group policy called the group long term disability conversion policy.

*How do I convert my Coverage?*
To obtain coverage under the group long term disability conversion Policy, You must:

1) send Us a written enrollment request; and
2) pay the required premium and enrollment fee for the conversion Policy;

within 31 days of the termination of Your insurance.

If You meet the preceding conditions, We will issue You a certificate of insurance under the group long term disability conversion Policy. Such coverage will:

1) be issued without Evidence of Insurability;
2) be on one of the forms then being issued by Us for conversion purposes; and
3) be effective on the day following the date Your insurance under The Policy terminates.

The coverage available under the conversion Policy may differ from The Policy. We will determine the terms of the group long term disability conversion Policy, including:

1) the type and amount of coverage provided; and
2) the premium payable;

based on the kinds of insurance provided by the group long term disability conversion Policy at the time such enrollment request is made.

# BENEFITS

**Disability Benefit:** *What are my Disability Benefits under The Policy?*
We will pay You a Monthly Benefit if You:

1) become Disabled while insured under The Policy;
2) are Disabled throughout the Elimination Period;
3) remain Disabled beyond the Elimination Period; and
4) submit Proof of Loss to Us.

Benefits accrue as of the first day after the Elimination Period and are paid monthly. However, benefits will not exceed the Maximum Duration of Benefits.

**Mental Illness And Substance Abuse Benefits:** *Are benefits limited for Mental Illness or Substance Abuse?*
If You are Disabled because of:

1) Mental Illness that results from any cause;
2) any condition that may result from Mental Illness;
3) alcoholism which is under treatment; or
4) the non-medical use of narcotics, sedatives, stimulants, hallucinogens, or any other such substance;

then, subject to all other provisions of The Policy, We will limit the Maximum Duration of Benefits.

Benefits will be payable:

1) for as long as you are confined in a hospital or other place licensed to provide medical care for the disabling condition; or
2) if not confined, or after you are discharged and still Disabled, for a total of 24 month(s) for all such disabilities during your lifetime.

**Recurrent Disability:** *What happens if I Recover but become Disabled again?*
Periods of Recovery during the Elimination Period will not interrupt the Elimination Period, if the number of days You return to work as an Active Employee are less than one-half (1/2) the number of days of Your Elimination Period.

Any day within such period of Recovery, will not count toward the Elimination Period.

HLAICSFPOL000037

After the Elimination Period, if You are no longer Disabled and then become Disabled again and such Disability is:
1) due to the same cause; or
2) due to a related cause; and
3) within 180 day(s) of the prior Period of Disability;
the prior Period of Disability and the recurrent Disability will be considered one Period of Disability, provided The Policy remains in force.

If You are no longer Disabled and remain so for 180 day(s) or more, any recurrence of a Disability will be treated as a new Disability.  The new Disability is subject to a new Elimination Period and a new Maximum Duration of Benefits, and is subject to all of the other terms and conditions of The Policy in effect at that time.

**Period of Disability** means a continuous length of time during which You are Disabled under The Policy.

**Recover or Recovery** means that You are no longer Disabled and have returned to work with the Employer and premiums are being paid for You.

**Calculation of Monthly Benefit:** *How are my Disability benefits calculated?*
If You remain Disabled after the Elimination Period and are earning 20% or less of Your Indexed Pre-disability Earnings, We will determine Your Monthly Benefit as follows:
1) multiply Your Pre-disability Earnings by the Benefit Percentage;
2) compare the result with the Maximum Benefit; and
3) from the lesser amount, deduct Other Income Benefits.
The result is Your Monthly Benefit.

**Calculation of Monthly Benefit:  Return to Work Incentive:** *How are my Disability benefits calculated?*
If You remain Disabled after the Elimination Period, and are earning more than 20% of Your Indexed Pre-disability Earnings, We will determine Your Monthly Benefit for a period of up to 12 consecutive months as follows:
1) multiply Your Pre-disability Earnings by the Benefit Percentage;
2) compare the result with the Maximum Benefit; and
3) from the lesser amount, deduct Other Income Benefits.
The result is Your Monthly Benefit. Current Monthly Earnings will not be used to reduce Your Monthly Benefit.  However, if the sum of Your Monthly Benefit and Your Current Monthly Earnings exceeds 100% of Your Pre-disability Earnings, We will reduce Your Monthly Benefit by the amount of excess.

The 12 consecutive month period will start on the last to occur of:
1) the day You first start work and are earning more than 20% of Your Indexed Pre-disability Earnings; or
2) the end of the Elimination Period.

If You remain Disabled, are not receiving benefits under the Return to Work Incentive described above, and are earning more than 20% of Your Indexed Pre-disability Earnings, We will calculate Your Monthly Benefit as the greater of:
1) the Proportionate Loss Formula; or
2) the 50% Offset Formula.

**Proportionate Loss Formula:** ($A$ divided by $B$) x $C = D$, where:
$A$ = Your Indexed Pre-disability Earnings minus Your Current Monthly Earnings;
$B$ = Your Indexed Pre-disability Earnings;
$C$ = the Monthly Benefit which would be payable if You were Disabled and not earning more than 20% of Your Indexed Pre-disability Earnings; and
$D$ = the Monthly Benefit payable

**50% Offset Formula:** ($W - X$) $- Y = Z$, where:
$W$ = the Maximum Monthly Benefit;
$X$ = 50% of Your Current Monthly Earnings;
$Y$ = all Other Income Benefits; and
$Z$ = the Monthly Benefit payable

*What happens if the sum of my Monthly Benefit, Current Monthly Earnings and Other Income Benefits exceeds 100% of my Pre-disability Earnings?*

HLAICSFPOL000038

If the sum of Your Monthly Benefit, Current Monthly Earnings and Other Income Benefits exceeds 100% of Your Pre-disability Earnings, We will reduce Your Monthly Benefit by the amount of the excess.  However, Your Monthly Benefit will not be less than the Minimum Monthly Benefit.

If an overpayment occurs, We may recover all or any portion of the overpayment, in accordance with the Overpayment Recovery provision.

**Minimum Monthly Benefit:**  *Is there a Minimum Monthly Benefit?*
Your Monthly Benefit will not be less than the Minimum Monthly Benefit shown in the Schedule of Insurance.

**Partial Month Payment:**  *How is the benefit calculated for a period of less than a month?*
If a Monthly Benefit is payable for a period of less than a month, we will pay 1/30 of the Monthly Benefit for each day You were Disabled.

**Termination of Payment:**  *When will my benefit payments end?*
Benefit payments will stop on the earliest of:
1) the date You are no longer Disabled;
2) the date You fail to furnish Proof of Loss;
3) the date You are no longer under the Regular Care of a Physician;
4) the date You refuse Our request that You submit to an examination by a Physician or other qualified professional;
5) the date of Your death;
6) the last day benefits are payable according to the Maximum Duration of Benefits Table;
7) the date Your Current Monthly Earnings exceed 80% of Your Indexed Pre-disability Earnings if You are receiving benefits for being Disabled from Your Occupation;
8) the date no further benefits are payable under any provision in The Policy that limits benefit duration.

**Family Care Credit Benefit:**  *What if I must incur expenses for Family Care Services in order to participate in a Rehabilitation program?*
If You are working as part of a program of Rehabilitation, We will, for the purpose of calculating Your benefit, deduct the cost of Family Care from earnings received from work as a part of a program of Rehabilitation, subject to the following limitations:
1) Family Care means the care or supervision of:
    a) Your children under age 13; or
    b) a member of Your household who is mentally or physically handicapped and dependent upon You for support and maintenance;
2) the maximum monthly deduction allowed for each qualifying child or family member is:
    a) $350 during the first 12 months of Rehabilitation; and
    b) $175 thereafter;
    but in no event may the deduction exceed the amount of Your monthly earnings;
3) Family Care Credits may not exceed a total of $2,500 during a calendar year;
4) the deduction will be reduced proportionally for periods of less than a month;
5) the charges for Family Care must be documented by a receipt from the caregiver;
6) the credit will cease on the first to occur of the following:
    a) You are no longer in a Rehabilitation program; or
    b) Family Care Credits for 24 months have been deducted during Your Disability; and
7) no Family Care provided by someone Related to the family member receiving the care will be eligible as a deduction under this provision.

Your Current Monthly Earnings after the deduction of Your Family Care Credit will be used to determine Your Monthly Benefit.  In no event will You be eligible to receive a Monthly Benefit under The Policy if Your Current Monthly Earnings before the deduction of the Family Care Credit exceed 80% of Your Pre-disability Earnings.

**Survivor Income Benefit:**  *Will my survivors receive a benefit if I die while receiving Disability Benefits?*
If You were receiving a Monthly Disability Benefit at the time of Your death, We will pay a Survivor Income Benefit, when We receive proof satisfactory to Us:
1) of Your death; and
2) that the person claiming the benefit is entitled to it.
We must receive the satisfactory proof for Survivor Income Benefits within 1 year of the date of Your death.

We will pay the Survivor Income Benefit:

HLAICSFPOL000039

1) to Your Surviving Spouse;
2) if no Surviving Spouse, in equal shares to Your Surviving Children; or
3) if no Surviving Spouse or Surviving Children, to Your estate.

However, We will first apply the Survivor Income Benefit to any overpayment which may exist on Your claim.

The Survivor Income Benefit is calculated as 3 times your Maximum Monthly Benefit.

**Surviving Spouse** means Your spouse who was not legally separated or divorced from You when You died.  Spouse will include Your domestic partner or party to a civil union, provided You:
1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners or parties to a civil union for purposes of The Policy; or
2) have registered as domestic partners or parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
You will continue to be considered domestic partners or parties to a civil union provided You continue to meet the requirements described in the domestic partner affidavit or required by law.

**Surviving Children** means Your unmarried children, step children, legally adopted children who, on the date You die, are primarily dependent on You for support and maintenance and who are:
1) under age 21; or
2) between the ages of age 21 and 25, inclusive, and in full-time attendance at an institution of learning.

The term Surviving Children will also include any other children related to You by blood or marriage or domestic partnership and who:
1) lived with You in a regular parent-child relationship; and
2) were eligible to be claimed as dependents on Your federal income tax return for the last tax year prior to Your death.
If a minor child is entitled to benefits, We may, at Our option, make benefit payments to the person caring for and supporting the child until a legal guardian is appointed.

**Workplace Modification Benefit:**  *Will the Rehabilitation program provide for modifications to my workplace to accommodate my return to work?*
We will reimburse Your Employer for the expense of reasonable Workplace Modifications to accommodate Your Disability and enable You to return to work as an Active Employee.  You qualify for this benefit if:
1) Your Disability is covered by The Policy;
2) the Employer agrees to make modifications to the workplace in order to reasonably accommodate Your return to work and the performance of the Essential Duties of Your job; and
3) We approve, in writing, any proposed Workplace Modifications.

Benefits paid for such workplace modification shall not exceed the amount equal to item number 1 of the amount of the Maximum Monthly Benefit.

We have the right, at Our expense, to have You examined or evaluated by:
1) a Physician or other health care professional; or
2) a vocational expert or rehabilitation specialist;
of Our choice so that We may evaluate the appropriateness of any proposed modification.

We will reimburse the Employer's costs for approved Workplace Modifications after:
1) the proposed modifications made on Your behalf are complete;
2) We have been provided written proof of the expenses incurred to provide such modification; and
3) You have returned to work as an Active Employee.

**Workplace Modification** means change in Your work environment, or in the way a job is performed, to allow You to perform, while Disabled, the Essential Duties of Your job.  Payment of this benefit will not reduce or deny any benefit You are eligible to receive under the terms of The Policy.

# EXCLUSIONS AND LIMITATIONS

41

HLAICSFPOL000040

**Exclusions:** *What Disabilities are not covered?*
The Policy does not cover, and We will not pay a benefit for any Disability:
1) unless You are under the Regular Care of a Physician;
2) that is caused or contributed to by war or act of war (declared or not);
3) caused by Your commission of or attempt to commit a felony;
4) caused or contributed to by Your being engaged in an illegal occupation; or
5) caused or contributed to by an intentionally self inflicted injury.

If You are receiving or are eligible for benefits for a Disability under a prior disability plan that:
1) was sponsored by Your Employer; and
2) was terminated before the Effective Date of The Policy;
no benefits will be payable for the Disability under The Policy.

**Pre-Existing Conditions Limitation:** *Are benefits limited for Pre-existing Conditions?*
We will not pay any benefit, or any increase in benefits, under The Policy for any Disability that results from, or is caused or contributed to by, a Pre-existing Condition, unless, at the time You become Disabled:
1) You have not received Medical Care for the condition for 12 consecutive month(s) while insured under The Policy; or
2) You have been continuously insured under The Policy for 12 consecutive month(s).

**Pre-existing Condition** means:
1) any accidental bodily injury, sickness, Mental Illness, pregnancy, or episode of Substance Abuse; or
2) any manifestations, symptoms, findings, or aggravations related to or resulting from such accidental bodily injury, sickness, Mental Illness, pregnancy, or Substance Abuse;
for which You received Medical Care during the 3 month(s) period that ends the day before:
1) Your effective date of coverage; or
2) the effective date of a Change in Coverage.

**Medical Care** is received when a physician or other health care provider:
1) is consulted or gives medical advice; or
2) recommends, prescribes or provides Treatment.

**Treatment** includes, but is not limited to:
1) medical examinations, tests, attendance, or observation; and
2) use of drugs, medicines, medical services, supplies or equipment.


# GENERAL PROVISIONS

**Notice of Claim:** *When should I notify the Company of a claim?*
You must give Us, written, electronic or telephonic notice of a claim within 20 days after Disability or loss occurs. If notice cannot be given within that time, it must be given as soon as reasonably possible after that. Such notice must include Your name, Your address and the Participating Employer Account Number.

**Claim Forms:** *Are special forms required to file a claim?*
We will send forms to You to provide Proof of Loss, within 15 days of receiving a Notice of Claim. If We do not send the forms within 15 days, You may submit any other written, electronic or telephonic proof which fully describes the nature and extent of Your claim.

Proof of loss is typically provided by telephone; however, if forms are required, they will be sent to You for providing Proof of Loss within 15 days after We receive a notice of claim.

**Proof of Loss:** *What is Proof of Loss?*
Proof of Loss may include but is not limited to the following:
1) documentation of:
   a) the date Your Disability began;
   b) the cause of Your Disability;
   c) the prognosis of Your Disability;

42

HLAICSFPOL000041

      d)  Your Pre-disability Earnings, Current Monthly Earnings or any income, including but not limited to copies of Your filed and signed federal and state tax returns; and

2)  any and all medical information, including x-ray films and photocopies of medical records, including histories, physical, mental or diagnostic examinations and treatment notes;

3)  the names and addresses of all:
    a)  Physicians or other qualified medical professionals You have consulted;
    b)  hospitals or other medical facilities in which You have been treated; and
    c)  pharmacies which have filled Your prescriptions within the past three years;

4)  Your signed authorization for Us to obtain and release:
    a)  medical, employment and financial information; and
    b)  any other information We may reasonably require;

5)  Your signed statement identifying all Other Income Benefits; and

6)  proof that You and Your dependents have applied for all Other Income Benefits which are available.

You will not be required to claim any retirement benefits which You may only get on a reduced basis.  All proof submitted must be satisfactory to Us.

**Additional Proof of Loss:**  *What additional proof of loss is the Company entitled to?*
To assist Us in determining if You are Disabled, or to determine if You meet any other term or condition of The Policy, We have the right to require You to:
    1)  meet and interview with our representative; and
    2)  be examined by a Physician, vocational expert, functional expert, or other professional of Our choice.
Any such interview, meeting or examination will be:
    1)  at Our expense; and
    2)  as reasonably required by Us.
Your Additional Proof of Loss must be satisfactory to Us.  Unless We determine You have a valid reason for refusal, We may deny, suspend or terminate Your benefits if You refuse to be examined or meet to be interviewed by Our representative.

**Sending Proof of Loss:**  *When must proof of Loss be given?*
Written Proof of Loss must be sent to Us within 90 days after the start of the period for which We are liable for payment.  If proof is not given by the time it is due, it will not affect the claim if:
    1)  it was not possible to give proof within the required time; and
    2)  proof is given as soon as possible; but
    3)  not later than 1 year after it is due, unless You are not legally competent.
We may request Proof of Loss throughout Your Disability.  In such cases, We must receive the proof within 30 day(s) of the request.

**Claim Payment:**  *When are benefit payments issued?*
When We determine that You;
    1)  are Disabled; and
    2)  eligible to receive benefits;
We will pay accrued benefits at the end of each month that You are Disabled.  We may, at Our option, make an advance benefit payment based on Our estimated duration of Your Disability.  If any payment is due after a claim is terminated, it will be paid as soon as Proof of Loss satisfactory to Us is received.

**Claims to be Paid:**  *To whom will benefits for my claim be paid?*
All payments are payable to You.  Any payments owed at Your death may be paid to Your estate.  If any payment is owed to:
    1)  Your estate;
    2)  a person who is a minor; or
    3)  a person who is not legally competent;
then We may pay up to $1,000 to a person who is Related to You and who, at Our sole discretion, is entitled to it.  Any such payment shall fulfill Our responsibility for the amount paid.

**Claim Denial:**  *What notification will I receive if my claim is denied?*
If a claim for benefits is wholly or partly denied, You will be furnished with written notification of the decision. This written notification will:
    1)  give the specific reason(s) for the denial;
    2)  make specific reference to The Policy provisions on which the denial is based;

HLAICSFPOL000042

3) provide a description of any additional information necessary to perfect a claim and an explanation of why it is necessary; and
4) provide an explanation of the review procedure.

**Claim Appeal:**  *What recourse do I have if my claim is denied?*
On any claim, You or Your representative may appeal to Us for a full and fair review.  To do so You:
1) must request a review upon written application within:
    a) 180 days of receipt of claim denial if the claim requires Us to make a determination of disability; or
    b) 60 days of receipt of claim denial if the claim does not require Us to make a determination of disability; and
2) may request copies of all documents, records, and other information relevant to Your claim; and
3) may submit written comments, documents, records and other information relating to Your claim.

We will respond to You in writing with Our final decision on the claim.

**Arbitration:**  *What recourse do I have if I disagree with the Company about the decision which was made regarding my claim for Disability Benefits?*
If You disagree with Us about a decision We make, after Our final review of Your claim for Disability Benefits, You have the right to refer the dispute to an arbitrator.

To proceed You must call the main office of the American Arbitration Association in Washington, D.C. to request arbitration proceeding.  You shall invoke the arbitration proceeding in accordance with the procedures established for Employee Benefit Plan Claims by the American Arbitration Association.

Arbitration shall be conducted by a sole, neutral arbitrator selected from the approved panel maintained by the American Arbitration Association for employee benefit disputes.

The expense of the arbitration shall be borne equally by You and Us unless otherwise ordered by the arbitrator.

The decision of the arbitrator shall be final and binding, and judgment upon the award may be entered in any court having jurisdiction thereof.

**Social Security:**  *When must I apply for Social Security Benefits?*
You must apply for Social Security disability benefits when the length of Your Disability meets the minimum duration required to apply for such benefits.  You must apply within 45 days from the date of Our request.  If the Social Security Administration denies Your eligibility for benefits, You will be required:
1) to follow the process established by the Social Security Administration to reconsider the denial; and
2) if denied again, to request a hearing before an Administrative Law Judge of the Office of Hearing and Appeals.

**Benefit Estimates:**  *How does the Company estimate Disability benefits under the United States Social Security Act?*
We reserve the right to reduce Your Monthly Benefit by estimating the Social Security disability benefits You or Your spouse and children may be eligible to receive.

When We determine that You or Your Dependent may be eligible for benefits, We may estimate the amount of these benefits.  We may reduce Your Monthly Benefit by the estimated amount.
Your Monthly Benefit will not be reduced by estimated Social Security disability benefits if:
1) You apply for Social Security disability benefits and pursue all required appeals in accordance with the Social Security provision; and
2) You have signed a form authorizing the Social Security Administration to release information about awards directly to Us; and
3) You have signed and returned Our reimbursement agreement, which confirms that You agree to repay all overpayments.

If We have reduced Your Monthly Benefit by an estimated amount and:
1) You or Your Dependent are later awarded Social Security disability benefits, We will adjust Your Monthly Benefit when We receive proof of the amount awarded, and determine if it was higher or lower than Our estimate; or
2) Your application for disability benefits has been denied, We will adjust Your Monthly Benefit when You provide Us proof of final denial from which You cannot appeal from an Administrative Law Judge of the Office of Hearing and Appeals.

HLAICSFPOL000043

If Your Social Security Benefits were lower than we estimated, and We owe You a refund, We will make such refund in a lump sum.  If Your Social Security Benefits were higher than we estimated, and If Your Monthly Benefit has been overpaid, You must make a lump sum refund to Us equal to all overpayments, in accordance with the Overpayment Recovery provision

**Overpayment:**  *When does an overpayment occur?*
An overpayment occurs:
1) when We determine that the total amount We have paid in benefits is more than the amount that was due to You under The Policy; or
2) when payment is made by Us that should have been made under another group policy.

This includes, but is not limited to, overpayments resulting from:
1) retroactive awards received from sources listed in the Other Income Benefits definition;
2) failure to report, or late notification to Us of any Other Income Benefit(s) or earned income;
3) misstatement;
4) fraud; or
5) any error We may make.

**Overpayment Recovery:**  *How does the Company exercise the right to recover overpayments?*
We have the right to recover from You any amount that We determine to be an overpayment.  You have the obligation to refund to Us any such amount.  Our rights and Your obligations in this regard may also be set forth in the reimbursement agreement You will be required to sign when You become eligible for benefits under The Policy.

If benefits are overpaid on any claim, You must reimburse Us within 30 days.

If reimbursement is not made in a timely manner, We have the right to:
1) recover such overpayments from:
   a) You;
   b) any other organization;
   c) any other insurance company;
   d) any other person to or for whom payment was made; and
   e) Your estate;
2) reduce or offset against any future benefits payable to You or Your survivors, including the Minimum Monthly Benefit, until full reimbursement is made. Payments may continue when the overpayment has been recovered;
3) refer Your unpaid balance to a collection agency; and
4) pursue and enforce all legal and equitable rights in court.

**Subrogation:**  *What are the Company's subrogation rights?*
If You:
1) suffer a Disability because of the act or omission of a Third Party;
2) become entitled to and are paid benefits under The Policy in compensation for lost wages; and
3) do not initiate legal action for the recovery of such benefits from the Third Party in a reasonable period of time;
then We will be subrogated to any rights You may have against the Third Party and may, at Our option, bring legal action against the Third Party to recover any payments made by Us in connection with the Disability.

**Reimbursement:**  *What are the Company's Reimbursement Rights?*
We have the right to request to be reimbursed for any benefit payments made or required to be made under The Policy for a Disability for which You recover payment from a Third Party.

If You recover payment from a Third Party as:
1) a legal judgment;
2) an arbitration award; or
3) a settlement or otherwise.
You must reimburse Us for the lesser of:
1) the amount of payment made or required to be made by Us; or
2) the amount recovered from the Third Party less any reasonable legal fees associated with the recovery.

**Third Party** means any person or legal entity whose act or omission, in full or in part, causes You to suffer a Disability for which benefits are paid or payable under The Policy.

45

HLAICSFPOL000044

**Legal Actions:**  *When can legal action be taken against Us?*
Legal action cannot be taken against Us:
1) sooner than 60 days after the date Proof of Loss is given; or
2) more than 3 years after the date Proof of Loss is required to be given according to the terms of The Policy.

**Insurance Fraud:**  *How does the Company deal with fraud?*
Insurance Fraud occurs when You and/or Your Employer provide Us with false information or file a claim for benefits that contains any false, incomplete or misleading information with the intent to injure, defraud or deceive Us.  It is a crime if You and/or Your Employer commit Insurance Fraud.  We will use all means available to Us to detect, investigate, deter and prosecute those who commit Insurance Fraud.  We will pursue all available legal remedies if You and/or Your Employer perpetrate Insurance Fraud.

**Misstatements:**  *What happens if facts are misstated?*
If material facts about You were not stated accurately:
1) Your premium may be adjusted; and
2) the true facts will be used to determine if, and for what amount, coverage should have been in force.

No statement, except fraudulent misstatements, made by You relating to Your insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for three years during Your lifetime.  In order to be used, the statement must be in writing and signed by You.


# DEFINITIONS

**Actively at Work** means at work with the Employer on a day that is one of the Employer's scheduled workdays.  On that day, You must be performing for wage or profit all of the regular duties of Your Occupation:
1) in the usual way; and
2) for Your usual number of hours.

We will consider You Actively at Work on a day that is not a scheduled work day only if You were Actively at Work on the preceding scheduled work day.

**Active Employee** means an employee who works for the Employer on a regular basis in the usual course of the Employer's business.  This must be at least the number of hours shown in the Schedule of Insurance.

**Bonuses** means the monthly average of monetary bonuses You received from:
1) the Employer during the 12 month(s) period immediately prior to the last day You were Actively at Work before You became Disabled;
2) the Employer during the total period of time You worked for the Employer, if less than the above period; or
3) any employer or for any work You perform during Your Period of Disability.

**Commissions** means the monthly average of monetary commissions You received from:
1) the Employer during the 12 month(s) period immediately prior to the last day You were Actively at Work before You became Disabled;
2) the Employer during the total period of time You worked for the Employer, if less than the above period; or
3) any employer or for any work You perform during Your Period of Disability.

**Current Monthly Earnings** means monthly earnings You receive from:
1) Your Employer;
2) other employment; and
3) any other work for pay or profit;
while You are Disabled.  Current Monthly Earnings will include Bonuses and Commissions and will be pro-rated as necessary.

**Disability or Disabled** means You are prevented from performing one or more of the Essential Duties of:
1) Your Occupation during the Elimination Period; or
2) Your Occupation following the Elimination Period, and as a result Your Current Monthly Earnings are less than 80% of Your Indexed Pre-disability Earnings.

46

HLAICSFPOL000045

If at the end of the Elimination Period, You are prevented from performing one or more of the Essential Duties of Your Occupation, but Your Current Monthly Earnings are 80% or more of Your Pre-disability Earnings, Your Elimination Period will be extended for a total period of 12 months from the original date of Disability, or until such time as Your Current Monthly Earnings are less than 80% of Your Pre-disability Earnings, whichever occurs first.

Your Disability must result from:
1)   accidental bodily injury;
2)   sickness;
3)   Mental Illness;
4)   Substance Abuse; or
5)   pregnancy.

Your failure to maintain a license to perform the duties of an occupation, alone, does not mean that You are Disabled. You will not be considered Disabled solely because Your professional or occupational license or certification is suspended, revoked, restricted or surrendered.

**Employer** means the Policyholder.

**Essential Duty** means a duty that:
1)   is substantial, not incidental;
2)   is fundamental or inherent to the occupation; and
3)   cannot be reasonably omitted or changed.
Your ability to work the number of hours in Your regularly scheduled work week is an Essential Duty.

**Indexed Pre-disability Earnings** means Your Pre-disability Earnings adjusted annually by 5%. The first adjustment will take effect on the first day of the month following receipt of 12 months of benefits.  After this first adjustment, Your Pre-disability Earnings will be increased annually by an additional adjustment of 5%, compounded on the first day of the month following each anniversary of the date of the initial adjustment.

**Mental Illness** means a mental disorder as listed in the current version of the Diagnostic and Statistical Manual of Mental Disorders, published by the American Psychiatric Association.  A Mental Illness may be caused by biological factors or result in physical symptoms or manifestations.

For the purpose of The Policy, Mental Illness does not include the following mental disorders outlined in the Diagnostic and Statistical Manual of Mental Disorders:
1)   Mental Retardation;
2)   Pervasive Developmental Disorders;
3)   Motor Skills Disorder;
4)   Substance-Related Disorders;
5)   Delirium, Dementia, and Amnesic and Other Cognitive Disorders; or
6)   Narcolepsy and Sleep Disorders related to a General Medical Condition.

**Monthly Benefit** means a monthly sum payable to You while You are Disabled, subject to the terms of The Policy.

**Other Income Benefits** means the amount of any benefit for loss of income, provided to You or Your family, as a result of the period of Disability for which You are claiming benefits under The Policy.  This includes any such benefits for which You or Your family are eligible or that are paid to You, or Your family or to a third party on Your behalf, pursuant to any:
1)   temporary, permanent disability, or impairment benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, similar law or substitutes or exchanges for such benefits;
2)   governmental law or program that provides disability or unemployment benefits as a result of Your job with the Employer;
3)   income from Your Employer under any plan or arrangement of coverage, including income from any accumulated sick time, salary continuation or paid time off plan, whether insured or not, during the first 12 months of Your Disability, only to the extent that the sum of Your income from Your Employer, Monthly Benefit, Current Monthly Earnings and any Other Income Benefits exceed 100% of Your Pre-disability Earnings;
4)   income from Your Employer under any plan or arrangement of coverage, including income from any accumulated sick time, salary continuation or paid time off plan, whether insured or not, after the first 12 months of Your Disability;
5)   mandatory "no fault" automobile insurance plan;
6)   disability benefits under:

47

HLAICSFPOL000046

    a) the United States Social Security Act or alternative plan offered by a state or municipal government;
    b) the Railroad Retirement Act;
    c) the Canada Pension Plan, the Canada Old Age Security Act, the Quebec Pension Plan or any provincial pension or disability plan; or
    d) similar plan or act;
    that You, Your spouse and/or children, are eligible to receive because of Your Disability; or
7) disability benefit from the Department of Veterans Affairs, or any other foreign or domestic governmental agency:
    a) that begins after You become Disabled; or
    b) that You were receiving before becoming Disabled, but only as to the amount of any increase in the benefit attributed to Your Disability; or
8) Employer sponsored group insurance.

Other Income Benefits also means any payments that are made to You or to Your family, or to a third party on Your behalf, pursuant to any:
1) disability benefit under Your Employer's Retirement plan;
2) temporary, permanent disability or impairment benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, similar law or substitutes or exchanges for such benefits;
3) portion of a settlement or judgment, minus associated costs, of a lawsuit that represents or compensates for Your loss of earnings; or
4) retirement benefits under:
    a) the United States Social Security Act or alternative plan offered by a state or municipal government;
    b) the Railroad Retirement Act;
    c) the Canada Pension Plan, the Canada Old Age Security Act, the Quebec Pension Plan or any provincial pension or disability plan;
    d) similar plan or act;
    that You, Your spouse and children  receive because of Your retirement, unless You were receiving them prior to becoming Disabled.

Other Income Benefits will not include:
1) early retirement benefits under the United States Social Security Act that are not received;
2) the amount of any increase in benefits paid under any federal or state law, if the increase:
    a) takes effect after the date benefits become payable under The Policy; and
    b) is a general increase which is required by law and applies to all persons who are entitled to such benefits;
3) group credit or mortgage disability insurance benefits;
4) any benefits or proceeds from:
    a) personal investment income;
    b) Veteran's Administration Disability and military retirement benefits You are receiving prior to becoming Disabled;
    c) a military retirement pension plan;
    d) defined contribution plan from a professional corporation;
    e) individual or Employer sponsored IRA or tax sheltered annuity, or deferred compensation plan;
    f) employee stock option plan or any thrift plan;
    g) a partner or proprietor H.R. 10 (Keogh) plan under the self-employed individual Retirement Act;
    h) a capital account; or
    i) individual insurance benefits.

If You are paid Other Income Benefits in a lump sum or settlement, You must provide proof satisfactory to Us of:
1) the amount attributed to loss of income; and
2) the period of time covered by the lump sum or settlement.

We will pro rate the lump sum or settlement over this period of time.  If You cannot or do not provide this information, We will assume the entire sum to be for loss of income, and the time period to be 60 month(s).  We may make a retroactive allocation of any retroactive Other Income Benefit.  A retroactive allocation may result in an overpayment of Your claim.

The amount of any increase in Other Income Benefits will not be included as Other Income Benefits if such increase:
1) takes effect after the date benefits become payable under The Policy; and
2) is a general increase which applies to all persons who are entitled to such benefits.

**Participating Employer** means an Employer who agrees to participate in the Trust, pays the required contribution for the Active Employees and is a participant in accordance with the provisions of The Policy.

HLAICSFPOL000047

**Physician** means a person who is:
1) a doctor of medicine, osteopathy, psychology or other legally qualified practitioner of a healing art that We recognize or are required by law to recognize;
2) licensed to practice in the jurisdiction where care is being given;
3) practicing within the scope of that license; and
4) not You or Related to You by blood or marriage.

**Pre-disability Earnings** means Your regular monthly rate of pay from Your Employer, not counting Bonuses and Commissions, in effect on the last day that You were Actively at Work before You became Disabled.

Pre-disability Earnings does not include any other fringe benefits or extra compensation.  In addition, earnings from overtime or on-call hours are not included, unless regularly scheduled.

However, if You are an hourly paid Employee, Pre-disability Earnings means the product of:
1) the average number of hours You worked per month, including hours from paid vacation, sick time, overtime (if regularly scheduled) and other paid time off, not including on-call hours, over the most recent 12 month period immediately prior to the last day You were Actively at Work before You became Disabled, multiplied by:
2) Your hourly wage in effect on the last day You were Actively at Work before You became Disabled.

Pre-disability Earnings includes contributions You make through a salary reduction agreement with the Employer to:
1) an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;
2) an executive non-qualified deferred compensation arrangement; or
3) a salary reduction arrangement under an IRC Section 125 plan,
for the same period as above.

**Prior Policy** means the long term disability insurance carried by the Participating Employer on the day before the Participating Employer Effective Date.

**Regular Care of a Physician** means that You are being treated by a Physician:
1) whose medical training and clinical experience are suitable to treat Your disabling condition; and
2) whose treatment is:
    a) consistent with the diagnosis of the disabling condition;
    b) according to guidelines established by medical, research, and rehabilitative organizations; and
    c) administered as often as needed;
    to achieve the maximum medical improvement.

**Rehabilitation** means a process of Our working together with You in order for Us to plan, adapt, and put into use options and services to meet Your return to work needs.   A Rehabilitation program may include, when We consider it to be appropriate, any necessary and feasible:
1) vocational testing;
2) vocational training;
3) alternative treatment plans such as:
    a) support groups;
    b) physical therapy;
    c) occupational therapy; or
    d) speech therapy;
4) work-place modification to the extent not otherwise provided;
5) job placement;
6) transitional work; and
7) similar services.

**Related** means Your spouse or other adult living with You, sibling, parent, step-parent, grandparent, aunt, uncle, niece, nephew, son, daughter, or grandchild or someone in a similar relationship in law to You.

**Retirement Plan** means a defined benefit or defined contribution plan that provides benefits for Your retirement and which is not funded wholly by Your contributions.  It does not include:
1) a profit sharing plan;
2) thrift, savings or stock ownership plans;
3) a non-qualified deferred compensation plan; or

HLAICSFPOL000048

4)   an individual retirement account (IRA), a tax sheltered annuity (TSA), Keogh Plan, 401(k) plan, 403(b) plan or 457 deferred compensation arrangement.

**Substance Abuse** means the pattern of pathological use of alcohol or other psychoactive drugs and substances characterized by:
1)   impairments in social and/or occupational functioning;
2)   debilitating physical condition;
3)   inability to abstain from or reduce consumption of the substance; or
4)   the need for daily substance use to maintain adequate functioning.
Substance includes alcohol and drugs but excludes tobacco and caffeine.

**The Policy** means the Policy which We issued to the Policyholder under the Policy Number shown on the face page.

**Trust** means the Policyholder stated on the face page of The Policy.

**We, Our, or Us** means the insurance company named on the face page of The Policy.

**Your Occupation** means Your Occupation, as it is recognized in the general workplace, that You were routinely performing prior to becoming Disabled. Your Occupation does not mean the specific job You are performing for a specific employer or at a specific location.

If You are a Physician, Your Occupation means the general or sub-specialty in which you are practicing for which there is a specialty or sub-specialty recognized by the American Board of Medical Specialties.  If the sub-specialty in which You are practicing is not recognized by the American Board of Medical Specialties, You will be considered practicing in the general specialty category.

If You are a Dentist, Your Occupation means the general or sub-specialty in which you are practicing for which there is a specialty or sub-specialty recognized by the American Dental Association.  If the sub-specialty in which You are practicing is not recognized by the American Dental Association, You will be considered practicing in the general specialty category.

**You or Your** means the person to whom this certificate is issued.

HLAICSFPOL000049

THE
HARTFORD

## AMENDATORY RIDER

This rider is attached to all certificates given in connection with The Policy and is effective on The Policy Effective Date.

This rider is intended to amend Your certificate, as indicated below, to comply with the laws of Your state of residence. Only those references to benefits, provisions or terms actually included in Your certificate will affect Your coverage.

For Arkansas residents:
   The provision titled **Policy Interpretation** is deleted in its entirety.

For Colorado residents:
   The **Complications of Pregnancy** definition is replaced by the following:
   **Complications of Pregnancy** means a condition whose diagnosis is distinct from pregnancy but adversely affected or caused by pregnancy, such as:
   1) acute nephritis or nephrosis;
   2) cardiac decompensation;
   3) missed abortion; and
   4) similar medical and surgical conditions of comparable severity.

   Complications of Pregnancy will also include:
   1) pre-eclampsia;
   2) placenta previa;
   3) physician prescribed bed rest for intra-uterine growth retardation, funneling, incompetent cervix;
   4) termination of ectopic pregnancy;
   5) spontaneous termination of pregnancy, occurring during a period of gestation in which a viable birth is not possible;
   6) non-elective cesarean section; and
   7) similar medical and surgical conditions of comparable severity.

   However, the term Complications of Pregnancy will not include:
   1) elective cesarean section;
   2) false labor, occasional spotting, or morning sickness;
   3) hyperemesis gravidarum; or
   4) similar conditions associated with the management of a difficult pregnancy not consisting of a nosologically distinct Complications of Pregnancy.

For Delaware residents:
   1) The definition of **Spouse** is amended to include the following:
      Spouse will include Your party to a civil union, provided You:
      1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
      2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
      You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

   2) The definition of **Surviving Spouse** in the **Survivor Income Benefit** is amended to read as follows:
      **Surviving Spouse** means Your spouse who was not legally separated or divorced from You when You died. "Spouse" will include Your domestic partner, provided You have executed a Domestic Partner Affidavit acceptable to us, establishing that You and Your partner are domestic partners for purposes of this Policy. You will continue to be considered domestic partners provided You continue to meet the requirements described in the Domestic Partner Affidavit.

   3) The **Change in Family Status** provision is replaced with the following:
      **Change in Family Status**: *What constitutes a Change in Family Status?*
      A Change in Family Status means:

HLAICSFPOL000050

1) You get married or enter into a civil union;
2) You and Your spouse divorce or You terminate a civil union;
3) Your child is born or You adopt or become the legal guardian of a child;
4) Your spouse or civil union partner dies;
5) Your child is emancipated or dies;
6) Your spouse or civil union partner is no longer employed, which results in a loss of group insurance; or
7) You have a change in classification from part-time to full-time or from full-time to part-time.

For <u>Hawaii</u> residents:
1) The definition of **Spouse** is amended to include the following:
   Spouse will include Your party to a civil union, provided You:
   1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
   2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

2) The definition of **Surviving Spouse** in the **Survivor Income Benefit** provision is replaced with the following:
   **Surviving Spouse** means Your wife or husband who was not legally separated or divorced from You when You died. Spouse will include Your party to a civil union, provided You:
   1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
   2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

3) The **Change in Family Status** provision is replaced with the following:
   **Change in Family Status**: *What constitutes a Change in Family Status?*
   A Change in Family Status means:
   1) You get married or enter into a civil union;
   2) You and Your spouse divorce or You terminate a civil union;
   3) Your child is born or You adopt or become the legal guardian of a child;
   4) Your spouse or civil union partner dies;
   5) Your child is emancipated or dies;
   6) Your spouse or civil union partner is no longer employed, which results in a loss of group insurance; or
   7) You have a change in classification from part-time to full-time or from full-time to part-time.

For <u>Illinois</u> residents:
1) The definition of **Spouse** is amended to include the following:
   Spouse will include Your party to a civil union, provided You:
   1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
   2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

2) The definition of **Surviving Spouse** in the **Survivor Income Benefit** provision is replaced with the following:
   **Surviving Spouse** means Your wife or husband who was not legally separated or divorced from You when You died. Spouse will include Your party to a civil union, provided You:
   1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
   2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

3) The **Change in Family Status** provision is replaced with the following:
   **Change in Family Status**: *What constitutes a Change in Family Status?*
   A Change in Family Status means:
   1) You get married or enter into a civil union;
   2) You and Your spouse divorce or You terminate a civil union;

HLAICSFPOL000051

3) Your child is born or You adopt or become the legal guardian of a child;
4) Your spouse or civil union partner dies;
5) Your child is emancipated or dies;
6) Your spouse or civil union partner is no longer employed, which results in a loss of group insurance; or
7) You have a change in classification from part-time to full-time or from full-time to part-time.

For <u>Indiana</u> residents:
The last sentence in the **Policy Interpretation** provision is deleted and replaced by the following:
This provision applies only where the interpretation of The Policy is governed by the Employee Retirement Income Security Act of 1974, as amended (ERISA), 29 U.S.C. 1001 et seq.

For <u>Louisiana</u> residents, the following provision is added:
**Reinstatement after Military Service:** *Can my coverage be reinstated after return from active military service?*
If:
1) Your coverage terminates because You enter active military service; and
2) You are rehired within 12 months of the date You return from active military service;
then coverage may be reinstated, provided You request such reinstatement within 31 days of the date you return to work.

The reinstated coverage will:
1) be the same coverage amounts in force on the date coverage terminated; and
2) not be subject to any Waiting Period for Coverage, Evidence of Insurability or Pre-existing Conditions Limitations; and
3) be subject to all the terms and provisions of The Policy.

For <u>Maine</u> residents, the following provision is added:
**Reinstatement:** *Can my coverage be reinstated after it ends?*
We will reinstate The Policy upon receipt of all current and late premiums if:
1) You, any person authorized to act on Your behalf, or any of Your dependents may request reinstatement of The Policy within 90 days following cancellation of The Policy for nonpayment of premium provided You suffered from cognitive impairment or functional incapacity at the time the contract cancelled; and
2) all current and late premium payments are received within 15 days of Our request.

We may request a medical demonstration, at Your expense, that You suffered from cognitive impairment or functional incapacity at the time of cancellation of The Policy.

For <u>Maryland</u> residents, the definition of **Surviving Spouse** in the **Survivor Income Benefit** is deleted and replaced by the following:
**Surviving Spouse** means Your spouse who was not legally separated or divorced from You when You died. "Spouse" will include Your domestic partner, provided You have executed a Domestic Partner Affidavit acceptable to us, establishing that You and Your partner are domestic partners for purposes of this Policy.  You will continue to be considered domestic partners provided You continue to meet the requirements described in the Domestic Partner Affidavit.

For <u>Massachusetts</u> residents:
1) the following is added to the **Continuation Provisions:**
In accordance with Massachusetts state law, if Your insurance terminates because Your employment terminates or You cease to be a member of an eligible class, Your insurance will automatically be continued until the end of a 31 day period from the date Your insurance terminates or the date You become eligible for similar benefits under another group plan, whichever occurs first.

Additionally, if Your insurance terminates because Your employment is terminated as a result of a plant closing or covered partial closing, Your insurance may be continued.  You must elect in writing to continue insurance and pay the required premium for continued coverage.  Coverage will cease on the earliest to occur of the following dates:
1) 90 days from the date You were no longer eligible for coverage as a Full-time Active Employee;
2) the date You become eligible for similar benefits under another group plan;
3) the last day of the period for which required premium is made;
4) the date the group insurance policy terminates; or
5) the date Your Employer ceases to be a Participant Employer, if applicable.

HLAICSFPOL000052

Continued coverage is subject to all other applicable terms and conditions of The Policy.

2) The **Surviving Children** definition in the **Survivor Income Benefit** will also include a child in the process of adoption.

For <u>Michigan</u> residents, the **Policy Interpretation** provision is deleted in its entirety.

For <u>Minnesota</u> residents:
1) the definition of **Any Occupation** is amended by the addition of the phrase "or may reasonably become qualified" to the first line;
2) The first two paragraphs of the **Pre-Existing Conditions Limitation** provision are deleted and replaced by the following:
No benefit will be payable under The Policy for any Disability that is due to, contributed to by, or results from a Pre-Existing Condition, unless such Disability or loss is incurred:
   1) After the lesser of the last day of:
      a) the number of days stated in Your certificate; or
      b) 730 consecutive days;
      while insured, during which you receive no medical care for the Pre-Existing Condition; or
   2) After the lesser of the last day of:
      a) the number of days stated in Your certificate; or
      b) 730 consecutive days;
      during which you have been continuously insured under The Policy.
The amount of a benefit increase, which results from a change in benefit options, a change of class or a change in The Policy, will not be paid for any disability that is due to, contributed to by, or results from a Pre-Existing Condition, unless such Disability begins:
   1) After the lesser of the last day of :
      a) the number of days stated in Your certificate; or
      b) 730 consecutive days;
      while insured for the increased benefit amount during which you receive no medical care for the Pre-Existing Condition; or
   2) After the lesser of the last day of :
      a) the number of days stated in Your certificate; or
      b) 730 consecutive days;
      during which you have been continuously insured for the increased benefit amount.
3) The definition of **Pre-existing Condition** in the **Pre-Existing Conditions Limitation** provision is deleted and is replaced by the following:
**Pre-existing Condition** means any accidental bodily injury, sickness, Mental Illness, pregnancy, or episode of Substance Abuse for which You received Medical Care during the lesser of:
   1) the period of time stated in Your certificate; or
   2) the 730 day period;
      that ends the day before:
   3) Your effective date of coverage; or
   4) the effective date of a Change in Coverage.
4) The definition of **Surviving Spouse** in the **Survivor Income Benefit** is amended to read as follows:
**Surviving Spouse** means Your spouse who was not legally separated or divorced from You when You died. "Spouse" will include Your domestic partner, provided You have executed a Domestic Partner Affidavit acceptable to us, establishing that You and Your partner are domestic partners for purposes of this Policy. You will continue to be considered domestic partners provided You continue to meet the requirements described in the Domestic Partner Affidavit.

For <u>Missouri</u> residents:
1) intentionally self-inflicted injury, suicide or attempted suicide, while sane; or
2) The Arbitration provision is deleted.

For <u>Montana</u> residents:
1) Pregnancy will be covered, the same as any other Sickness, anything in the Policy to the contrary notwithstanding.
2) The Arbitration provision is deleted.

For <u>New Hampshire</u> residents:

HLAICSFPOL000053

1) The definition of **Other Income Benefits** is amended by the deletion of 'mandatory "no-fault" automobile insurance plan';
2) LTD  The time period, stated in the **Recurrent Disability** provision, within which a Disability must recur in order to be considered the same Period of Disability is changed to 6 months, if less than 6 months.
3) The **Policy Interpretation** provision is deleted and replaced by the following:

    Under ERISA, the Company is hereby designated by the plan sponsor as a claim fiduciary with discretionary authority to determine eligibility for benefits and to interpret and construe the terms and provisions of the policy.  As claim fiduciary, the Company has a duty to administer claims solely in the interest of the participants and beneficiaries of the employee benefit plan and in accordance with the documents and instruments governing the plan.  This assignment of discretionary authority does not prohibit a participant or beneficiary from seeking judicial review of the Company's benefit eligibility determination after exhausting administrative remedies.  The assignment of discretionary authority made under this provision may affect the standard of review that a court will use in reviewing the appropriateness of the Company's determination.  In order to prevail, a plan participant or beneficiary may be required to prove that the Company's determination was arbitrary and capricious or an abuse of discretion.

4) The time periods stated in the **Claim Appeal** provision are changed to 180 days, if less than 180 days.
5) The Arbitration provision is deleted.

For New Jersey residents:
1) The **Change in Family Status** provision is replaced with the following:

    **Change in Family Status**:  *What constitutes a Change in Family Status?*
    A Change in Family Status means:
    1) You get married or enter into a civil union;
    2) You and Your spouse divorce or You terminate a civil union;
    3) Your child is born or You adopt or become the legal guardian of a child;
    4) Your spouse or civil union partner dies;
    5) Your child is emancipated or dies;
    6) Your spouse or civil union partner is no longer employed, which results in a loss of group insurance; or
    7) You have a change in classification from part-time to full-time or from full-time to part-time.

2) The definition of **Surviving Spouse** in the **Survivor Income Benefit** provision is replaced with the following:
    **Surviving Spouse** means Your spouse who was not legally separated or divorced from You when You died.

    Spouse will include Your party to a civil union, provided You have registered as parties to a civil union with a government agency or office where such registration is available.  You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

3) The second paragraph of the **Surviving Children** definition in the **Survivor Income Benefit** provision is replaced with the following:
    The term Surviving Children will also include any other children related to You by blood or marriage or civil union and who:
    1) lived with You in a regular parent-child relationship; and
    2) were eligible to be claimed as dependents on Your federal income tax return for the last tax year prior to Your death.

For North Carolina residents:
1) The definition of **Other Income Benefits** is amended by the deletion of 'mandatory "no-fault" automobile insurance plan';
2) The last sentence of the first paragraph of the **Disability Benefit** is amended by the addition of the following clause:  "unless qualified medical professionals have determined that further medical care and treatment would be of no benefit to you."
3) The exclusion regarding Workers' Compensation benefits is replaced by the following in the Exclusions provision:
    for which the final adjudication or a Workers' Compensation claim determines that benefits are paid, or may be paid, if duly claimed;
4) The **Subrogation** provision is deleted.

For Oregon residents:
1) The **Spouse** definition is amended to include the following:
    Spouse will include Your domestic partner provided You:

HLAICSFPOL000054

    1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners for purposes of The Policy; or

    2) have registered as domestic partners with a government agency or office where such registration is available.

You will continue to be considered domestic partners provided You continue to meet the requirements of the law or as described in the domestic partner affidavit.

2) The definition of **Surviving Spouse** in the **Survivor Income Benefit** section is replaced with the following:
**Survivor Income Benefit:** *Will my survivors receive a benefit if I die while receiving Disability Benefits?*
**Surviving Spouse** means Your wife or husband who was not legally separated or divorced from You when You died.
Spouse will include Your domestic partner provided You:

    1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners for purposes of The Policy; or

    2) have registered as domestic partners with a government agency or office where such registration is available.

You will continue to be considered domestic partners provided You continue to meet the requirements of the law or as described in the domestic partner affidavit.

3) The **Change in Family Status** provision is replaced by the following:
**Change in Family Status**: *What constitutes a Change in Family Status?*
A Change in Family Status means:

    1) You get married or register as domestic partners or You execute a domestic partner affidavit;

    2) You and Your spouse divorce or You terminate a domestic partnership;

    3) Your child is born or You adopt or become the legal guardian of a child;

    4) Your spouse or domestic partner dies;

    5) Your child is emancipated or dies;

    6) Your spouse or domestic partner is no longer employed, which results in a loss of group insurance; or

    7) You have a change in classification from part-time to full-time or from full-time to part-time.

4) The **Continuation Provisions** section is amended to include the following for Employers with 10 or more employees:
Jury Duty:  If You are scheduled to serve or are required to serve as a juror, Your coverage may be continued until the last day of Your Jury Duty, provided You:

    1) elected to have Your coverage continued; and

    2) provided notice of the election to Your employer in accordance with Your employer's notification policy.

For Puerto Rico residents, the **Policy Interpretation** provision is deleted in its entirety.

For South Carolina residents:

1) The first paragraph of the **Continuity from a Prior Policy** provision is replaced by the following:
If You become insured under The Policy on the Policy Effective Date and **within 30 days of being covered under the Prior Policy**, the Pre-existing Conditions Limitation will end on the earliest of:

    1) the Policy Effective Date, if Your coverage for the Disability was not limited by a pre-existing condition restriction under the Prior Policy; or

    2) the date the restriction would have ceased to apply had the Prior Policy remained in force, if Your coverage was limited by a pre-existing condition limitation under the Prior Policy.

2) The time period in the Notice of Claim provision is changed to 20 days, if not already 20 days.

3) The following is added to the Physical Examinations and Autopsy provision:  "Such autopsy must be performed during the period of contestability and must take place in the state of South Carolina."

For South Dakota residents:

1) The definition of **Physician** is deleted and replaced by the following:
**Physician** means a legally qualified physician or surgeon other than a physician or surgeon who is related to You by blood or marriage or a physician or surgeon who is a partner of S-Corp Shareholder working with You in the same business.  This does not apply in areas in which the immediate family member is the only physician in the area and acting within the scope of their normal employment.

2) The definition of **Other Income Benefits** is amended by the deletion of all references to **Your family, Your spouse and/or children.**

HLAICSFPOL000055

For <u>Texas</u> residents, the provision titled **Policy Interpretation** is deleted in its entirety.

For <u>Utah</u> residents:
1) The time period during which You must be continuously insured in order to exercise the **Conversion Right** is changed to 6 consecutive months, if not already 6 consecutive months.
2) The time period in the **Sending Proof of Loss** provision is changed to 90 days, if not already 90 days.
3) The **Policy Interpretation** provision is deleted and replaced by the following:

    Benefits under this plan will be paid only if We, the plan administrator, decides in Our discretion that you are entitled to them. We also have discretion to determine eligibility for benefits and to interpret the terms of conditions of the benefit plan. Determinations made by Us, the plan administrator, pursuant to this reservation of discretion does not prohibit or prevent a claimant from seeking judicial review in federal court or Our determinations.

    The reservation of discretion made under this provision only establishes the scope of review that a federal court will apply when you seek judicial review of our determination of eligibility for benefits, the payment of benefits, or interpretation of the terms and conditions applicable to the plan.

    We are an insurance company that provides insurance of this plan and the federal court will determine the level of discretion that it will accord Our determination.

For <u>Vermont</u> residents:
**Purpose:** Vermont law requires that health insurers offer coverage to parties to a civil union that is equivalent to coverage provided to married persons.
**Definitions, Terms, Conditions and Provisions:** The definitions, terms, conditions or any other provisions of the policy, contract, certificate and/or riders and endorsements to which this mandatory endorsement is attached are hereby amended and superseded as follows:
1) Terms that mean or refer to a marital relationship, or that may be construed to mean or refer to a marital relationship, such as "marriage", "spouse", "husband", "wife", "dependent", "next of kin", "relative", "beneficiary", "survivor", "immediate family" and any other such terms, include the relationship created by a civil union established according to Vermont law.
2) Terms that mean or refer to the inception or dissolution of a marriage, such as "date of marriage", "divorce decree", "termination of marriage" and any other such terms include the inception or dissolution of a civil union established according to Vermont law.
3) Terms that mean or refer to family relationships arising from a marriage, such as "family", "immediate family", "dependent", "children", "next of kin", "relative", "beneficiary", "survivor" and any other such terms include family relationships created by a civil union established according to Vermont law.
4) "Dependent" means a spouse, a party to a civil union established according to Vermont law, and a child or children (natural, stepchild, legally adopted or a minor or disabled child who is dependent on the insured for support and maintenance) who is born to or brought to a marriage or to a civil union established according to Vermont law.
5) "Child or covered child" means a child (natural, step-child, legally adopted or a minor or disabled child who is dependent on the insured for support and maintenance) who is born to or brought to a marriage or to a civil union established according to Vermont law.
**CAUTION: FEDERAL LAW RIGHTS MAY OR MAY NOT BE AVAILABLE**
Vermont law grants parties to a civil union the same benefits, protections and responsibilities that flow from marriage under state law. However, some or all of the benefits, protections and responsibilities related to health insurance that are available to married persons under federal law may not be available to parties to a civil union. For example, federal law, the Employee Income Retirement Security Act of 1974 known as "ERISA", controls the employer/employee relationship with regard to determining eligibility for enrollment in private employer health benefit plans. Because of ERISA, Act 91 does not state requirements pertaining to a private employer's enrollment of a party to a civil union in an ERISA employee welfare benefit plan. However, governmental employers (not federal government) are required to provide health benefits to the dependents of a party to a civil union if the public employer provides health benefits to the dependents of married persons. Federal law also controls group health insurance continuation rights under COBRA for employers with 20 or more employees as well as the Internal Revenue Code treatment of health insurance premiums. As a result, parties to a civil union and their families may or may not have access to certain benefits under this policy, contract, certificate, rider or endorsement that derive from federal law. You are advised to seek expert advice to determine your rights under this contract.

For <u>Washington</u> residents:

HLAICSFPOL000056

1) The definition of **Surviving Spouse** in the **Survivor Income Benefit** is amended to read as follows:
   **Surviving Spouse** means Your spouse who was not legally separated or divorced from You when You died.
   "Spouse" will include Your domestic partner, provided You:
   1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners for purposes of The Policy or;
   2) have registered as domestic partners with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered domestic partners provided You continue to meet the requirements described in the domestic partner affidavit or required by law.

2) The definition of **Spouse** is amended to include the following:
   Spouse will include Your domestic partner provided You:
   1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners for purposes of The Policy or;
   2) have registered as domestic partners with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered domestic partners provided You continue to meet the requirements described in the domestic partner affidavit or required by law.

For <u>Wisconsin</u> residents, the time periods stated in the **Claim Appeal** provision are removed.

In all other respects, the Policy and certificates remain the same.

Signed for <u>Hartford Life and Accident Insurance Company</u>

**Terence Shields,** *Secretary*            **Michael Concannon,** *Executive Vice President*

HLAICSFPOL000057

**Questions or Complaints about Your Coverage**

**In the event You have questions or complaints regarding any aspect of Your coverage, You should contact Your Employee Benefits Manager or You may write to us at:**
The Hartford
Group Benefits Division, Customer Service
P.O. Box 2999
Hartford, CT 06104-2999

**Or call Us at:** 1-800-523-2233
When calling, please give Us the following information:
1) the policy number; and
2) the name of the policyholder (employer or organization), as shown in Your Certificate of Insurance.

**Or You may contact Our Sales Office:**
Hartford Life and Accident Insurance Company
Group Sales Department
10010 N 25th Avenue
Phoenix, AZ 85021
TOLL FREE: 888-483-0723
FAX: 602-652-9559

**If you have a complaint, and contacts between you and the insurer or an agent or other representative of the insurer have failed to produce a satisfactory solution to the problem, the following states require we provide you with additional contact information:**

| For residents of: | Write | Telephone |
|---|---|---|
| **Arkansas** | Arkansas Insurance Department<br>Consumer Services Division<br>1200 West Third Street<br>Little Rock, AR 72201-1904 | 1(800) 852-5494<br>1(501) 371-2640 (in the Little Rock area) |
| **California** | State of California Insurance Department<br>Consumer Communications Bureau<br>300 South Spring Street, South Tower<br>Los Angeles, CA 90013 | 1(800) 927-HELP |
| **Idaho** | Idaho Department of Insurance<br>Consumer Affairs<br>700 W State Street, 3rd Floor<br>PO Box 83720<br>Boise, ID 83720-0043 | 1-800-721-3272 or www.DOI.Idaho.gov |
| **Illinois** | Illinois Department of Insurance<br>Consumer Services Station<br>Springfield, Illinois 62767 | Consumer Assistance: 1(866) 445-5364<br>Officer of Consumer Health Insurance:<br>1(877) 527-9431 |
| **Indiana** | Public Information/Market Conduct<br>Indiana Department of Insurance<br>311 W. Washington St. Suite 300<br>Indianapolis, IN 46204-2787 | Consumer Hotline: 1(800) 622-4461<br>1(317) 232-2395 (in the Indianapolis Area) |
| **Virginia** | Life and Health Division<br>Bureau of Insurance<br>P.O. Box 1157<br>Richmond, VA 23209 | 1(804) 371-9741 (inside Virginia)<br>1(800) 552-7945 (outside Virginia) |
| **Wisconsin** | Office of the Commissioner of Insurance<br>Complaints Department<br>P.O. Box 7873<br>Madison, WI 53707-7873 | 1(800) 236-8517 (outside of Madison)<br>1(608) 266-0103 (in Madison)<br>to request a complaint form. |

HLAICSFPOL000058

**The following states require that We provide these notices to You about Your coverage:**

**For residents of:**

**Arizona**  This certificate of insurance may not provide all benefits and protections provided by law in Arizona.  Please read This certificate carefully.

**Florida**  The benefits of the policy providing you coverage are governed primarily by the laws of a state other than Florida.

# STATE OF DELAWARE
## The Civil Union and Equality Act of 2011
### Effective January 1, 2012

In accordance with Delaware law, insurers are required to provide the following notice to applicants of insurance policies issued in Delaware.

The Civil Union and Equality Act of 2011 ("the Act") creates a legal relationship between two persons of the same sex who form a civil union.  The Act provides that the parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the laws of Delaware to spouses in a legal marriage. The law further provides that a party to a civil union shall be included in any definition or use of the terms "spouse," "family," "immediate family," "dependent," "next of kin," and other terms descriptive of spousal relationships as those terms are used throughout Delaware law. This includes the terms "marriage" or "married," or variations thereon.  Insurance policies are required to provide identical benefits and protections to both civil unions and marriages.  If policies of insurance provide coverage for children, the children of civil unions must also be provided coverage.  The Act also requires recognition of same sex civil unions or marriages legally entered into in other jurisdictions.

For more information regarding the Act, refer to Chapter 2 of Title 13 of the Delaware Code or the State of Delaware website at www.delaware.gov/CivilUnions.

## Georgia

The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family abuse.

# STATE OF ILLINOIS
## The Religious Freedom Protection and Civil Union Act
### Effective June 1, 2011

In accordance with Illinois law, insurers are required to provide the following notice to applicants of insurance policies issued in Illinois.

The Religious Freedom Protection and Civil Union Act ("the Act") creates a legal relationship between two persons of the same or opposite sex who form a civil union.  The Act provides that the parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the laws of Illinois to spouses. The law further provides that a party to a civil union shall be included in any definition or use of the terms "spouse," "family," "immediate family," "dependent," "next of kin," and other terms descriptive of spousal relationships as those terms are used throughout Illinois law. This includes the terms "marriage" or "married," or variations thereon. Insurance policies are required to provide identical benefits and protections to both civil unions and marriages.  If policies of insurance provide coverage for children, the children of civil unions must also be provided coverage.  The Act also requires recognition of civil unions or same sex civil unions or marriages legally entered into in other jurisdictions.

HLAICSFPOL000059

For more information regarding the Act, refer to 750 ILCS 75/1 *et seq.* Examples of the interaction between the Act and existing law can be found in the Illinois Insurance Facts, Civil Unions and Insurance Benefits document available on the Illinois Department of Insurance's website at www.insurance.illinois.gov.

### Maine

The laws of the State of Maine require notification of the right to designate a third party to receive notice of cancellation, to change the designation and, policy reinstatement if the insured suffers from organic brain disease and the ground for cancellation was the insured's nonpayment of premium or other lapse or default on the part of the insured.

Within 10 days after a request by an insured, a Third Party Notice Request Form shall be mailed or personally delivered to the insured.

### Maryland

**The group insurance policy providing coverage under this certificate was issued in a jurisdiction other than Maryland and may not provide all of the benefits required by Maryland law.**

### Massachusetts

**As of January 1, 2009, the Massachusetts Health Care Reform Law requires that Massachusetts residents, eighteen (18) years of age and older, must have health coverage that meets the Minimum Creditable Coverage standards set by the Commonwealth Health Insurance Connector, unless waived from the health insurance requirement based on affordability or individual hardship. For more information call the Connector at 1-877-MA-ENROLL or visit the Connector website (www.mahealthconnector.org ) .**

This plan is not intended to provide comprehensive health care coverage and **does not meet Minimum Creditable Coverage standards**, even if it does include services that are not available in the insured's other health plans.

**If you have questions about this notice, you may contact the Division of Insurance by calling (617) 521-7794 or visiting its website at www.mass.gov/doi.**

### Montana

Conformity with Montana statutes: The provisions of this certificate conform to the minimum requirements of Montana law and control over any conflicting statutes of any state in which the insured resides on or after the effective date of this certificate.

### North Carolina

UNDER NORTH CAROLINA GENERAL STATUTE SECTION 58-50-40, NO PERSON, EMPLOYER, FINANCIAL AGENT, TRUSTEE, OR THIRD PARTY ADMINISTRATOR, WHO IS RESPONSIBLE FOR THE PAYMENT OF GROUP LIFE INSURANCE, GROUP HEALTH OR GROUP HEALTH PLAN PREMIUMS, SHALL:
1) CAUSE THE CANCELLATION OR NONRENEWAL OF GROUP LIFE INSURANCE, GROUP HEALTH INSURANCE, HOSPITAL, MEDICAL, OR DENTAL SERVICE CORPORATION PLAN, MULTIPLE EMPLOYER WELFARE ARRANGEMENT, OR GROUP HEALTH PLAN COVERAGES AND THE CONSEQUENTIAL LOSS OF THE COVERAGES OF THE PERSON INSURED, BY WILLFULLY FAILING TO PAY THOSE PREMIUMS IN ACCORDANCE WITH THE TERMS OF THE INSURANCE OR PLAN CONTRACT; AND
2) WILLFULLY FAIL TO DELIVER, AT LEAST 45 DAYS BEFORE THE TERMINATION OF THOSE COVERAGES, TO ALL PERSONS COVERED BY THE GROUP POLICY WRITTEN NOTICE OF THE PERSON'S INTENTION TO STOP PAYMENT OF PREMIUMS. VIOLATION OF THIS LAW IS A FELONY. ANY PERSON VIOLATING THIS LAW IS ALSO SUBJECT TO A COURT ORDER REQUIRING THE PERSON TO COMPENSATE PERSONS INSURED FOR EXPENSES OR LOSSES INCURRED AS A RESULT OF THE TERMINATION OF THE INSURANCE.

### IMPORTANT TERMINATION INFORMATION

HLAICSFPOL000060

**YOUR INSURANCE MAY BE CANCELLED BY THE COMPANY. PLEASE READ THE TERMINATION PROVISION IN THIS CERTIFICATE.**

**THIS CERTIFICATE OF INSURANCE PROVIDES COVERAGE UNDER A GROUP MASTER POLICY. THIS CERTIFICATE PROVIDES ALL OF THE BENEFITS MANDATED BY THE NORTH CAROLINA INSURANCE CODE, BUT YOU MAY NOT RECEIVE ALL OF THE PROTECTIONS PROVIDED BY A POLICY ISSUED IN NORTH CAROLINA AND GOVERNED BY ALL OF THE LAWS OF NORTH CAROLINA.**

**Texas**

**IMPORTANT NOTICE**

To obtain information or make a complaint:

You may call The Hartford's toll-free telephone number for information or to make a complaint at:

1-800-523-2233

You may also write to The Hartford at:
P.O. Box 2999
Hartford, CT 06104-2999

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

1-800-252-3439

You may write the Texas Department of Insurance at:
P.O. Box 149104
Austin, TX 78714-9410
Fax # (512) 475-1771
Web: http://www.tdi.state.tx.us
E-mail: ConsumerProtection@tdi.state.tx.us

**PREMIUM OR CLAIM DISPUTES:**
Should you have a dispute concerning your premium or about a claim you should contact the agent or The Hartford first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:**
This notice is for information only and does not become a part or condition of the attached document.

**AVISO IMPORTANTE**

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de The Hartford para informacion o para someter una queja al:

1-800-523-2233

Usted tambien puede escribir a The Hartford:
P.O. Box 2999
Hartford, CT 06104-2999

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al:

1-800-252-3439

Puede escribir al Departamento de Seguros de Texas:
P.O. Box 149104
Austin, TX 78714-9410
Fax # (512) 475-1771
Web: http://www.tdi.state.tx.us
E-mail: ConsumerProtection@tdi.state.tx.us

**DISPUTAS SOBRE PRIMAS O RECLAMOS:**
Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente o The Hartford primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU POLIZA:**
Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

HLAICSFPOL000061



## CERTIFICATE OF INSURANCE
### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
### Simsbury, Connecticut
### (A stock insurance company)

**Policyholder: TRUSTEE OF THE HEALTH CARE INDUSTRY GROUP VOLUNTARY LIFE AND DISABILITY INSURANCE TRUST**

**Policy Number: GVL-16008**

**Policy Effective Date: January 1, 2017**

**Policy Anniversary Date: January 1, 2018**

**Participating Employer: EL RIO HEALTH CENTER**

**Account Number: 768262**

**Participating Employer Effective Date: January 1, 2017**

We have issued The Policy to the Policyholder. Our name, the Policyholder's name, the Participating Employer's name, The Policy Number and the Participating Employer's Account Number are shown above. The provisions of the Participating Employer's coverage under The Policy, which are important to You, are summarized in this certificate consisting of this form and any additional forms which have been made a part of this certificate. This certificate replaces any other certificate We may have given to You earlier under The Policy. The Policy alone is the only contract under which payment will be made. Any difference between The Policy and this certificate will be settled according to the provisions of The Policy on file with Us at Our home office. The Policy may be inspected at the office of the Policyholder.

Signed for the Company

**Terence Shields, *Secretary***          **Michael Concannon, *Executive Vice President***

*A note on capitalization in this Certificate:*

Capitalization of a term, not normally capitalized according to the rules of standard punctuation, indicates a word or phrase that is a defined term in The Policy or refers to a specific provision contained herein.

GBD-1100 A.1

HLAICSFPOL000062

# TABLE OF CONTENTS

SCHEDULE OF INSURANCE.................................................................................................................65
   Cost of Coverage...........................................................................................................................65
   Eligible Class(es) for Coverage.....................................................................................................65
   Eligibility Waiting Period for Coverage..........................................................................................65
   Benefit Amounts............................................................................................................................65
ELIGIBILITY AND ENROLLMENT........................................................................................................67
   Eligible Persons............................................................................................................................67
   Eligibility for Coverage..................................................................................................................67
   Enrollment.....................................................................................................................................67
   Evidence of Insurability.................................................................................................................67
PERIOD OF COVERAGE.....................................................................................................................68
   Effective Date................................................................................................................................68
   Deferred Effective Date.................................................................................................................69
   Continuity From a Prior Policy.......................................................................................................69
   Dependent Effective Date..............................................................................................................69
   Dependent Deferred Effective Date...............................................................................................69
   Change in Coverage......................................................................................................................70
   Termination....................................................................................................................................70
   Continuation Provisions.................................................................................................................71
   Waiver of Premium........................................................................................................................72
BENEFITS............................................................................................................................................74
   Life Insurance Benefit...................................................................................................................74
   Suicide Exclusion..........................................................................................................................74
   Accelerated Benefit.......................................................................................................................74
   Conversion Right...........................................................................................................................75
   Portability......................................................................................................................................76
   Accidental Death and Dismemberment Benefits ..........................................................................77
      Definitions................................................................................................................................77
      Benefits...................................................................................................................................77
      Exclusions...............................................................................................................................77
EXCLUSIONS.......................................................................................................................................79
GENERAL PROVISIONS......................................................................................................................80
DEFINITIONS.......................................................................................................................................83
AMENDATORY RIDER.........................................................................................................................85
ERISA..................................................................................................................................................91

HLAICSFPOL000063

## SCHEDULE OF INSURANCE

**AMENDMENT TO GROUP ACCOUNT NO. GL-768262 PROCESSED ON FEBRUARY 16, 2017. ANY CHANGES BETWEEN THIS POLICY AND THE PREVIOUSLY ISSUED POLICY ARE EFFECTIVE JANUARY 1, 2017.**

**Cost of Coverage:**

**Non-Contributory Coverage:**     Basic Life Insurance
                                   Accidental Death and Dismemberment

**Contributory Coverage:**         Supplemental Life Insurance
                                   Supplemental Dependent Life Insurance

**Eligible Class(es) For Coverage:**  All Full-Time Active Employees who are physicians, dentists, pharmacists or medical directors who are citizens or legal residents of the United States, its territories and protectorates, excluding managers, temporary, leased or seasonal employees.

Full-time Employment:  at least 20 hours weekly, excluding on-call hours

**Annual Enrollment Period:**  as determined by Your Employer on a yearly basis.

**Eligibility Waiting Period for Coverage**:
The first day of the month coinciding with or next following 60 day(s) of employment

The time period(s) referenced above are continuous. The Eligibility Waiting Period for Coverage will be reduced by the period of time You were a Full-time Active Employee with the Employer under the Prior Policy.

### <u>Life Insurance Benefit</u>

**Amount of Life Insurance**

<u>Basic Amount of Life Insurance</u>

**Maximum Amount**
2 times Your annual Earnings, subject to a maximum of $500,000 rounded to the next higher $1,000 if not already a multiple of $1,000.

However, in no event will Your Basic Amount of Life Insurance be less than $10,000.

<u>Supplemental Amount of Life Insurance</u>

**Guaranteed Issue Amount**
The amount You elect in increments of $10,000, subject to lesser of $200,000 or 5 times Your annual Earnings.

**Maximum Amount**
The amount You elect in increments of $10,000, subject to lesser of $500,000 or 5 times Your annual Earnings.

However, in no event will Your Supplemental Amount of Life Insurance be less than $10,000.

Your combined Basic and Supplemental Amount of Life Insurance will never be greater than the amount of Life Insurance on which premium for You has been paid.

### <u>Dependent Life Insurance Benefit</u>

<u>Supplemental Amount of Dependent Life Insurance</u>

|  | **Guaranteed Issue Amount** | **Maximum Amount** |
|---|---|---|
| Spouse | The amount You elect in | The amount You elect in |

65

**HLAICSFPOL000064**

|  | increments of $10,000, subject to a minimum of $10,000 and a maximum of $30,000. | increments of $10,000, subject to a minimum of $10,000 and a maximum of $250,000. |
|---|---|---|
|  |  | **Maximum Amount** |
| Dependent Children: live birth but under age 6 month(s) |  | $250 |
| Dependent Children: Age 6 month(s) but under age 26 year(s) |  | The amount You elect in increments of $5,000, subject to a minimum of $5,000 and a maximum of $10,000. |

The amount of Spouse Supplemental coverage may never exceed 50% of the Supplemental Amount of Life Insurance in force for the Employee.

Your Supplemental Dependent Amount of Life Insurance will never be greater than the amount of Life Insurance on which premium for Your Dependent has been paid.

### Accidental Death and Dismemberment Benefit

**Basic Principal Sum**

**Maximum Amount**
2 times Your annual Earnings, subject to a maximum of $500,000 rounded to the next higher $1,000 if not already a multiple of $1,000.

In no event however will Your Basic Principal Sum be less than $10,000.

Your Basic Accidental Death and Dismemberment Benefit will never be greater than the amount of Accidental Death and Dismemberment Benefit on which premium for You has been paid.

### Additional Accidental Death and Dismemberment Benefits:

#### Seat Belt and Air Bag Coverage
Seat Belt Benefit Amount:
Percentage of Basic AD&D Principal Sum: 100%
Maximum Amount: $50,000
Minimum Amount: $1,000

Air Bag Benefit Amount:
Percentage of Basic AD&D Principal Sum: 5%
Maximum Amount: $5,000

#### Repatriation Benefit
Percentage of AD&D Principal Sum: 5%
Maximum Amount: $5,000

#### Reduction in Amount of Life Insurance
We will reduce the Amount of Life Insurance for You and Your Dependents by any Amount of Life Insurance in force, paid or payable:
1)   in accordance with the Conversion Right;
2)   under the Portability provision; or
3)   under the Prior Policy.

HLAICSFPOL000065

**Reduction in Coverage Due to Age**

We will reduce the Life Insurance Benefit for You and Your Spouse by 65% on the January 1st following the date You attain age 75 and 50% when You attain age 80.  The reduction will apply to the Amount of Life Insurance and Principal Sum in force immediately prior to January 1st.  The reduced amount of coverage will be rounded to the next higher multiple of $500, if not already a multiple of $500.  An appropriate adjustment in premium will be made.

Reductions also apply if:
1) You or Your Spouse become covered under The Policy; or
2) Your or Your Spouse's coverage increases;
on or after the date You attain age 75.


# ELIGIBILITY AND ENROLLMENT

**Eligible Persons:**  *Who is eligible for coverage?*
All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

**Eligibility for Coverage:**  *When will I become eligible?*
You will become eligible for coverage on the latest of:
1) the Participating Employer Effective Date;
2) the date You become a member of an Eligible Class; or
3) the date You complete the Eligibility Waiting Period for Coverage shown in the Schedule of Insurance, if applicable.

**Eligibility for Dependent Coverage:**  *When will I become eligible for Dependent Coverage?*
You will become eligible for Dependent coverage on the later of:
1) the date You become insured for employee coverage; or
2) the date You acquire Your first Dependent.

You may not elect coverage for Your Dependent if such Dependent is covered as an employee under The Policy.  No person can be insured as a Dependent of more than one employee under The Policy.

**Enrollment:**  *How do I enroll for coverage?*
For Non-Contributory Coverage, Your Employer will automatically enroll You for coverage. However, You will be required to complete a beneficiary designation form.

To enroll for Contributory Coverage, You must:
1) complete and sign a group insurance enrollment form which is satisfactory to Us, for Your coverage and Your Dependent's coverage; and
2) deliver it to Your Employer.

If You do not enroll for Your coverage and/or Your Dependent's coverage within 31 days after becoming eligible under The Policy, or if You were eligible to enroll under the Prior Policy and did not do so, and later choose to enroll, You may enroll for Your coverage and/or Your Dependent's coverage only during an Annual Enrollment Period designated by the Policyholder.

Any Enrollment may be subject to the Evidence of Insurability Requirements provision.

**Evidence of Insurability Requirements:**  *When will I first be required to provide Evidence of Insurability?*
We require Evidence of Insurability for initial coverage, if You:
1) enroll more than 31 days after the date You are first eligible to enroll;
2) enroll for an Amount of Life Insurance greater than the Supplemental Guaranteed Issue Amount, regardless of when You enroll for coverage; or
3) were eligible for any coverage under the Prior Policy, but did not enroll and later choose to enroll for that coverage under The Policy.
If Your Evidence of Insurability is not satisfactory to Us:
1) Your Amount of Life Insurance will equal the amount for which You were eligible without providing Evidence of Insurability, provided You enrolled within 31 days of the date You were first eligible to enroll; and

HLAICSFPOL000066

2) You will not be covered under The Policy if You enrolled more than 31 days after the date You were first eligible to enroll.

**Dependent Evidence of Insurability Requirements:** *When will my Dependents first be required to provide Evidence of Insurability?*
We require Evidence of Insurability, for initial coverage, if You:
1) enroll for Your Dependent coverage more than 31 days after the date You are first eligible to enroll;
2) enroll for an Amount of Dependent Life Insurance greater than the Dependent Guaranteed Issue Amount, regardless of when You enroll for coverage; or
3) were eligible for any coverage under the Prior Policy, but did not enroll and later choose to enroll for that coverage under The Policy.

However, no Evidence of Insurability will be required if:
1) the Amount of Life Insurance for Your Dependent Child is $15,000 or less; or
2) Your Dependents were previously covered for life insurance benefits, provided by Your Spouse's employer group plan, and:
    c) Your Dependents have ceased to be covered under that plan due to Your Spouse's loss of employment or the cancellation of that group plan; and
    d) Your Dependents provide Us with proof of prior coverage, including the date of termination, when applying for Dependent coverage; and
    e) coverage with Us is requested within 31 days of Your Spouse's loss of coverage.

If Your Dependents' Evidence of Insurability is not satisfactory to Us:
1) Your Dependents' Amount of Life Insurance will equal the amount for which Your Dependents were eligible without providing Evidence of Insurability, provided You enrolled within 31 days of the date You were first eligible to enroll; or
2) Your Dependents will not be covered under The Policy if You enrolled more than 31 days after the date You were first eligible to enroll.

**Evidence of Insurability:** *What is Evidence of Insurability?*
Evidence of Insurability must be satisfactory to Us and may include, but will not be limited to:
1) a completed and signed application approved by Us;
2) a medical examination;
3) attending Physician's statement; and
4) any additional information We may require.

Evidence of Insurability will be furnished at Our expense except for Evidence of Insurability due to late enrollment. We will then determine if You or Your Dependents are insurable for initial coverage or an increase in coverage under The Policy, as described in the Increase in Amount of Life Insurance provision.

You will be notified in writing of Our determination of any Evidence of Insurability submission.


# PERIOD OF COVERAGE

**Effective Date:** *When does my coverage start?*
Non-Contributory Coverage will start on the date You become eligible.

Contributory Coverage, for which Evidence of Insurability is not required, will start on the latest to occur of:
1) the date You become eligible, if You enroll on or before that date;
2) the first day of the month on or next following the last day of the Annual Enrollment Period, if You enroll during an Annual Enrollment Period; or
3) the date You enroll, if You do so within 31 days from the date You are eligible.

Any coverage for which Evidence of Insurability is required, will become effective on the later of:
1) the date You become eligible; or
2) the date We approve Your Evidence of Insurability.

68

All Effective Dates of coverage are subject to the Deferred Effective Date provision.

**Deferred Effective Date:** *When will my effective date for coverage or a change in my coverage be deferred?*
If, on the date You are to become covered:
1) under The Policy;
2) for increased benefits; or
3) for a new benefit;
You are not Actively at Work due to a physical or mental condition, such coverage will not start until the date You are Actively at Work.

**Continuity from a Prior Policy:** *Is there Continuity of Coverage from a Prior Policy?*
Your initial coverage under The Policy will begin, and will not be deferred if on the day before the Participating Employer Effective Date, You were insured under the Prior Policy, but on the Participating Employer Effective Date, You were not Actively at Work, and would otherwise meet the Eligibility requirements of The Policy. However, Your Amount of Insurance will be the lesser of the amount of life insurance and Accidental Death and Dismemberment Principal Sum:
1) You had under the Prior Policy; or
2) shown in the Schedule of Insurance;
reduced by any coverage amount:
1) that is in force, paid or payable under the Prior Policy; or
2) that would have been so payable under the Prior Policy had timely election been made.

Such amount of insurance under this provision is subject to any reductions in The Policy and will not increase.

Coverage provided through this provision ends on the first to occur of:
1) the last day of a period of 12 consecutive months after the Participating Employer Effective Date;
2) the date Your insurance terminates for any reason shown under the Termination provision;
3) the last day You would have been covered under the Prior Policy, had the Prior Policy not terminated; or
4) the date You are Actively at Work.
However, if the coverage provided through this provision ends because You are Actively at Work, You may be covered as an Active Employee under The Policy.

**Dependent Effective Date:** *When does Dependent coverage start?*
Coverage will start on the later to occur of:
1) the date You become eligible for Dependent coverage, if You have enrolled on or before that date; or
2) the first day of the month on or next following the last day of the Annual Enrollment Period, if You enroll during an Annual Enrollment Period; or
3) the date You enroll, if You do so within 31 days from the date You are eligible for Dependent coverage.

Coverage for which Evidence of Insurability is required, will become effective on the later of:
1) the date You become eligible for Dependent coverage; or
2) the date We approve Your Dependents' Evidence of Insurability.

In no event will Dependent coverage become effective before You become insured.

**Dependent Deferred Effective Date:** *When will the effective date for Dependent coverage or a change in coverage be deferred?*
If on the date Your Dependent is to become covered:
1) under The Policy;
2) for increased benefits; or
3) for a new benefit;
he or she is:
1) confined in a hospital; or
2) Confined Elsewhere;
such coverage will not start until he or she:
1) is discharged from the hospital; or
2) is no longer Confined Elsewhere;
and has engaged in all the normal and customary activities of a person of like age and gender, in good health, for at least 15 consecutive days.

HLAICSFPOL000068

This Deferred Effective Date provision will not apply to disabled children who qualify under the definition of Dependent Children.

**Confined Elsewhere** means Your Dependent is unable to perform, unaided, the normal functions of daily living, or leave home or other place of residence without assistance.

**Change in Coverage:**  *When may I change my coverage or coverage for my Dependents?*
After Your initial enrollment You may increase or decrease coverage for You or Your Dependents, or add a new Dependent to Your existing Dependent coverage during any Annual Enrollment Period designated by the Policyholder.

**Effective Date for Changes in Coverage:** *When will changes in coverage become effective?*
Any decrease in coverage will take effect on the date of the change.

Any increase in coverage will take effect on the latest of:
1) the date of the change;
2) the date requirements of the Deferred Effective Date provision are met;
3) the date Evidence of Insurability is approved, if required; or
4) the first day of the month next following the last day of the Annual Enrollment Period.

**Increase in Amount of Life Insurance:**  *If I request an increase in the Amount of Life Insurance for myself or my Dependents, must we provide Evidence of Insurability?*
If You or Your Dependents are:
1) already enrolled for an Amount of Supplemental Life Insurance under The Policy, then You and Your Dependents must provide Evidence of Insurability for an increase of more than one level; or
2) not already enrolled for an Amount of Supplemental Life Insurance under The Policy, You and Your Dependents must provide Evidence of Insurability for any amount of Supplemental Life Insurance coverage including an initial amount.

In any event, if the Amount of Life Insurance You request is greater than the Guaranteed Issue Amount, You or Your Dependents, as applicable, must provide Evidence of Insurability.

If Your Evidence of Insurability is not satisfactory to Us, the Amount of Life Insurance You had in effect on the date immediately prior to the date You requested the increase will not change.

If Your Dependents' Evidence of Insurability is not satisfactory to Us, the Amount of Life Insurance he or she had in effect on the date immediately prior to the date You requested the increase will not change.

**Increase in Amount of Life Insurance:** *If my Amount of Life Insurance increases because my Earnings increase, must I provide Evidence of Insurability?*
If Your Amount of Life Insurance is based on a multiple of Your Earnings, You must provide Evidence of Insurability if Your Earnings increase such that Your Amount of Life Insurance is greater than the Guaranteed Issue Amount.  An increase in Earnings which causes an increase in Your Amount of Life Insurance will be accompanied by a corresponding increase in the amount of Premium due for this coverage.

Once approved, We will not require Evidence of Insurability again if Your Amount of Life Insurance increases solely because Your Earnings increased.

However, if:
1) You do not submit Evidence of Insurability; or
2) Your Evidence of Insurability is not satisfactory to Us;
Your Amount of Life Insurance:
1) will increase, but only up to the amount for which You were eligible without having to provide Evidence of Insurability; and
2) will not increase again, or beyond that amount, until Your Evidence of Insurability is approved.

**Termination:** *When will my coverage end?*
Your coverage will end on the earliest of the following:
1) the date The Policy terminates;
2) the date You are no longer in a class eligible for coverage, or The Policy no longer insures Your class;
3) the date the premium payment is due but not paid;

HLAICSFPOL000069

4) the date Your Employer terminates Your employment;
5) the date You are no longer Actively at Work; or
6) the dateYour Employer ceases to be a Participating Employer;

unless continued in accordance with any of the Continuation Provisions.

**Dependent Termination:** *When does coverage for my Dependent end?*
Coverage for Your Dependent will end on the earliest to occur of:
1) the date Your coverage ends;
2) the date the required premium is due but not paid;
3) the date You are no longer eligible for Dependent coverage;
4) the date We or the Employer terminate Dependent coverage; or
5) the date the Dependent no longer meets the definition of Dependent;

unless continued in accordance with the continuation provisions.

**Continuation Provisions:** *Can my coverage and coverage for my Dependents be continued beyond the date it would otherwise terminate?*
Coverage can be continued by Your Employer beyond a date shown in the Termination provision, if Your Employer provides a plan of continuation which applies to all employees the same way. Coverage may not be continued under more than one Continuation Provision.

The amount of continued coverage applicable to You or Your Dependents will be the amount of coverage in effect on the date immediately before coverage would otherwise have ended. Continued coverage:
1) is subject to any reductions in The Policy;
2) is subject to payment of premium;
3) may be continued up to the maximum time shown in the provisions; and
4) terminates if:
    a) The Policy terminates; or
    b) Your Employer ceases to be a Participating Employer.

In no event will the amount of insurance increase while coverage is continued in accordance with the following provisions.

In all other respects, the terms of Your coverage and coverage for Your Dependents remain unchanged.

Leave of Absence:  If You are on a documented leave of absence, other than Family and Medical Leave or Military Leave of Absence, Your coverage (including Dependent Life coverage)  may be continued until the last day of the month following the month in which the leave of absence commenced.  If the leave terminates prior to the agreed upon date, this continuation will cease immediately.

Military Leave of Absence:  If You enter active military service and are granted a military leave of absence in writing, Your coverage (including Dependent Life coverage) may be continued for up to 12 month(s).  If the leave ends prior to the agreed upon date, this continuation will cease immediately.

Family Military Leave of Absence:  If Your spouse or child enters active full-time military service outside of the continental United States, Hawaii, Puerto Rico or Alaska, and You:
1) have been employed with the same employer for at least two years; and
2) have completed 1,250 hours of service during a 12 month period immediately prior to the
    date Military Leave of Absence would begin; and
3) have exhausted all the other time made available to You by Your Employer except sick time
    and short term disability;

then Your coverage (including Dependent Life coverage) may be continued for up to 30 days.  If the leave ends prior to the agreed upon date, this continuation will cease immediately.

To elect a Family Military Leave of Absence, You must notify Your Employer at least 14 days prior to the date the leave would begin if the leave would consist of five or more consecutive work days.  For a leave of less than five days, the Employee should give notice as soon as reasonable possible.

Lay-Off:  If You are temporarily laid off by the Employer due to lack of work, Your coverage (including Dependent Life coverage) may be continued until the last day of the month following the month in which the lay-off commenced.  If the lay-off becomes permanent, this continuation will cease immediately.

Status Change:  If You are:

HLAICSFPOL000070

   1) employed by the Policyholder; and
   2) no longer in an Eligible Class due to a reduction in the number of scheduled hours You work;
Your coverage (including Dependent Life coverage) may be continued until the last day of the third consecutive month after the month in which Your scheduled hours were reduced.

<u>Disability Insurance</u>:  If You are working for the Policyholder and:
   1) are covered by;
   2) are receiving benefits under; and
   3) are earning at least 20%, but less than 80%, of Your Pre-disability Earnings, as defined by;
a Group Long Term Disability Insurance Policy, issued by Us to Your Employer, Your coverage (including Dependent Life coverage) may be continued.

<u>Sickness or Injury</u>:  If You are not Actively at Work due to sickness or injury, all of Your coverages (including Dependent Life coverage) may be continued:
   1) for a period of 12 consecutive month(s) from the date You were last Actively at Work; or
   2) if such absence results in a leave of absence in accordance with state and/or federal family and medical leave laws, then the combined continuation period will not exceed 12 consecutive month(s).

<u>Family Medical Leave</u>:  If You are granted a leave of absence, in writing, according to the Family and Medical Leave Act of 1993, or other applicable state or local law, Your coverage(s) (including Dependent Life coverage) may be continued for up to 12 weeks, or 26 weeks if You qualify for Family Military Leave, or longer if required by other applicable law, following the date Your leave commenced. If the leave of absence terminates prior to the agreed upon date, this continuation will cease immediately.

<u>Sabbatical</u>:  If You are on a documented sabbatical, Your coverage (including Dependent Life coverage) may be continued until the last day of the 12th month(s) following the date the sabbatical commenced.  If the sabbatical terminates prior to the agreed upon date, this continuation will cease immediately.  Coverage continuation must be pre-approved by Us if the sabbatical leave is greater than 30 days.

**Continuation for Dependent Child(ren) with Disabilities:**  *Will coverage for Dependent Children with disabilities be continued?*
If Your Dependent Child(ren) reach the age at which they would otherwise cease to be a Dependent as defined, and they are:
   1) age 26 or older; and
   2) disabled; and
   3) primarily dependent upon You for financial support;
then Dependent Child(ren) coverage will not terminate solely due to age. However:
   1) You must submit proof satisfactory to Us of such Dependent Child(ren)'s disability within 31 days of the date he or she reaches such age; and
   2) such Dependent Child(ren) must have become disabled before attaining age 26.

Coverage under The Policy will continue as long as:
   1) You remain insured;
   2) the child continues to meet the required conditions; and
   3) any required premium is paid when due.
However, no increase in the Amount of Life Insurance for such Dependent Children will be available.

We have the right to require proof, satisfactory to Us, as often as necessary during the first two years of continuation, that the child continues to meet these conditions. We will not require proof more often than once a year after that.

**Waiver of Premium:**  *Does coverage continue if I am Disabled?*
Waiver of Premium is a provision which allows You to continue Your and Your Dependent's Life Insurance coverage without paying premium, while You are Disabled and qualify for Waiver of Premium.

If You qualify for Waiver of Premium, the amount of continued coverage:
   1) will be the amount in force on the date You cease to be an Active Employee;
   2) will be subject to any reductions provided by The Policy; and
   3) will not increase.

**Eligible Coverages:**  *What coverages are eligible under this provision?*

HLAICSFPOL000071

This provision applies only to:
1) Your Basic Life Insurance;
2) Your Supplemental Life Insurance; and
3) Dependent Life Insurance.

You are not eligible to apply for both the Portability Benefit and Waiver of Premium for the same coverage amount.

**Disabled:** *What does Disabled mean?*
Disabled means You are prevented by injury or sickness from doing any work for which You are, or could become, qualified by:
1) education;
2) training; or
3) experience.
In addition, You will be considered Disabled if You have been diagnosed with a life expectancy of 12 months or less.

**Conditions for Qualification:** *What conditions must I satisfy before I qualify for this provision?*
To qualify for Waiver of Premium You must:
1) be covered under The Policy and be under age 60 when You become Disabled;
2) be Disabled and provide Proof of Loss that You have been Disabled for 6 consecutive months, starting on the date You were last Actively at Work; and
3) provide such proof within one year of Your last day of work as an Active Employee.

In any event, You must have been Actively at Work under The Policy to qualify for Waiver of Premium.

**When Premiums are Waived:** *When will premiums be waived?*
If We approve Waiver of Premium, We will notify You of the date We will begin to waive premium. In any case, We will not waive premiums for the first 6 month(s) You are Disabled. We have the right to:
1) require Proof of Loss that You are Disabled; and
2) have You examined at reasonable intervals during the first 2 years after receiving initial Proof of Loss, but not more than once a year after that.
If You fail to submit any required Proof of Loss or refuse to be examined as required by Us, then Waiver of Premium ceases.

However, if We deny Your application for Waiver of Premium, You may be eligible to:
1) continue coverage under the Portability Benefit; or
2) convert coverage in accordance with the Conversion Right;
for You and Your Dependents.

If You cease to be Disabled and return to work for a total of 5 days or less during the first 6 month(s) that You are Disabled, the 6 month(s) waiting period will not be interrupted. Except for the 5 days or less that You worked, You must be Disabled by the same condition for the total 6 month(s) period. If You return to work for more than 5 days, You must satisfy a new waiting period.

**Benefit Payable before Approval of Waiver of Premium:** *What if I die or my Dependent dies before I qualify for Waiver of Premium?*
If You or Your Dependent die within one year of Your last day of work as an Active Employee, but before You qualify for Waiver of Premium, We will pay the Amount of Life Insurance which is in force for the deceased person provided:
1) You were continuously Disabled;
2) the Disability lasted or would have lasted 6 month(s) or more; and
3) premiums had been paid for coverage.

**Waiver Ceases:** *When will Waiver of Premium cease?*
We will waive premium payments and continue Your coverage, while You remain Disabled, until the date You attain Normal Retirement Age if Disabled prior to age 60.

We will waive premium payments for Your Dependent Life Insurance and continue such coverage, while You remain Disabled, until the earliest of the date:
1) You die;
2) You no longer qualify for Waiver of Premium;
3) The Policy terminates or Your Employer ceases to be a Participating Employer;

HLAICSFPOL000072

4)  Your Dependents are no longer in an Eligible Class, or Dependent coverage is no longer offered; or
5)  Your Dependent no longer meets the definition of Dependent.

*What happens when Waiver of Premium ceases?*
When the Waiver of Premium ceases:
1)  if You return to work in an Eligible Class, as an Active Employee, then You may again be eligible for coverage for Yourself and Your Dependents as long as premiums are paid when due; or
2)  if You do not return to work in an Eligible Class, coverage will end and You may be eligible to exercise the Conversion Right for You and Your Dependents if You do so within the time limits described in such provision. The Amount of Life Insurance that may be converted will be subject to the terms and conditions of the Conversion Right. Portability will not be available.

**Effect of Policy Termination:**  *What happens to the Waiver of Premium if The Policy terminates?*
If The Policy terminates or Your Employer ceases to be a Participating Employer before You qualify for Waiver of Premium:
1)  You may be eligible to exercise the Conversion Right, provided You do so within the time limits described in such provision; and
2)  You may still be approved for Waiver of Premium if You qualify.

If The Policy terminates or Your Employer ceases to be a Participating Employer after You qualify for Waiver of Premium:
1)  Your Dependent coverage will terminate; and
2)  Your coverage under the terms of this provision will not be affected.

# BENEFITS

**Life Insurance Benefit:**  *When is the Life Insurance Benefit payable?*
If You or Your Dependents die while covered under The Policy, We will pay the deceased person's Life Insurance Benefit after We receive Proof of Loss, in accordance with the Proof of Loss provision.

The Life Insurance Benefit will be paid according to the General Provisions of The Policy.

**Suicide:**  *What benefit is payable if death is a result of suicide?*
If You or Your Dependent commit suicide while sane or insane, We will not pay any Supplemental Amount of Life Insurance or Supplemental Amount of Dependent Life Insurance for the deceased person which was elected within the 2 year period immediately prior to the date of death.  This applies to initial coverage and elected increases in coverage.  It does not apply to benefit increases that resulted solely due to an increase in Earnings.

This 2 year period includes the time group life insurance coverage was in force under the Prior Policy.

**Accelerated Benefit:**  *What is the benefit?*
In the event that You or Your Dependent are diagnosed as Terminally Ill while the Terminally Ill person is:
1)  covered under The Policy for an Amount of Life Insurance of at least $10,000; and
2)  under age 60;
We will pay the Accelerated Benefit amount as shown below, provided We receive proof of such Terminal Illness.

You must request in writing that a portion of the Terminally Ill person's Amount of Life Insurance be paid as an Accelerated Benefit.

The Amount of Life Insurance payable upon the Terminally Ill person's death will be reduced by any Accelerated Benefit Amount paid under this benefit.

You may request a minimum Accelerated Benefit amount of $3,000, and a maximum of $500,000.  However, in no event will the Accelerated Benefit Amount exceed 80% of the Terminally Ill person's Amount of Life Insurance.  This option may be exercised only once for You and only once for each of Your Dependents.

For example, if You are covered for a Life Insurance Benefit Amount under The Policy of $20,000 and are Terminally Ill, You can request any portion of the Amount of Life Insurance Benefits from $3,000 to $16,000 to be paid now instead of to Your beneficiary upon death.  However, if You decide to request only $3,000 now, You cannot request the additional $13,000 in the future.

HLAICSFPOL000073

A person who submits proof satisfactory to Us of his or her Terminal Illness will also meet the definition of Disabled for Waiver of Premium.

In the event:
1)  You are required by law to accelerate benefits to meet the claims of creditors; or
2)  if a government agency requires You to apply for benefits to qualify for a government benefit or entitlement;
You will still be required to satisfy all the terms and conditions herein in order to receive an Accelerated Benefit.

If You have executed an Assignment of rights and interest with respect to Your or Your Dependent's Amount of Life Insurance, in order to receive the Accelerated Benefit, We must receive a release from the assignee before any benefits are payable.

**Terminal Illness or Terminally Ill** means a life expectancy of 12 months or less.

**Proof of Terminal Illness and Examinations:**  *Must proof of Terminal Illness be submitted?*
We reserve the right to require satisfactory Proof of Terminal Illness on an ongoing basis.  Any diagnosis submitted must be provided by a Physician.

If You or Your Dependents do not submit proof of Terminal Illness satisfactory to Us, or if You or Your Dependents refuse to be examined by a Physician, as We may require, then We will not pay an Accelerated Benefit.

**No Longer Terminally Ill:**  *What happens to my coverage if I am no longer Terminally Ill or my Dependent is no longer Terminally Ill?*
If You or Your Dependents are diagnosed by a Physician as no longer Terminally Ill and:
1)  return to an Eligible Class, coverage will remain in force, provided premium is paid;
2)  do not return to an Eligible Class, but You continue to meet the definition of Disabled, coverage will remain in force, subject to the Waiver of Premium provision; or
3)  are not in an Eligible Class, but You do not continue to meet the definition of Disabled, coverage will end and You may be eligible to exercise the Conversion Right, if You do so within the time limits described in such provision.
In any event, the amount of coverage will be reduced by the Accelerated Benefit paid.

**Conversion Right:**  *If coverage under The Policy ends, do I have a right to convert?*
If Life Insurance coverage or any portion of it under The Policy ends for any reason, You and Your Dependents may have the right to convert the coverage that terminated to an individual conversion policy without providing Evidence of Insurability.  Conversion is not available for:
1)  the Accidental Death and Dismemberment Benefits; or
2)  any Amount of Life Insurance for which You or Your Dependents were not eligible and covered;
under The Policy.

If coverage under The Policy ends because:
1)  The Policy is terminated; or
2)  Coverage for an Eligible Class is terminated; or
3)  Your Employer is no longer a Participating Employer;
then You or Your Dependent must have been insured under The Policy for 5 years or more, in order to be eligible to convert coverage.  The amount which may be converted under these circumstances is limited to the lesser of:
1)  $10,000; or
2)  the Life Insurance Benefit under The Policy less any Amount of Life Insurance for which You or Your Dependent may become eligible under any group life insurance policy issued or reinstated within 31 days of termination of group life coverage.

If coverage under The Policy ends for any other reason, the full amount of coverage which ended may be converted.

**Insurer**, as used in this provision, means Us or another insurance company which has agreed to issue conversion policies according to this Conversion Right.

**Conversion:**  *How do I convert my coverage or coverage for my Dependents?*
To convert Your coverage or coverage for Your Dependents, You must:
1)  complete a Notice of Conversion Right form; and
2)  have your Employer sign the form.

HLAICSFPOL000074

The Insurer must receive this within:
1) 31 days after Life Insurance terminates; or
2) 15 days from the date Your Employer signs the form;
whichever is later.  However, We will not accept requests for Conversion if they are received more than 91 days after Life Insurance terminates.

After the Insurer verifies eligibility for coverage, the Insurer will send You a Conversion Policy proposal.  You must:
1) complete and return the request form in the proposal; and
2) pay the required premium for coverage;
within the time period specified in the proposal.

Any individual policy issued to You or Your Dependents under the Conversion Right:
1) will be effective as of the 32nd day after the date coverage ends; and
2) will be in lieu of coverage for this amount under The Policy.

**Conversion Policy Provisions:**  *What are the Conversion Policy provisions?*
The Conversion Policy will:
1) be issued on one of the Life Insurance policy forms the Insurer is issuing for this purpose at the time of conversion; and
2) base premiums on the Insurer's rates in effect for new applicants of Your class and age at the time of conversion.
The Conversion Policy will not provide:
1) the same terms and conditions of coverage as The Policy;
2) any benefit other than the Life Insurance Benefit; and
3) term insurance.

However, Conversion is not available for any Amount of Life Insurance which was, or is being, continued:
1) in accordance with the Waiver of Premium provision;
2) under a certificate of insurance issued in accordance with the Portability provision; or
3) in accordance with the Continuation Provisions;
until such coverage ends.

**Death within the Conversion Period:**  *What if I or my Dependents die before coverage is converted?*
We will pay the deceased person's Amount of Life Insurance You would have had the right to apply for under this provision if:
1) coverage under The Policy terminates;
2) You or Your Dependent die within 31 days of date coverage terminates; and
3) We receive Proof of Loss.

If the Conversion Policy has already taken effect, no Life Insurance Benefit will be payable under The Policy for the amount converted.

**Portability Benefits:**  *What is Portability?*
Portability is a provision which allows You and Your Dependents to continue coverage under a Group Portability policy when coverage would otherwise end due to certain Qualifying Events.  Portability applies to Life Insurance only.

**Qualifying Events:**  *What are Qualifying Events?*
Qualifying Events for You are:
1) Your employment terminates for any reason prior to Normal Retirement Age; or
2) Your membership in an Eligible Class under The Policy ends.
Qualifying Events for Your Dependents are:
1) Your employment terminates, for any reason prior to Normal Retirement Age; or
2) Your death;
3) Your membership in a class eligible for Dependent coverage ends;
4) He or she no longer meets the definition of Dependent.  However a Dependent Child who reaches the limiting age under The Policy is not eligible for Portability.

**Electing Portability:**  *How do I elect Portability?*
You may elect Portability for Your coverage after Your coverage ends because You had a Qualifying Event. You may also elect Portability for Your Dependent coverage if Your Dependent has a Qualifying Event. The Policy must still be in force and the Employer must continue to be a Participant Employer in order for Portability to be available.

HLAICSFPOL000075

In order for Dependent Child coverage to be continued under this provision, You or Your Spouse must elect to continue coverage.

To elect Portability for You or Your Dependents, You must:
1) complete and have Your Employer sign a Portability application; and
2) submit the application to Us, with the required premium.
This must be received within:
1) 31 days after Life Insurance terminates; or
2) 15 days from the date Your Employer signs the application;
whichever is later. However, Portability requests will not be accepted if they are received more than 91 days after Life Insurance terminates.

After We verify eligibility for coverage, We will issue a certificate of insurance under a Portability policy. The Portability coverage will be:
1) issued without Evidence of Insurability;
2) issued on one of the forms then being issued by Us for Portability purposes; and
3) effective on the day following the date Your or Your Dependent's coverage ends.
The terms and conditions of coverage under the Portability policy will not be the same terms and conditions that are applicable to coverage under The Policy.

**Limitations:** *What limitations apply to this benefit?*
You may elect to continue 50%, 75%, or 100% of the Amount of Life Insurance which is ending for You or Your Dependent. This amount will be rounded to the next higher multiple of $1,000, if not already a multiple of $1,000. However, the Amount of Life Insurance that may be continued will not exceed:
1) $250,000 for You;
2) $50,000 for Your Spouse ; or
3) $10,000 for Your Dependent Child(ren).

If You elect to continue 50% or 75% now, You may not continue any portion of the remaining amount under this Portability provision at a later date. In no event will You or Your Spouse be able to continue an Amount of Life Insurance which is less than $5,000.

Portability is not available for any Amount of Life Insurance for which You or Your Dependents were not eligible and covered.

In addition Portability is not available if You or Your Dependents are entering active military service.

**Effect of Portability on other Provisions:** *How does Portability affect other Provisions?*
Portability is not available for any Amount of Life Insurance which was, or is being, continued in accordance with the:
1) Conversion Right;
2) Waiver of Premium Provision; or
3) Continuation provisions;
under The Policy. However, if:
1) You elect to continue only a portion of terminated coverage under this Portability provision; or
2) the Amount of Life Insurance exceeds the maximum Portability amount;
then the Conversion Right may be available for the remaining amount.

The Waiver of Premium provision will not be available if You elect to continue coverage under this Portability provision.

**Accidental Death and Dismemberment Benefit:** *When is the Accidental Death and Dismemberment Benefit payable?*
If You sustain an Injury which results in any of the following Losses within 365 days of the date of accident, We will pay Your amount of Principal Sum, or a portion of such Principal Sum, as shown opposite the Loss after We receive Proof of Loss, in accordance with the Proof of Loss provision.

This Benefit will be paid according to the General Provisions of The Policy.

We will not pay more than the Principal Sum to any one person, for all Losses due to the same accident. Your amount of Principal Sum is shown in the Schedule of Insurance.

HLAICSFPOL000076

| For Loss of: | Benefit: |
|---|---|
| Life…………………………………………………………………………………… | Principal Sum |
| Both Hands or Both Feet or Sight of Both Eyes……………………………………… | Principal Sum |
| One Hand and One Foot…………………………………………………………… | Principal Sum |
| Speech and Hearing in Both Ears………………………………………………… | Principal Sum |
| Either Hand or Foot and Sight of One Eye……………………………………… | Principal Sum |
| Movement of Both Upper and Lower Limbs (Quadriplegia)………………………… | Principal Sum |
| Movement of Both Lower Limbs (Paraplegia)……………………Three-Quarters of Principal Sum |
| Movement of Three Limbs (Triplegia)……………………………Three-Quarters of Principal Sum |
| Movement of the Upper and Lower Limbs of One Side of the Body (Hemiplegia)…………………………………………………… | One-Half of Principal Sum |
| Either Hand or Foot…………………………………………………… | One-Half of Principal Sum |
| Sight of One Eye……………………………………………………… | One-Half of Principal Sum |
| Speech or Hearing in Both Ears………………………………………… | One-Half of Principal Sum |
| Movement of One Limb (Uniplegia)………………………………… | One-Quarter of Principal Sum |
| Thumb and Index Finger of Either Hand………………………… | One-Quarter of Principal Sum |

**Loss** means with regard to:
1) hands and feet, actual severance through or above wrist or ankle joints;
2) sight, speech and hearing, entire and irrecoverable loss thereof;
3) thumb and index finger, actual severance through or above the metacarpophalangeal joints; or
4) movement, complete and irreversible paralysis of such limbs.

**Seat Belt and Air Bag Benefit:**  *When is the Seat Belt and Air Bag Benefit payable?*
If You sustain an Injury which results in a Loss payable under the Accidental Death and Dismemberment Benefit, We will pay an additional Seat Belt and Air Bag Benefit if the Injury occurred while You were:
1) a passenger riding in; or
2) the licensed operator of;
a properly registered Motor Vehicle and was wearing a Seat Belt at the time of the Accident as verified on the police accident report.

This Benefit will be paid:
1) after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
2) according to the General Provisions of The Policy.

If a Seat Belt Benefit is payable, We will also pay an Air Bag Benefit if You were:
1) positioned in a seat equipped with a factory-installed Air Bag; and
2) properly strapped in the Seat Belt when the Air Bag inflated.

The Seat Belt Benefit is the lesser of:
1) an amount resulting from multiplying Your amount of Principal Sum by the Seat Belt Benefit Percentage; or
2) the Maximum Amount for this Benefit.

The Air Bag Benefit is the lesser of:
1) an amount resulting from multiplying Your amount of Principal Sum by the Air Bag Benefit Percentage; or
2) the Maximum Amount for this Benefit.

If it cannot be determined that You were wearing a Seat Belt at the time of Accident, a Minimum Benefit will be payable under the Seat Belt Benefit.

**Accident**, for the purpose of this Benefit only**,** means the unintentional collision of a Motor Vehicle during which You were wearing a Seat Belt.

**Air Bag** means an inflatable supplemental passive restraint system installed by the manufacturer of the Motor Vehicle or its proper replacement parts installed as required by the Motor Vehicle's manufacturer's specifications that inflates upon collision to protect an individual from Injury and death.  An Air Bag is not considered a Seat Belt.

**Seat Belt** means:
1) an unaltered belt, lap restraint, or lap and shoulder restraint installed by the manufacturer of the Motor Vehicle, or proper replacement parts installed as required by the Motor Vehicle's manufacturer's specifications; or

HLAICSFPOL000077

2) a child restraint device that meets the standards of the National Safety Council and is properly secured and used in accordance with applicable state law and installed according to the recommendations of its manufacturer for children of like age and weight.

The Seat Belt and Air Bag Benefit will not be payable if You are operating the Motor Vehicle at the time of Injury while:
1) Intoxicated; or
2) taking drugs, including but not limited to sedatives, narcotics, barbiturates, amphetamines, or hallucinogens, unless as prescribed by or administered by a Physician.

**Intoxicated** means:
1) the blood alcohol content;
2) the results of other means of testing blood alcohol level; or
3) the results of other means of testing other substances;
that meet or exceed the legal presumption of intoxication, or under the influence, under the law of the state where the accident occurred.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Repatriation Benefit:**  *When is the Repatriation Benefit payable?*
If You sustain an Injury that results in Loss of life payable under the Accidental Death and Dismemberment Benefit, We will pay an additional Repatriation Benefit, if the death occurs outside the territorial limits of the state or country of Your place of permanent residence.

This Benefit will be paid:
1) after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
2) according to the General Provisions of The Policy.

The Repatriation Benefit will pay the least of:
1) the actual expenses incurred for:
   a) preparation of the body for burial or cremation; and
   b) transportation of the body to the place of burial or cremation;
2) the amount resulting from multiplying Your amount of Principal Sum by the Repatriation Benefit Percentage; or
3) the Maximum Amount for this Benefit.

The specific amounts for this Benefit are shown in the Schedule of Insurance.


# EXCLUSIONS


**Exclusions:**  (applicable to all benefits except the Life Insurance, Accelerated Benefit):  *What losses are not covered?*
The Policy does not cover any loss caused or contributed to by:
1) intentionally self-inflicted Injury;
2) suicide or attempted suicide, whether sane or insane;
3) war or act of war, whether declared or not;
4) Injury sustained while on full-time active duty as a member of the armed forces (land, water, air) of any country or international authority;
5) Injury sustained while taking drugs, including but not limited to sedatives, narcotics, barbiturates, amphetamines, or hallucinogens, unless as prescribed by or administered by a Physician;
6) Injury sustained while committing or attempting to commit a felony; or
7) Injury sustained while Intoxicated.

**Intoxicated** means:
1) the blood alcohol content;
2) the results of other means of testing blood alcohol level; or
3) the results of other means of testing other substances;
that meet or exceed the legal presumption of intoxication, or under the influence, under the law of the state where the accident occurred.

HLAICSFPOL000078

# GENERAL PROVISIONS

**Notice of Claim:** *When should I notify the Company of a claim?*
You, or the person who has the right to claim benefits, must give Us, written notice of a claim within 30 days after:
1) the date of death; or
2) the date of loss.

If notice cannot be given within that time, it must be given as soon as reasonably possible after that. Such notice must include the claimant's name, address and the Participating Employer Account Number.

**Claim Forms:** *Are special forms required to file a claim?*
We will send forms to the claimant to provide Proof of Loss, within 15 days of receiving a Notice of Claim. If We do not send the forms within 15 days, the claimant may submit any other written proof which fully describes the nature and extent of the claim.

**Proof of Loss:** *What is Proof of Loss?*
Proof of Loss may include, but is not limited to, the following:
1) a completed claim form;
2) a certified copy of the death certificate (if applicable);
3) Your Enrollment form;
4) Your Beneficiary Designation (if applicable);
5) documentation of:
    a) the date Your Disability began;
    b) the cause of Your Disability; and
    c) the prognosis of Your Disability;
6) any and all medical information, including x-ray films and photocopies of medical records, including histories, physical, mental or diagnostic examinations and treatment notes;
7) the names and addresses of all:
    a) Physicians or other qualified medical professionals You have consulted;
    b) hospitals or other medical facilities in which You have been treated; and
    c) pharmacies which have filled Your prescriptions within the past three years;
8) Your signed authorization for Us to obtain and release medical, employment and financial information (if applicable); or
9) Any additional information required by Us to adjudicate the claim.
All proof submitted must be satisfactory to Us.

**Sending Proof of Loss:** *When must Proof of Loss be given?*
Written Proof of Loss:
1) with respect to the Life Insurance Benefits, should be sent within 90 day(s); and
2) with respect to the Accidental Death and Dismemberment Benefits, must be sent within 90 day(s);
after the loss. All Proof of Loss should be sent to Us. However, all claims should be submitted to Us within 90 day(s) of the date coverage ends.

If proof is not given by the time it is due, it will not affect the claim if:
1) it was not possible to give proof within the required time; and
2) proof is given as soon as possible; but
3) not later than 1 year after it is due unless You, or the person who has the right to claim benefits, are not legally competent.

**Physical Examination and Autopsy:** *Can We have a claimant examined or request an autopsy?*
While a claim is pending We have the right at Our expense:
1) to have the person who has a loss examined by a Physician when and as often as We reasonably require; and
2) to have an autopsy performed in case of death where it is not forbidden by law.

**Claim Payment:** *When are benefit payments issued?*
When We determine that benefits are payable, We will pay the benefits in accordance with the Claims to be Paid provision, but not more than 30 day(s) after such Proof of Loss is received.

HLAICSFPOL000079

**Claims to be Paid:**  *To whom will benefits for my claim be paid?*
Life Insurance Benefits and benefits for loss of life under the Accidental Death and Dismemberment Benefits will be paid in accordance with the life insurance Beneficiary Designation.

If no beneficiary is named, or if no named beneficiary survives You, We may, at Our option, pay:
1) the executors or administrators of Your estate; or
2) all to Your surviving Spouse; or
3) if Your Spouse does not survive You, in equal shares to Your surviving Children; or
4) if no child survives You, in equal shares to Your surviving parents.

In addition, We may, at Our option, pay a portion of Your Life Insurance Benefit up to $500 to any person equitably entitled to payment because of expenses from Your burial. Payment to any person, as shown above, will release Us from liability for the amount paid.

If any beneficiary is a minor, We may pay his or her share, until a legal guardian of the minor's estate is appointed, to a person who at Our option and in Our opinion is providing financial support and maintenance for the minor.  We will pay:
1) $200 at Your death; and
2) monthly installments of not more than $200.
Payment to any person as shown above will release Us from all further liability for the amount paid.

We will pay the Life Insurance Benefit at Your Dependents' death to You, if living.  Otherwise, it will be paid, at Our option, to Your surviving Spouse or the executor or administrator of Your estate.

If benefits are payable and meet Our guidelines, then We may pay benefits into a draft book account (checking account) which will be owned by:
1) You, if living; or
2) Your beneficiary, in the event of Your death.

The account owner may elect a lump sum payment by writing a check for the full amount in the account. However, an account will not be established for a benefit payable to Your estate.

We will make any payments, other than for loss of life, to You.  We may make any such payments owed at Your death to Your estate.  If any payment is owed to:
1) Your estate;
2) a person who is a minor; or
3) a person who is not legally competent,
then We may pay up to $1,000 to a person who is related to You and who, at Our sole discretion, is entitled to it.  Any such payment shall fulfill Our responsibility for the amount paid.

**Beneficiary Designation:**  *How do I designate or change my beneficiary?*
You may designate or change a beneficiary by doing so in writing on a form satisfactory to Us and filing the form with the Employer.  Only satisfactory forms sent to the Employer prior to Your death will be accepted.

Beneficiary designations will become effective as of the date You signed and dated the form, even if You have since died. We will not be liable for any amounts paid before receiving notice of a beneficiary change from the Employer.

In no event may a beneficiary be changed by a Power of Attorney.

**Claim Denial:**  *What notification will my Beneficiary or I receive if a claim is denied?*
If a claim for benefits is wholly or partly denied, You or Your Beneficiary will be furnished with written notification of the decision. This written notification will:
1) give the specific reason(s) for the denial;
2) make specific reference to the provisions on which the denial is based;
3) provide a description of any additional information necessary to perfect a claim and an explanation of why it is necessary; and
4) provide an explanation of the review procedure.

**Claim Appeal:**  *What recourse do my Beneficiary or I have if a claim is denied?*
On any claim, the claimant or his or her representative may appeal to Us for a full and fair review.  To do so, he or she:

HLAICSFPOL000080

1) must request a review upon written application within:
   a) 180 days of receipt of claim denial if the claim requires Us to make a determination of disability; or
   b) 60 days of receipt of claim denial if the claim does not require Us to make a determination of disability; and
2) may request copies of all documents, records, and other information relevant to the claim; and
3) may submit written comments, documents, records and other information relating to the claim.

We will respond in writing with Our final decision on the claim.

**Incontestability:** *When can the Life Insurance Benefit of The Policy be contested?*
Except for non-payment of premiums, Your or Your Dependent's Life Insurance Benefit cannot be contested after two years from its effective date.   This provision does not apply to the Accidental Death and Dismemberment benefit(s).

In the absence of Fraud, no statement made by You relating to Your insurability will be used to contest Your insurance for which the statement was made after Your insurance has been in force for two years.  In order to be used, the statement must be in writing and signed by You.

No statement made relating to Your Dependents being insurable will be used to contest their insurance for which the statement was made after their insurance has been in force for two years.  In order to be used, the statement must be in writing and signed by You or Your representative.

**Assignment:** *Are there any rights of assignment?*
Except for the dismemberment benefits under the Accidental Death and Dismemberment Benefit, You have the right to absolutely assign Your rights and interest under The Policy including, but not limited to the following:
   1) the right to make any contributions required to keep the insurance in force;
   2) the right to convert; and
   3) the right to name and change a beneficiary.

We will recognize any absolute assignment made by You under The Policy, provided:
   1) it is duly executed; and
   2) a copy is acknowledged and on file with Us.

We and the Policyholder assume no responsibility:
   1) for the validity or effect of any assignment; or
   2) to provide any assignee with notices which We may be obligated to provide to You.

You do not have the right to collaterally assign Your rights and interest under The Policy.

**Legal Actions:** *When can legal action be taken against Us?*
Legal action cannot be taken against Us:
   1) sooner than 60 days after the date Proof of Loss is furnished; or
   2) more than 3 years after the date Proof of Loss is required to be furnished according to the terms of The Policy.

**Workers' Compensation:** *How does The Policy affect Workers' Compensation coverage?*
The Policy does not replace Workers' Compensation or affect any requirement for Workers' Compensation coverage.

**Insurance Fraud:** *How does the Company deal with fraud?*
Insurance fraud occurs when You, Your Dependents and/or Your Employer provide Us with false information or file a claim for benefits that contains any false, incomplete or misleading information with the intent to injure, defraud or deceive Us.  It is a crime if You, Your Dependents and/or Your Employer commit insurance fraud.  We will use all means available to Us to detect, investigate, deter and prosecute those who commit insurance fraud.  We will pursue all available legal remedies if You, Your Dependents and/or Your Employer perpetrate insurance fraud.

**Misstatements:** *What happens if facts are misstated?*
If material facts about You or Your Dependents were not stated accurately:
   1) the premium may be adjusted; and
   2) the true facts will be used to determine if, and for what amount, coverage should have been in force.

HLAICSFPOL000081

# DEFINITIONS

**Active Employee** means an employee who works for the Employer on a regular basis in the usual course of the Employer's business. This must be at least the number of hours shown in the Schedule of Insurance.

**Actively at Work** means at work with Your Employer on a day that is one of Your Employer's scheduled workdays. On that day, You must be performing for wage or profit all of the regular duties of Your job:
1) in the usual way; and
2) for Your usual number of hours.

We will also consider You to be Actively At Work on any regularly scheduled vacation day or holiday, only if You were Actively At Work on the preceding scheduled work day.

**Common Carrier** means a conveyance operated by a concern, other than the Policyholder, organized and licensed for the transportation of passengers for hire and operated by that concern.

**Contributory Coverage** means coverage for which You are required to contribute toward the cost. Contributory Coverage is shown in the Schedule of Insurance.

**Dependent Child(ren)** means:
1) Your children, stepchildren, legally adopted children; or
2) any other children related to You by blood or marriage or domestic partnership provided such children are:
   a) from live birth but not yet 26 years; or
   b) age 26 or older and disabled. Such children must have become disabled before attaining age 26. You must submit proof, satisfactory to Us, of such children's disability.

**Dependents** means Your Spouse and Your Dependent Child(ren). A dependent must be a citizen or legal resident of the United States, its territories and protectorates. Any person who is in full-time military service cannot be a dependent.

**Earnings** means Your regular annual rate of pay from Your Employer, not counting bonuses, commissions and tips and tokens or any other fringe benefits or extra compensation, in effect on the date You were last Actively at Work. Overtime pay or on-call pay is also not included, unless regularly scheduled.

However, if You are an hourly paid Employee, Earnings means the product of:
1) the average number of hours You worked per year, not including overtime or on-call hours unless regularly scheduled, over the most recent 1 year period immediately prior to the date You were last Actively at Work, multiplied by:
2) Your hourly wage in effect on the date immediately prior to the date You were last Actively at Work.

**Employer** means the Policyholder.

**Guaranteed Issue Amount** means the Amount of Life Insurance for which We do not require Evidence of Insurability. The Guaranteed Issue Amount is shown in the Schedule of Insurance.

**Injury** means bodily injury resulting:
1) directly from an accident; and
2) independently of all other causes;
which occurs while You are covered under The Policy.

Loss resulting from:
1) sickness or disease, except a pus-forming infection which occurs through an accidental wound; or
2) medical or surgical treatment of a sickness or disease;
is not considered as resulting from Injury.

**Motor Vehicle** means a self-propelled, four (4) or more wheeled:
1) private passenger: car, station wagon, van or sport utility vehicle;
2) motor home or camper; or
3) pick-up truck;
not being used as a Common Carrier.

HLAICSFPOL000082

A Motor Vehicle does not include farm equipment, snowmobiles, all-terrain vehicles, lawnmowers or any other type of equipment vehicles.

**Non-Contributory Coverage** means coverage for which You are not required to contribute toward the cost.  Non-Contributory Coverage is shown in the Schedule of Insurance.

**Normal Retirement Age** means the Social Security Normal Retirement Age under the most recent amendments to the United States Social Security Act.  It is determined by Your date of birth, as follows:

| Year of Birth | Normal Retirement Age | Year of Birth | Normal Retirement Age |
|---|---|---|---|
| 1937 or before | 65 | 1955 | 66 + 2 months |
| 1938 | 65 + 2 months | 1956 | 66 + 4 months |
| 1939 | 65 + 4 months | 1957 | 66 + 6 months |
| 1940 | 65 + 6 months | 1958 | 66 + 8 months |
| 1941 | 65 + 8 months | 1959 | 66 + 10 months |
| 1942 | 65 + 10 months | 1960 or after | 67 |
| 1943 through 1954 | 66 | | |

**Participating Employer** means an Employer who agrees to participate in the Trust, pays the required contribution and is a participant in accordance with the provisions of The Policy.

**Physician** means a person who is:
1) a doctor of medicine, osteopathy, psychology or other legally qualified practitioner of a healing art that We recognize or are required by law to recognize;
2) licensed to practice in the jurisdiction where care is being given;
3) practicing within the scope of that license; and
4) not You or Related to You by blood or marriage.

**Prior Policy** means the group life insurance Policy carried by the Participating Employer on the day before the Participating Employer Effective Date and will only include the coverage which is transferred to Us.

**Related** means Your Spouse, or someone in a similar relationship in law to You, or other adult living with You, or Your sibling, parent, step-parent, grandparent, aunt, uncle, niece, nephew, son, daughter, or grandchild.

**Spouse** means Your spouse who is not legally separated or divorced from You.
Spouse will include Your domestic partner or party to a civil union, provided You:
1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners or parties to a civil union for purposes of The Policy; or
2) have registered as domestic partners or parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
You will continue to be considered domestic partners or parties to a civil union provided You continue to meet the requirements described in the domestic partner affidavit or required by law.

**The Policy** means the policy which We issued to the Policyholder under the Policy Number shown on the face page.

**Trust** means the Policyholder stated on the face page of The Policy.

**We, Us or Our** means the insurance company named on the face page of The Policy.

**You or Your** means the person to whom this certificate is issued.

84

HLAICSFPOL000083



## AMENDATORY RIDER

This rider is attached to all certificates given in connection with The Policy and is effective on The Policy Effective Date.

This rider is intended to amend Your certificate, as indicated below, to comply with the laws of Your state of residence. Only those references to benefits, provisions or terms actually included in Your certificate will affect Your coverage. In addition, any reference made herein to Dependent coverage will only apply if Dependent coverage is provided in Your certificate.

For <u>Colorado</u> residents:
1) The **Suicide** provision will only exclude amounts of life insurance in effect within the first year of coverage or within the first year following an increase in coverage.
2) Item #2 of the definition of **Dependent Child(ren)** is amended to read as follows:
   any other children related to You by blood or marriage or civil union or domestic partnership who:
3) The following is added to the definition of **Spouse**:
   Spouse will include Your partner in a civil union.
4) The **Change in Family Status** provision is amended to read as follows:
   A Change in Family Status occurs when:
   1) You get married or enter a civil union or You execute a domestic partner affidavit;
   2) You and Your spouse divorce or terminate a civil union or terminate a domestic partnership;
   3) Your child is born or You adopt or become the legal guardian of a child;
   4) Your spouse or party to a civil union or domestic partner dies;
   5) Your child is no longer financially dependent on You or dies;
   6) Your spouse or party to a civil union or domestic partner is no longer employed, which results in a loss of group insurance; or
   7) You have a change in classification from part-time to full-time or from full-time to part-time.

For <u>Delaware</u> residents:
The **Spouse** definition is amended to read as follows:
   **Spouse** means Your spouse who is not legally separated or divorced from You.
   Spouse will include Your party to a civil union, provided You:
   1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
   2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

For <u>Hawaii</u> residents:
The **Spouse** definition is amended to read as follows:
   **Spouse** means Your spouse who is not legally separated or divorced from You.
   Spouse will include Your party to a civil union, provided You:
   1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
   2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

For <u>Illinois</u> residents:
The **Spouse** definition is amended to read as follows:
   **Spouse** means Your spouse who is not legally separated or divorced from You.
   Spouse will include Your party to a civil union, provided You:
   1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
   2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

HLAICSFPOL000084

For <u>Louisiana</u> residents:
1) The definition of **Dependent** is replaced by the following:
   **Dependent** means Your Spouse and Your Dependent Child(ren).  A dependent must be a citizen or legal resident of the United States, its territories and protectorates.  Any person who is in full-time military service cannot be a dependent, unless that person is subsequently called to military service and any required premium is paid.
2) The age limit stated in the **Continuation for Dependent Children with Disabilities** provision is increased to 21, if less than 21.
3) The following provision is added to the **Period of Coverage** provisions:
   **Reinstatement after Military Service:**  If:
   1) Your coverage terminates because You enter active military service; and
   2) You are rehired within 12 months of the date Your coverage terminated/within 12 months of the date You return from active military service;
   then coverage for You and Your previously covered Dependent Spouse/Dependents may be reinstated, provided You request such reinstatement within 31 days of the date You return to work.  The reinstated coverage will:
   1) be the same coverage amounts in force on the date coverage terminated; and
   2) not be subject to any Waiting Period for Coverage, Evidence of Insurability or Pre-existing Conditions Limitations; and
   3) be subject to all the terms and provisions of The Policy.
4) The last paragraph of the **Claims to be Paid** provision is replaced by the following:
   In addition, We may, at Our option, pay a portion of Your Life Insurance Benefit up to $500 to any person equitably entitled to payment because of expenses from Your funeral or other expenses incident to Your last illness or death.  Payment to any person, as shown above, will release Us from liability for the amount paid.
5) The exclusion for the **Seatbelt and Air Bag** benefit is replace by the following:
   The Seat Belt and Air Bag Benefit will not be payable if the injured person is operating the Motor Vehicle at the time of Injury while:
   1) Intoxicated; or
   2) under the influence of narcotics, unless administered on the advice of a physician.
6) The drug exclusion in the Accidental Death and Dismemberment Exclusions is replaced by the following:
   Injury sustained while under the influence of narcotics, unless administered on the advice of a Physician;

For <u>Massachusetts</u> residents:
The definition of **Terminal Illness or Terminally Ill** in the **Accelerated Benefit** cannot exceed 24 months.

For <u>Michigan</u> residents:
The **Policy Interpretation** provision is deleted in its entirety.

For <u>Minnesota</u> residents:
1) The term "granted military leave of absence" in the <u>Military Leave of Absence</u> portion of the **Continuation Provisions** section, is amended to "documented military leave of absence."
2) The provision titled **"Lay Off"** is deleted from the Continuation Provisions and is replaced by the following:
   **Lay Off:**  If You are voluntarily or involuntarily terminated or Laid Off, You may elect to continue Your coverage by making monthly premium payments to the Employer for the cost of continued coverage.  You must elect this continued coverage within 60 days from:
       1) the date Your coverage would otherwise terminate; or
       2) the date You receive a written notice of Your right to continue coverage;
   whichever is later. The amount of premium charged may not exceed 102% of the premium paid, either by You or the Employer, for life insurance coverage for an Active Employee.  The Employer will inform You of:
       1) Your right to continue coverage;
       2) the amount of monthly premium; and
       3) how, where and by when payment must be made.
   Upon request, the Employer will provide You Our written verification of the cost of coverage. Coverage will continue until the first to occur of:
       1) the date You are covered under another group policy; or
       2) the last day of the 18th month following the date of termination or layoff.
   At the end of such 18 month period, You may exercise the Conversion Right if You do so within the time limits described in such provision. However, in lieu of conversion coverage You may accept a policy providing

HLAICSFPOL000085

reduced benefits at a reduced premium rate. Minnesota law requires that if Your coverage ends because the Employer fails:

    1) to notify You of Your right to continue coverage; or

    2) to pay the premium after timely receipt;

the Employer will be liable for benefit payments to the extent We would have been liable had You still been covered. Laid Off means that there is a reduction in the number of hours You work for the Employer so that You are no longer eligible for coverage.  The term termination does not include discharge for gross misconduct but does include retirement.

3) the 7th paragraph of the **Accelerated Benefit** provision is deleted.

4) the 2nd, 3rd and 4th paragraphs of the **Conversion Right** provision are deleted.

5) The first sentence of the 5th paragraph of the **Claims to be Paid** provision is amended as follows:

    If benefits are payable and are greater than $15,000, then You or Your beneficiary may request that We pay benefits into a draft book account (checking account) which will be owned by:

      1)  You, if living; or

      2)  Your beneficiary, in the event of Your death.

For <u>Missouri</u> residents:

1) The time periods stated in the **Conditions for Qualification** and the **Benefit Payable before Approval of Waiver of Premium** provisions are changed to 180 days, if greater than180 days.

2) The following language is added to the **When Premiums are Waived** provision:

    If Waiver of Premium is approved, it will be retroactive to the date the disability began.  Premiums will be waived retrospectively once You have completed the 180 day waiting period.

3) The **Suicide** provision is replaced by the following:

    **Suicide:**  *What benefit is payable if death is a result of suicide?*

    If You or Your Dependent commit suicide, whether sane or insane, We will not pay any Supplemental Amount of Life Insurance or Supplemental Amount of Dependent Life Insurance for the deceased person which was elected within the 1 year period immediately prior to the date of death.  This applies to initial coverage and elected increases in coverage. It does not apply to benefit increases that resulted solely due to an increase in Earnings.   If You or Your Dependent die as a result of suicide, whether sane or insane, within 1 year of the Policy effective date, all premiums paid for coverage will be refunded.

    This 1 year period includes the time group life insurance coverage was in force under the Prior Policy.

4) Item 2 of the **Accidental Death and Dismemberment Exclusions** is replaced with the following:

    2)  suicide or attempted suicide, whether sane or insane;

For <u>Montana</u> residents:

1) The time period stated in the **Conversion Right** provision is changed to 3 years, if greater than 3 years.

2) The dollar amount stated in the **Conversion Right** provision is changed to $10,000, if less than $10,000.

3) The 2nd paragraph of the **Conversion Policy Provisions** is deleted.

4) The dollar amount stated in the second paragraph of the **Claims to be Paid** provision is changed to $500, if not $500.

5) The following provision is added to the **Claims to be Paid** provision.

    **Payable Interest:**  *Is interest payable on death claims?*

    Claims payable for loss of life will be paid within 60 days of the date due proof is received.  If the claim is paid more than 30 days after the date due proof is received, the amount payable will include interest.  Interest will be paid at the discount rate, on 90-day commercial paper, in effect at the Federal Reserve Bank in the Ninth Federal Reserve District on the date due proof is received.

For <u>New Hampshire</u> residents:

1) The **Waiver of Premium and Disability Extension** provision or the **Disability Extension** provision is deleted

2) The following is added to the end of the first paragraph of the **Conversion** provision:

    The Notice of Conversion Right form will be mailed to You within 15 days after the Policy ceases.  If notice is given more than 15 days after the Policy ceases, the time You have to convert will be extended for 15 days from the date notice was given.

3) The last sentence of the second paragraph of the **Conversion** provision is replaced by the following:

    However, unless you did not have notice, We will not accept requests for Conversion if they are received more than 91 days after Life Insurance terminates.

4) Item #3 in the second paragraph of the Sending Proof of Loss provision is deleted.

5) The dollar amount stated in the second paragraph of the **Claims to be Paid** provision is changed to $250, if not $250.

HLAICSFPOL000086

6) The following is added to the Period of Coverage if Spouse Accidental Death and Dismemberment is included in the contract:

**Spouse Continuation:** *Can coverage be continued for a divorced Spouse?*

If You are legally separated or divorced from Your Spouse, coverage for Your former Spouse may continue under The Policy until the earliest of:

1) the last day of the third year following the anniversary of a final divorce or legal separation;
2) the date You remarry;
3) the date Your former Spouse remarries;
4) a date specified in the final divorce decree;
5) the date Your former Spouse fails to pay any premiums that may be due; or
6) the date You die.

For <u>North Dakota</u> residents:

The **Suicide** provision will only exclude amounts of life insurance in effect within the first year of coverage or within the first year following an increase in coverage.

For <u>Ohio</u> residents, any references to **Accelerated Benefit** are amended to read as **Accelerated Death Benefit.**

For <u>Oregon</u> residents:

1) The **Spouse** definition is amended to read as follows:

**Spouse** means Your spouse who:

1) is under age 65;
2) is not legally separated or divorced from You; and
3) is not in active full-time military service outside the continental United States, Hawaii, Puerto Rico or Alaska. However, Your spouse who is in active full-time military service inside the continental United States, Hawaii, Puerto Rico or Alaska will be considered a Dependent.

Spouse will include Your domestic partner provided You:

1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners for purposes of The Policy; or
2) have registered as domestic partners with a government agency or office where such registration is available.

You will continue to be considered domestic partners provided You continue to meet the requirements of the law or as described in the domestic partner affidavit.

2) The following is added to the definition of **Dependent Child(ren):**

Dependent Child(ren) will also include child(ren) of Your Oregon registered domestic partner.

3) The **Continuation Provisions** section is amended to include the following for Employers with 10 or more employees:

<u>Jury Duty:</u>  If You are scheduled to serve or are required to serve as a juror, Your coverage may be continued until the last day of Your Jury Duty, provided You:

1) elected to have Your coverage continued; and
2) provided notice of the election to Your employer in accordance with Your employer's notification policy.

For <u>South Carolina</u> residents:

1) The following is added to the **Physical Examinations and Autopsy** provision:  "Such autopsy must take place in the state of South Carolina."
2) The dollar amount stated in the second paragraph of the **Claims to be Paid** provision is changed to $2,000, if not $2,000.

For <u>South Dakota</u> residents:

1) The **suicide, felony, speed or endurance contest** exclusions are replaced by the following:

suicide, whether sane or insane, within two years of the individual's coverage under the policy;

Injury caused directly or indirectly by riding or driving on land, air, or water if participating in a speed or endurance contest;

Injury sustained while committing a felony.

2) The **self-inflicted Injury, drug, Intoxicated and Driving while Intoxicated** exclusions are deleted.
3) The definition of "**Intoxicated**" is deleted from the Exclusion section.
4) The exclusions set forth in the **Seat Belt and Air Bag** benefit are deleted.
5) The definition of **Felonious Assault** set forth in the Felonious Assault Benefit is replaced by the following:

HLAICSFPOL000087

**Felonious Assault** means a violent or criminal act directed at You or Your Dependents during the course of a robbery, kidnapping or criminal assault, which constitutes a felony under the law.

For <u>Texas</u> residents, the provision titled **Policy Interpretation** is deleted in its entirety.

For <u>Utah</u> residents:
1) The time period stated in the **Suicide** provision is changed to 2 years if not already 2 years.
2) Item 1 of the first paragraph in the **Conversion Policy Provisions** is replaced by the following:
   1) be issued on one of the Life Insurance policy forms the Insurer is customarily issuing at the age and for the amount applied for at the time of conversion except for term insurance; and
3) The following sentence is added to the **Effect of Waiver of Premium on Conversion** provision, if not already added:
   The Insurer will refund the premium paid for such Conversion Policy.
4) The time period stated in the **Claim Forms** provision is changed to 15 days if not already 15 days.
5) Item 3 of the second paragraph of the **Sending Proof of Loss** provision is deleted.
6) The time period stated in the **Claim Payment** provision is changed to 15 days if not already 15 days.
7) The provision titled **Policy Interpretation** is deleted in its entirety.
8) The words "In the absence of fraud" are deleted from the **Incontestability** provision.
9) The following provision is added to the Continuation provisions:
   **Disability:** If You are not Actively at Work due a Disability, all of Your coverage (including Dependent Life coverage) may be continued beyond a date shown in the Termination provision. Coverage may not be continued under more than one Continuation Provision. The amount of continued coverage applicable to You or Your Dependents will be the amount of coverage in effect on the date immediately before coverage would otherwise have ended. Coverage will continue until the earliest of:
   1) six months from the date of Disability;
   2) approval by Us of continuation of the coverage under any disability provision The Policy may contain;
   3) the date premium payment is due but not paid;
   4) The Policy terminates; or
   5) if the Policyholder is a trust, Your Employer ceases to be a Participating Employer.
   In no event will the amount of insurance increase while coverage is continued in accordance with this provision. The Continuation Provisions shown above may not be applied consecutively. If such absence results in a leave of absence in accordance with state and/or federal family and medical leave laws, then the combined continuation period will not exceed twelve consecutive months.

For <u>Vermont</u> residents:
1) The following Endorsement applies:
   **Purpose:** This endorsement is intended to provide benefits for parties to a civil union. Vermont law requires that insurance contracts and policies offered to married persons and their families be made available to parties to a civil union and their families. In order to receive benefits in accordance with this endorsement, the civil union must have been established in the state of Vermont according to Vermont law.
   **General Definitions, Terms, Conditions and Provisions:** The general definitions, terms, conditions or any other provisions of the policy, contract, certificate and/or riders and endorsements to which this mandatory endorsement is attached are hereby amended and superseded as follows:
   1) Terms that mean or refer to a marital relationship or that may be construed to mean or refer to a marital relationship: such as "marriage", "spouse", "husband", "wife", "dependent", "next of kin", "relative", "beneficiary", "survivor", "immediate family" and any other such terms include the relationship created by a civil union.
   2) Terms that mean or refer to a family relationship arising from a marriage such as "family", "immediate family", "dependent", "children", "next of kin", "relative", "beneficiary", "survivor" and any other such terms include the family relationship created by a civil union.
   3) Terms that mean or refer to the inception or dissolution of a marriage, such as "date of marriage", "divorce decree", "termination of marriage" and any other such terms include the inception or dissolution of a civil union.
   4) "Dependent" means a spouse, a party to a civil union, and/or a child or children (natural, stepchild, legally adopted or a minor who is dependent on the insured for support and maintenance) who is born to or brought to a marriage or to a civil union.
   5) "Child or covered child" means a child (natural, step-child, legally adopted or a minor who is dependent on the insured for support and maintenance) who is born to or brought to a marriage or to a civil union.
   **Cautionary Disclosure:  THIS RIDER IS ISSUED TO MEET THE REQUIREMENTS OF VERMONT LAW AS EXPLAINED IN THE "PURPOSE" PARAGRAPH OF THE RIDER. THE FEDERAL GOVERNMENT OR**

HLAICSFPOL000088

**ANOTHER STATE GOVERNMENT MAY NOT RECOGNIZE THE BENEFITS GRANTED UNDER THIS RIDER. YOU ARE ADVISED TO SEEK EXPERT ADVICE TO DETERMINE YOUR RIGHTS UNDER THIS CONTRACT.**

2) The following sentence is added to the **Life Insurance Benefit** provision:
Interest is payable from the date of death until the date payment is made at an interest rate of 6% per year or at least Our corporate interest rate, whichever is greater.

For <u>Washington</u> residents:
1) The **Suicide** provision is deleted in its entirety.
2) The following is added to the **No Longer Terminally Ill** provision:
**Dispute about Diagnosis**: If Your attending physician, and a physician appointed by Us, disagree on whether You are Terminally Ill, Our physician's opinion will not be binding upon You. The two parties shall attempt to resolve the matter promptly and amicably. In case the disagreement is not resolved, You have the right to mediation or binding arbitration conducted by a disinterested third party who has no ongoing relationship with either. Any such arbitration shall be conducted in accordance with the laws of the State of Washington. As part of the final decision, the arbitrator or mediator shall award the costs of the arbitrator to one party or the other, or may divide the costs equally or otherwise.
3) The **Labor Dispute** continuation provision is replaced with the following:
<u>Labor Dispute</u>: If You are not Actively at Work as the result of a labor dispute, all of Your coverages (including Dependent Life coverage) may be continued during such dispute until the last day of the month in which the coverage terminated, but in no event for a period exceeding six months. If the labor dispute ends, this continuation will cease immediately.
4) The provision titled **Policy Interpretation** is deleted in its entirety.
5) The definition of **Dependent Child(ren)** is amended to include relationships due to domestic partnership.
6) The **Spouse** definition is amended to read as follows:
**Spouse** means Your spouse who is not legally separated or divorced from You.
Spouse will include Your domestic partner or party to a civil union, provided You:
1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners or parties to a civil union for purposes of The Policy; or
2) have registered as domestic partners or parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
You will continue to be considered domestic partners or parties to a civil union provided You continue to meet the requirements described in the domestic partner affidavit or required by law.

For <u>Wisconsin</u> residents:
1) The dollar amounts stated in the **Conversion Right** provision is changed to $5,000, if not $5,000.
2) The dollar amounts stated in the second paragraph and the last paragraph of the **Claims to be Paid** provision are changed to $1,000, if not $1,000.

In all other respects, the Policy and certificates remain the same.

Signed for <u>Hartford Life and Accident Insurance Company</u>.

**Terence Shields,** *Secretary*            **Michael Concannon,** *Executive Vice President*

HLAICSFPOL000089

**ERISA INFORMATION**
**THE FOLLOWING NOTICE**
**CONTAINS IMPORTANT INFORMATION**

This employee welfare benefit plan (Plan) is subject to certain requirements of the Employee Retirement Income Security Act of 1974 (ERISA), as amended. ERISA requires that you receive a Statement of ERISA Rights, a description of Claim Procedures, and other specific information about the Plan. This document serves to meet ERISA requirements and provides important information about the Plan.

The benefits described in your booklet-certificate (Booklet) are provided under a group insurance policy (Policy) issued by the Hartford Life and Accident Insurance Company  (Insurance Company) and are subject to the Policy's terms and conditions. The Policy is incorporated into, and forms a part of, the Plan. The Plan has designated and named the Insurance Company as the claims fiduciary for benefits provided under the Policy. The Plan has granted the Insurance Company full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Policy.

A copy of the Plan is available for your review during normal working hours in the office of the Plan Administrator.

---

1.  **Plan Name**

    Group Short Term Disability, Long Term Disability, Basic Term Life, Supplemental Dependent Life, Supplemental Term Life, Basic Accidental Death and Dismemberment Plan for employees of EL RIO HEALTH CENTER.

---

2.  **Plan Number**

    WD - 501

    LTD - 501

    LIFE - 501

    ADD - 501

---

3.  **Employer/Plan Sponsor**

    EL RIO HEALTH CENTER
    839 W Congress Street
    Tucson, AZ 85745

---

4.  **Employer Identification Number**

    86-0285857

---

5.  **Type of Plan**

    Welfare Benefit Plan providing Group Short Term Disability, Long Term Disability, Basic Term Life, Supplemental Dependent Life, Supplemental Term Life, Basic Accidental Death and Dismemberment.

---

6.  **Plan Administrator**

    EL RIO HEALTH CENTER

HLAICSFPOL000090

839 W Congress Street
Tucson, AZ 85745

7. **Agent for Service of Legal Process**

For the Plan

EL RIO HEALTH CENTER
839 W Congress Street
Tucson, AZ 85745

For the Policy:

Hartford Life and Accident Insurance Company
One Hartford Plaza
Hartford, CT 06155

In addition to the above, Service of Legal Process may be made on a plan trustee or the plan administrator.

8. **Sources of Contributions (Short Term Disability and Long Term Disability)** The Employer pays the premium for the insurance, but may allocate part of the cost to the employee, or the employee may pay the entire premium. The Employer determines the portion of the cost to be paid by the employee. The insurance company/provider determines the cost according to the rate structure reflected in the Policy of Incorporation. Any amounts paid by employees may be used to pay any benefit or expense under the plan.

**Sources of Contributions (Life and Accidental Death and Dismemberment)** Basic and supplemental coverage are being offered under a single ERISA plan. The Employer may pay some or all of the premium for the basic coverage. Coverages described in the certificate/policy as noncontributory or as being paid by the Employer, if any, are those paid for directly by the Employer such that you may have no direct out of pocket expense for such coverage. However, employees who elect supplemental coverage will be required to contribute specified amounts to the plan. Any amounts paid by employees may be used to pay any benefit or expense under the plan.

9. **Type of Administration**    The plan is administered by the Plan Administrator with benefits provided in accordance with the provisions of the applicable group plan.

10. The Plan and its records are kept on a Calendar Year basis.

11. **Labor Organizations**

Mary D. Lopez, Office Manager
AFSCME - American Federation of State, County and Municipal Employees Local 449
877 S Alvernon Way, #203
Tucson, AZ 85711
Phone: 520-571-8884 Office
Phone: 520-240-2622 Cell
Fax: 520-571-8887
Email: mdlopez@afscme449.org

12. **Names and Addresses of Trustees**

None

HLAICSFPOL000091

13. **Plan Amendment Procedure**

The Plan Administrator reserves full authority, at its sole discretion, to terminate, suspend, withdraw, reduce, amend or modify the Plan, in whole or in part, at any time, without prior notice.

The Employer also reserves the right to adjust your share of the cost to continue coverage by the same procedures.

HLAICSFPOL000092

**STATEMENT OF ERISA RIGHTS**

As a participant in the Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA), as amended. ERISA provides that all Plan participants shall be entitled to:

1. **Receive Information About Your Plan and Benefits**

   a) Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.
   b) Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary Plan description. The administrator may make a reasonable charge for the copies.
   c) Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

2. **Prudent Actions by Plan Fiduciaries**

In addition to creating rights for Plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit Plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

3. **Enforce Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If the Plan requires you to complete administrative appeals prior to filing in court, your right to file suit in state or Federal court may be affected if you do not complete the required appeals. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

4. **Assistance with Your Questions**

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration (formerly known as the Pension and Welfare Benefits Administration), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**CLAIM PROCEDURES**

The Plan has designated and named the Insurance Company as the claims fiduciary for benefits provided under the Policy. The Plan has granted the Insurance Company full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Policy.

**Claim Procedures for Claims Requiring a Determination of Disability**

HLAICSFPOL000093

Claims for Benefits

If you or your authorized representative would like to file a claim for benefits for yourself or your insured dependents, you or your authorized representative should obtain a claim form(s) from your Employer or Plan Administrator.  The applicable section of such form(s) must be completed by (1) you, (2) the Employer or Plan Administrator and (3) the attending physician or hospital.  Following completion, the claim form(s) must be forwarded to the Insurance Company's claim representative.  The Insurance Company will evaluate your claim and determine if benefits are payable.

The Insurance Company will make a decision no more than 45 days after receipt of your properly filed claim.  The time for decision may be extended for two additional 30 day periods provided that, prior to any extension period, the Insurance Company notifies you in writing that an extension is necessary due to matters beyond the control of the Plan, identifies those matters and gives the date by which it expects to render its decision.  If your claim is extended due to your failure to submit information necessary to decide your claim, the time for decision may be tolled from the date on which the notification of the extension is sent to you until the date we receive your response to our request.  If the Insurance Company approves your claim, the decision will contain information sufficient to reasonably inform you of that decision.

Any adverse benefit determination will be in writing and include:  1) specific reasons for the decision, 2) specific references to the Policy provisions on which the decision is based, 3) a description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary, 4) a description of the review procedures and time limits applicable to such procedures, 5) a statement that you have the right to bring a civil action under section 502(a) of ERISA after you appeal our decision and after you receive a written denial on appeal, and 6) (A) if an internal rule, guideline, protocol, or other similar criterion was relied upon in making the denial, either (i) the specific rule, guideline, protocol or other similar criterion, or (ii) a statement that such a rule, guideline, protocol or other similar criterion was relied upon in making the denial and that a copy will be provided free of charge to you upon request, or (B) if denial is based on medical judgment, either (i) an explanation of the scientific or clinical judgment for the determination, applying the terms of the Policy to your medical circumstances, or (ii) a statement that such explanation will be provided to you free of charge upon request.

Appealing Denials of Claims for Benefits

On any wholly or partially denied claim, you or your representative must appeal once to the Insurance Company for a full and fair review.  You must complete this claim appeal process before you file an action in court.  Your appeal request must be in writing and be received by the Insurance Company no later than the expiration of 180 days from the date you received your claim denial.  As part of your appeal:

1.  you may request, free of charge, copies of all documents, records, and other information relevant to your claim; and
2.  you may submit written comments, documents, records and other information relating to your claim.

The Insurance Company's review on appeal shall take into account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

The Insurance Company will make a final decision no more than 45 days after it receives your timely appeal.  The time for final decision may be extended for one additional 45 day period provided that, prior to the extension, the Insurance Company notifies you in writing that an extension is necessary due to special circumstances, identifies those circumstances and gives the date by which it expects to render its decision.  If your claim is extended due to your failure to submit information necessary to decide your claim on appeal, the time for decision shall be tolled from the date on which the notification of the extension is sent to you until the date we receive your response to the request.

The individual reviewing your appeal shall give no deference to the initial benefit decision and shall be an individual who is neither the individual who made the initial benefit decision, nor the subordinate of such individual.  The review process provides for the identification of the medical or vocational experts whose advice was obtained in connection with an initial adverse decision, without regard to whether that advice was relied upon in making the denial.  When deciding an appeal that is based in whole or part on medical judgment, we will consult with a medical professional having the appropriate training and experience in the field of medicine involved in the medical judgment and who is neither an individual consulted in connection with the initial benefit decision, nor a subordinate of such individual.  If the Insurance Company grants your claim appeal, the decision will contain information sufficient to reasonably inform you of that decision.

HLAICSFPOL000094

However, any final adverse benefit determination on review will be in writing and include:  1) specific reasons for the decision, 2) specific references to the Policy provisions on which the decision is based, 3) a statement that you have the right to bring a civil action under section 502(a) of ERISA, 4) a statement that you may request, free of charge, copies of all documents, records, and other information relevant to your claim; 5) (A) if an internal rule, guideline, protocol, or other similar criterion was relied upon in making the decision on appeal, either (i) the specific rule, guideline, protocol or other similar criterion, or (ii) a statement that such a rule, guideline, protocol or other similar criterion was relied upon in making the decision on appeal and that a copy will be provided free of charge to you upon request, or (B) if the decision on appeal is based on medical judgment, either (i) an explanation of the scientific or clinical judgment for the decision on appeal, applying the terms of the Policy to your medical circumstances, or (ii) a statement that such explanation will be provided to you free of charge upon request, and 6) any other notice(s), statement(s) or information required by applicable law.

## Claim Procedures for Claims Not Requiring a Determination of Disability

Claims for Benefits

If you or your authorized representative would like to file a claim for benefits for yourself or your insured dependents, you or your authorized representative should obtain a claim form(s) from your Employer or Plan Administrator.  The applicable section of such form(s) must be completed by (1) you, (2) the Employer or Plan Administrator and (3) the attending physician or hospital.  Following completion, the claim form(s) must be forwarded to the Insurance Company's claim representative.  The Insurance Company will evaluate your claim and determine if benefits are payable.

The Insurance Company will make a decision no more than 90 days after receipt of your properly filed claim.  However, if the Insurance Company determines that special circumstances require an extension, the time for its decision will be extended for an additional 90 days, provided that, prior to the beginning of the extension period, the Insurance Company notifies you in writing of the special circumstances and gives the date by which it expects to render its decision.  If extended, a decision shall be made no more than 180 days after your claim was received.  If the Insurance Company approves your claim, the decision will contain information sufficient to reasonably inform you of that decision.

However, any adverse benefit determination will be in writing and include:  1) specific reasons for the decision; 2) specific references to Policy provisions on which the decision is based; 3) a description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary; 4) a description of the review procedures and time limits applicable to such, and 5) a statement that you have the right to bring a civil action under section 502(a) of ERISA after you appeal our decision and after you receive a written denial on appeal.

Appealing Denials of Claims for Benefits

On any wholly or partially denied claim, you or your representative must appeal once to the Insurance Company for a full and fair review.  You must complete this claim appeal process before you file an action in court.  Your appeal request must be in writing and be received by the Insurance Company no later than the expiration of 60 days from the date you received your claim denial.  As part of your appeal:

1. you may request, free of charge, copies of all documents, records, and other information relevant to your claim; and
2. you may submit written comments, documents, records and other information relating to your claim.

The Insurance Company's review on appeal shall take into account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

The Insurance Company will make a final decision no more than 60 days after it receives your timely appeal.  However, if the Insurance Company determines that special circumstances require an extension, the time for its decision will be extended for an additional 60 days, provided that, prior to the beginning of the extension period, the Insurance Company notifies you in writing of the special circumstances and gives the date by which it expects to render its decision.  If extended, a decision shall be made no more than 120 days after your appeal was received.  If the Insurance Company grants your claim appeal, the decision will contain information sufficient to reasonably inform you of that decision.

However, any final adverse benefit determination on review will be in writing and include:  1) specific reasons for the decision and specific references to the Policy provisions on which the decision is based, 2) a statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and

96

HLAICSFPOL000095

other information relevant to the claim, 3) a statement of your right to bring a civil action under section 502(a) of ERISA, and 4) any other notice(s), statement(s) or information required by applicable law.

HLAICSFPOL000096

**The Plan Described in this Booklet
is Insured by the**

**Hartford Life and Accident Insurance Company
Simsbury, Connecticut
Member of The Hartford Insurance Group**

HLAICSFPOL000097

# Exhibit 2



MLS National Medical Evaluation Services
Phone: 888.657.4634  |  Fax: 248.356.6757  |  www.mls-ime.com



2/15/2021

RE:   Claimant Name       :      SABRINA FRANKLIN
      Client              :      The Hartford DCS
      Referred By         :      Resurreccion, Rejean
      Type of Review      :      Disability
      Type of Service     :      LTD
      Claim Number:       :      9005107566

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:
      1) AP NAME: Dr. David Kahan
      2) DATE: 2/11/2021
      3) TIME: 1:15 PM MT
      4) PERSON SPOKEN WITH: Stacey
      5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: Message left with receptionist "Stacey" for the AP to return my call.

TELECONFERENCE #2:
      1) AP NAME: Dr. David Kahan
      2) DATE: 2/12/2021
      3) TIME: 12:00 PM MT
      4) PERSON SPOKEN WITH: Monica
      5) POSITION OF PERSON SPOKEN WITH: Medical Assistant

SUMMARY OF CONVERSATION: Message left with AP's Medical Assistant "Monica" for the AP to return my call. No callback was received from the treating provider.

Page - 2  Claimant Name: SABRINA FRANKLIN Claim Number: 9005107566

## SUMMARY OF MEDICAL DOCUMENTATION

CLINICAL SUMMARY:

The claimant is a 34 year-old female, who stopped working as of 12/27/2017.  Below is a synopsis of the pertinent medical documentation in chronological order.

1/8/2016,    2/1/2016,    2/9/2016- Follow-up Dr. Kahan for headache/cough/congestion/fever/nausea/vomiting upon return from Cancun, Mexico. Antibiotics prescribed.

6/22/2016, 10/4/2016, 1/31/2017- Follow-up Dr. Kahan status post embolization for liver adenoma.  Examination was unremarkable, with no focal neurological deficits.  Plan is to continue current medications as prescribed, and OMT to cervical spine performed.

7/5/2016  7/12/2018- Chiropractic treatment notes with Richard Skrill, DC.

7/21/2016- Medical genetics consultation with Brendish Hunt, MS.

8/2/2016- Pelvic/transvaginal ultrasound reveals normal pelvis.

8/16/2016- MRI of the head reveals small pituitary microadenoma.  Stable thickened appearance of the pituitary infundibulum.

8/23/2016- Follow-up Dr. Ruff for MEN type 1. Testing reveals abnormal gastric accommodation.  Plan is to continue current medications as prescribed and consider referral to Hepatology.

8/23/2016- MRI of the abdomen reveals stable hepatic lobe mass.

9/5/2016- Follow-up Dr. Insel for MEN syndrome.  Examination unremarkable with no focal neurological deficits.  Plan is to follow-up lab work and continue current medications.

9/22/2016, 1/18/2017- Hepatology consultation with Dr. Aqel for liver mass.  Consultant feels that it is unlikely that the adenoma is responsible for her symptoms.  Close monitoring with MRI in six months recommended.

9/28/2016- Surgical consult with Dr. Weir to discuss adenoma removal.

10/20/2016- Surgical consult with Dr. Critchlow to discuss adenoma removal.

12/8/2016  12/9/2016- Hospital admission for observation status post bland embolization of hepatic adenomas.  Claimant had uneventful recovery, and was discharged home the following day in stable condition.

HLAICSFAR001856

Page - 3  Claimant Name: SABRINA FRANKLIN Claim Number: 9005107566

1/18/2017- MRI of the abdomen reveals complete ischemic necrosis and moderate decrease in size of hepatic adenoma representing excellent treatment result after bland embolization.

3/7/2017- Follow-up Dr. Insel for MEN syndrome.  Examination was unremarkable with no focal neurological deficits.  Plan is to follow-up labwork and continue current medications.

3/16/2017  3/17/2017- Hospital admission for observation s/p bland embolization of hepatic adenomas.  Claimant had uneventful recovery and was discharged home the following day in stable condition.

5/18/2017, 10/4/2017- Follow-up Amy Chervenak, PA status post hepatic adenoma embolization.  Examination reveals TTP in the RUQ.  Plan is to proceed with MRI for monitoring.

5/18/2017- MRI of the abdomen reveals interval embolization of the adenoma and continued interval decrease in size.

9/12/2017- Follow-up Dr. Kahan for OMT s/p 18 weeks pregnant.  Examination reveals left first rib slightly elevated.  No focal neurological deficits.  Plan is to continue current medications as prescribed, and OMT performed.

9/12/2017- Follow-up Dr. Insel for pregnancy, hyperparathyroidism, hyperprolactinemia, and fibromyalgia.  Examination unremarkable with no focal neurological deficits.  Plan is to follow-up labwork during pregnancy.

10/4/2017- Ultrasound reveals tiny hyperplastic gallbladder polyps, otherwise normal.

10/31/2017, 11/22/2017, 1/12/2018, 2/23/2018- Follow-up William Holder, NP for migraines.  Examinations have been consistently unremarkable with no focal neurological deficits.  Plan is to pursue Botox as treatment for migraines.

11/21/2017- MRI of the brain reveals sub-acute hemorrhage within the pituitary gland.  Thickening of the pituitary infundibulum.  No acute intracranial abnormality.

12/5/2017, 3/6/2018- Follow-up Dr. Kahan for soreness after C-section.  Examination unremarkable with no focal neurological deficits.  Plan is to continue current medications as prescribed.

2/2/2018  2/6/2018- Hospital admission to Carondelet Health Network.  Primary Cesarean section performed by Dr. Hutchinson to deliver child, indication being a pituitary tumor with hemorrhage contraindicating Valsalva.  Discharged home on post-operative day #4 in stable condition.  OB-GYN follow-up visits with Dr. Hutchinson.

2/19/2018- MRA of the head reveals no significant intracranial vascular abnormality.

HLAICSFAR001857

Page - 4  Claimant Name: SABRINA FRANKLIN Claim Number: 9005107566

2/19/2018- MR Head/Pituitary without contrast reveals significant improvement in the hemorrhage within the dorsal pituitary gland. No new hemorrhage.

3/12/2018- Follow-up Dr. Insel for pituitary apoplexy, transient visual disturbance, and gastroparesis. Examination unremarkable with no focal neurological deficits. Plan is to continue current medications as prescribed.

4/20/2018, 7/18/2018, 11/14/2018- Follow-up William Holder, NP for migraine/pituitary adenoma. AP notes that the claimant is having about 1-2 headaches per week. Workup for pituitary adenoma has been stable with serial imaging. Visual field testing has been normal. EEG testing determined to be normal. Examination unremarkable with no focal neurological deficits. Plan is to continue current medications and defer treatment with Botox until done breast feeding.

6/7/2018, 8/15/2018- Follow-up Dr. Kahan for chronic pain/fibromyalgia. Examination reveals first rib stuck in inspiration with no focal neurological deficits. Plan is to continue current medications as prescribed.

6/18/2018- APS by Dr. Kahan who determines the claimant can return to work in a "Light" work capacity.

8/22/2018- Evaluation by Dr. Fernandez for migraine. Examination unremarkable with no focal neurological deficits. Plan is to obtain imaging and other clinical notes.

9/11/2018- APS by Dr. Kahan who determines the claimant is capable of returning to work in a "Light" duty capacity.

11/26/2018- Letter written on behalf of the claimant by Dr. Hutchinson. The writer notes that she is severely compromised.

12/14/2018, 1/15/2019- Follow-up Dr. Kahan for joint swelling. Examination reveals palpable tenderness of the PIP joint of the right finger. No focal neurological deficits. Plan is to start Voltaren gel and continue other medications as prescribed.

2/5/2019- Peer Review by Dr. Shamsian who determines the claimant was totally restricted from work activity from 2/2/2018 through 3/26/2018, to allow for surgical healing and functional recovery. Other than this period of time, there is no objective evidence to support any degree of physical impairment that would support medically necessary restrictions/limitations.

2/7/2019- Peer Review by Dr. Brock who determines that the records reflect the claimant being allowed to return to work at 20hours per week with restrictions/limitations are necessary and that the claimant be release from work every time a migraine headache be encountered to allow the claimant to rest in a dark room and take analgesic medication. He recommends these restrictions/limitations be in place from 12/27/2017 forward to 8/20/2018.

HLAICSFAR001858

Page - 5  Claimant Name: SABRINA FRANKLIN Claim Number: 9005107566

2/12/2019, 5/14/2019, 8/23/2019- Follow-up William Holder, NP/Dr. Macfarland for migraine/pituitary adenoma. Examination unremarkable with no focal neurological deficits. Plan is to continue current medications as prescribed.

5/13/2019, 8/13/2019, 10/15/2019- Follow-up Dr. Kahan for left shoulder pain. Examination reveals palpable left periscapular tenderness/spasm. No focal neurological deficits. Plan is to continue current medications as prescribed.

7/24/2019- APS by Dr. Kahan who determines the claimant can return to work in a "Light" work capacity.

9/25/2019- Follow-up evaluation by Dr. Insel for pituitary apoplexy. Examination unremarkable with no focal neurological deficits. Plan is to continue current medications as prescribed.

9/27/2019, 12/12/2019- Follow-up Dr. Macfarland for migraine/pituitary adenoma. AP notes that claimant had sustained a concussion while traveling to Hawaii. Documented as being 11 weeks pregnant. Examination unremarkable with no focal neurological deficits. Plan is to continue taking salt tablets and continue with compression socks.

10/15/2019- CT of the brain interpreted to be normal.

11/22/2019, 12/20/2019, 1/22/2020- OB-GYN follow-up visits with Dr. Schneider.

1/17/2020- Initial surgical visit with Dr. Roader for fibroadenoma of the breast. Ultrasound of the breast is ordered.

1/22/2020- Ultrasound of left breast reveals no evidence of malignancy. 9mm fibroadenoma in left breast appears benign.

1/29/2020, 3/17/2020, 7/2/2020- Follow-up Dr. Kahan for pain management. Examination unremarkable with no focal neurological deficits. Plan is to continue current medications as prescribed.

1/30/2020- APS by Dr. Kahan who determines the claimant can return to work in a "Light" work capacity.

2/16/2020, 3/13/2020- Follow-up Dr. Macfarland for migraine/pituitary adenoma. Examination unremarkable. Plan is to continue monitoring with MRI as needed.

3/25/2020- Video evaluation by Dr. Insel for hyperprolactinemia/MEN. Examination deferred due to video visit. Plan is for labwork.

3/27/2020- MRI of the head reveals area of abnormal signal consistent with hemorrhage in the posterior pituitary gland as described.

HLAICSFAR001859

Page - 6  Claimant Name: SABRINA FRANKLIN Claim Number: 9005107566

6/11/2020- Operative report by Dr. Chen detailing low-transverse cesarean section.

7/16/2020- MRI of the pituitary reveals decrease in size of previous abnormality of posterior pituitary gland.  In retrospect, the presence of last lesion was most likely related to transient enlargement of the neurohypophysis secondary to pregnancy rather than subacute hemorrhage.

7/16/2020, 9/29/2020, 10/7/2020- Follow-up Dr. Kahan for right ear pain/left shoulder pain. Examination reveals bilateral nasal drainage.  Mild palpable tenderness of left shoulder and pain with rotator cuff testing.  No focal neurological deficits.  Plan is to prescribe fluticasone and provide home stretching exercises.

8/28/2020- APS by Dr. Kahan who determines the claimant can return to work in a "Light" work capacity.

9/30/2020- Video evaluation by Dr. Insel for hyperprolactinemia/MEN.  Examination deferred due to video visit.  Plan is for labwork.

1/28/2021- APS by Dr. Kahan who determines the claimant is precluded from performing light level work on a full time basis.

**QUESTION**

**1. Please clarify whether there are any medical conditions that would require restrictions and limitations from a physical standpoint. If there are medical conditions that require restrictions and limitations from a physical standpoint, please clarify the condition(s).**

Based on the documentation provided, the claimant would have been deemed temporarily and totally disabled for two weeks following each of her hepatic embolization procedures to allow for healing/recovery (12/8/2016 - 12/22/2016, and from 3/16/2017 - 3/30/2017).

Other than these two periods of time, I opine the claimant does not have any degree of physical impairment that is supported by the available medical evidence.  There is no diagnostic data that would substantiate any level of physical incapacity, nor the medical necessity for functional restrictions/limitations in the workplace.  While it is evident this claimant has been diagnosed/treated for several chronic medical conditions such as: Fibromyalgia, hepatic adenoma, migraine, and hyperprolactinemia, the physically debilitating effects of these diagnoses has not been objectively established.

Clinical examinations with several providers has not documented any focal neurological deficits that would impede physical activity.  Furthermore, diagnostic testing has not demonstrated any degree of neural impingement or other pathology that would interfere with physical functioning.

For example, it was clarified through repeated MRI exams of the claimant's pituitary gland, that she in fact did not have subacute hemorrhage of the pituitary gland, but did have transient enlargement of the neurohypophysis secondary to pregnancy.

HLAICSFAR001860

Page - 7  Claimant Name: SABRINA FRANKLIN Claim Number: 9005107566

Furthermore, the claimant's overall functional status has never wavered due to her diagnosed chronic medical conditions. Medical documentation reflects the claimant's ability to attend all scheduled physician appointments without difficulty as well as returning to part-time work. In addition, there is documentation of an interaction with Dr. Macfarland on 12/12/2019 in which the claimant was noted to be capable of long-distance travel to Hawaii from Arizona, despite her chronic medical conditions/varied symptomatology.

More so, during the time period under review, the claimant has sustained the physical aptitude to successfully conceive, carry, and deliver two full-term pregnancies, despite her chronic medical conditions. Beyond this, the claimant was physically and functionally capable for caring for two young children-again, despite her diagnosed chronic medical conditions.

In all, I find that the objective evidence does not support any degree of physical impairment that would translate into medically necessary restrictions/limitations.

***Please note, I defer any determination of impairment or disability regarding the claimant's OB-GYN related conditions (i.e.-conditions related to pregnancy) to the appropriate medical specialty, as this is outside my area of expertise.

**2. If there are medical conditions that require restrictions and limitations from a physical standpoint, describe the restrictions and limitations that would be needed.**

N/A; I find that the objective evidence does not support any degree of physical impairment that would translate into medically necessary restrictions/limitations.

***Please note, I defer any determination of impairment or disability regarding the claimant's OB-GYN related conditions (i.e.-conditions related to pregnancy) to the appropriate medical specialty, as this is outside my area of expertise.

**3. If applicable, please provide the expected duration of any restrictions.**

N/A; I find that the objective evidence does not support any degree of physical impairment that would translate into medically necessary restrictions/limitations.

***Please note, I defer any determination of impairment or disability regarding the claimant's OB-GYN related conditions (i.e.-conditions related to pregnancy) to the appropriate medical specialty, as this is outside my area of expertise.

**4. Within the restrictions and limitations designated above, are there any limitations in the number of hours per day and days per week the claimant is capable of working? If so, please explain any limitations and provide the hours per day and days per week the claimant is capable of.**

Page - 8  Claimant Name: SABRINA FRANKLIN Claim Number: 9005107566

Based on the documentation provided, I find no objective evidence to support the need to limit or restrict the number of hours per day or days per week the claimant is capable of working.

***Please note, I defer any determination of impairment or disability regarding the claimant's OB-GYN related conditions (i.e.-conditions related to pregnancy) to the appropriate medical specialty, as this is outside my area of expertise.

**5. Please provide your rationale for any restrictions that may be needed or rationale if your opinion is that restrictions are not needed.**

Please see my response to question #1.

**6.  What is the expected prognosis for any impairing conditions?**

N/A; I find that the objective evidence does not support any degree of physical impairment that would

**RATIONALE**

Please refer to the above clinical summary for the synopsis of the provided medical records, AP's opinion regarding the claimant's functionality as well as my determination of how the objective medical evidence correlates to impairments in the claimant's functioning.

**REFERENCE (S):**

No references were used during the preparation of this report.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility.  I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case.  I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Page - 9  Claimant Name: SABRINA FRANKLIN Claim Number: 9005107566

Lucien J. Parrillo, MD, MPH, FIPP
Board Certified: American Board of Internal Medicine; Sports Medicine
Board Certified: American Board of Preventive Medicine; Occupational Medicine
Certified Medical Review Officer(MRO)
CT Chapter of American Society of Addiction Medicine
American College of Sports Medicine
CSMS Committee on Addiction Medicine, CSMS Committee on Workers Compensation, CSMS
Committee on the Medical Aspects of Sports
American Society of Interventional Pain Physicians
American Academy of Pain Medicine, Connecticut Pain Society
American Medical Society for Sports Medicine
American College of Occupational & Environmental Medicine

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not
dependent on the specific outcome of this review.  All opinions in this report are solely the opinions of the author.
All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of
medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

# Exhibit 3

## Advisory Report #2 – Second Reviewer Rajendra Marwah, MD, RH

**Summary of Treatment/Case History:**
The claimant is a 34-year old female. The claimant was diagnosed with fibromyalgia syndrome (FMS), migraines, and pituitary adenoma.

From 01/08/16 through 12/14/18, the claimant was seen by David Kahan, D.O., (Family Practice), Diana Fernandez, M.D. (Neurology) Christina Rosengren, PA-C (Physician Assistant), William Holder, NP (Neurology). The claimant complained of radiating, burning, throbbing, constant bilateral lower back, bilateral neck, bilateral arm, bilateral upper back, bilateral middle back and bilateral leg pain, as well as pain of the proximal interphalangeal joint of the fifth finger on the right hand intermittently, some discomfort on the left side of her rib, intermittent dizziness, and numbness in both hands. The diagnoses were chronic pain syndrome, fibromyalgia, arthralgia, cervical dystonia (spasmodic torticollis), somatic dysfunction, occipital neuralgia. Treatment included diclofenac topical 2 gm, Oxycodone 5 mg, osteopathic manipulation, and chiropractic care. An ultrasound of the right lower extremity was performed on 12/09/16.

On 01/15/19, the claimant was seen by Dr. Kahan for shoulder pain and some dizziness. The pain was predominantly in the left posterior shoulder/upper trapezius area and she had this for a long time. Usually osteopathic manipulation would help for about a month. She was also doing physical therapy but was not really getting long-term relief. She had a lot of pain and spasm in the area, and the spasms were random but daily, and it waxed and waned in intensity. Additionally, she was getting some frequent episodes of lightheadedness. There was a mentioned history of fibromyalgia. The physical examination revealed no joint swelling, but there was spasm of the left upper trapezius muscle with tenderness present. The assessment was left shoulder pain and dizziness. The treatment plan included a prescription for tizanidine 4 mg, and follow-up.

On 02/12/19, the claimant was seen by Mr. Holder for complaints of stabbing headaches, and an increase in fibromyalgia flare ups. The physical examination was unremarkable. The assessment included cervical dystonia, and occipital neuralgia. The treatment plan included a prescription for Xeomin and physical therapy.

The claimant was seen on 05/13/19, by Dr. Kahan for a follow-up regarding left shoulder and neck pain, increased stress and some left upper back pain. She was getting good relief from her medications so also wanted a renewal. The physical examination revealed palpable left sided periscapular tenderness and spasm. The assessment included fibromyalgia. The treatment plan included stretching, heat, acupuncture several times a day for the muscle spasms in her upper back, and prescription for clonazepam 0.5 mg, and oxycodone 5 mg.

Per Attending Physician's Statement dated 07/24/19, Dr. Kahan documented the claimant was suffering from fibromyalgia, migraines and pituitary adenoma. She complained of diffuse pain, headaches, dizziness, and episodes of blindness. Current treatments included Fioricet, Zofran, and oxycodone 5 mg. She was unable to climb or balance, able to occasionally (up to 2.5 hours) bend at waist and knee/crouch, lift no more than 15 pounds, do fine or gross manipulation, or reach above shoulder. She was able to frequently (2.5 to 5.5 hours) reach below shoulder at desk or workbench level. Sitting, standing or walking were able to be done

14

intermittently with standard breaks. The duration of her limitations was indefinite.

On 08/13/19, the claimant was seen by Dr. Kahan for right and left shoulder, and upper back discomfort. Reportedly, it hurt when she turned her head from side to side, and she also would get some numbness down her arms, usually to her third, fourth and fifth fingers. She was having more pain during the week. She had some increased stress at work lately. Pain medications were being taken sparingly and a refill was requested since they gave good relief and no side effects or loss of function. The physical examination revealed slight decrease in range of motion bilaterally when the cervical spine was rotated to the left C5 and C6. The assessment included cervical neuralgia, cervical somatic dysfunction and fibromyalgia. The treatment plan included stretching, heat, osteopathic manipulation, and follow-up.

On 08/20/19, the claimant was seen by Dr. Kahan regarding back pain, intermittent epigastric type abdominal pain and some radiation to the right mid back area. Overall, her symptoms were better. The physical examination revealed mild epigastric tenderness to palpation. The assessment was back pain and abdominal pain. The treatment plan included warm compress and stretching.

Laboratory results were documented on 08/20/19 and 09/25/19.

Dr. Kahan attended the claimant on 01/29/20 at a follow-up. The claimant was doing exercises and had a good diet and was getting good relief from pain medications. The physical examination was unremarkable. The assessment was fibromyalgia. The plan was to follow-up.

Per Attending Physician's Statement dated 01/30/20, Dr. Kahan documented the claimant was suffering from fibromyalgia, migraines, and adenoma. She complained of pain, headaches, dizziness and intrauterine pregnancy. The current treatment consisted of oxycodone 5 mg, Fioricet, and Zofran 4 mg. She was able to sit, stand or walk intermittently with breaks. She was unable to climb or balance. She was able to occasionally (up to 2.5 hours) bend at waist, kneel/crouch, lift no more than 15 pounds, do fine or gross manipulation and reach above shoulder level. She was able to reach below shoulder at desk or workbench level frequently (2.5 to 5.5 hours). The duration of her restrictions and/or limitations was indefinite.

On 03/17/20, the claimant was seen by Dr. Kahan for pain management follow-up and medication review. She was getting good relief from the pain medication and had no side effects and no loss of function. She was also doing exercises and had a good diet. She stated she was seeing a neurologist and was 24 weeks pregnant. The physical examination was unremarkable. The assessment included fibromyalgia. The treatment plan included taking oxycodone 5 mg and follow-up.

On 03/25/20, the claimant was seen by Jonathan Insel, M.D., (Internal Medicine and Endocrinology) for multiple issues including chronic fibromyalgia involving the pelvic, back, and legs. The assessment included fibromyalgia, hyperprolactinemia, hepatic adenoma, transient visual disturbance, bilateral and syncopal episodes. The treatment plan included to follow-up with neurology.

On 07/16/20, the claimant was seen by Dr. Kahan for fibromyalgia. She was down two or three doses of hydromorphone a day and wanted to transition back to oxycodone. The physical examination was unremarkable. The assessment was fibromyalgia. The treatment plan included transitioning to oxycodone from hydromorphone.

15

HLAICSFAR001908

Per Attending Physician's Statement dated 08/28/20, Dr. Kahan documented the claimant was suffering from fibromyalgia, migraines and pituitary adenoma. She complained of pain, headaches and dizziness. Current treatment included oxycodone 5 mg, Fioricet and Zofran 4 mg. She was able to sit, stand or walk intermittently with standard breaks. She was unable to climb or balance. She was able to occasionally (up to 2.5 hours) bend at waist and kneel/crouch, lift no more than 15 pounds, do fine or gross manipulation, and reach above shoulder. She was able to frequently (from 2.5 to 5.5 hours) reach below at desk or workbench level. The duration of her restrictions or limitations were indefinite.

The claimant was seen on 09/29/20 by Dr. Kahan and reported increased pain due to her fibromyalgia. The physical examination was unremarkable. The assessment was fibromyalgia. The treatment plan gentle stretching, and follow-up.

The claimant was seen on 10/07/20 by Dr. Kahan for left shoulder pain for about a month. It had gotten better a few weeks ago but it got worse. The physical examination revealed some mild palpable tenderness which was diffuse, as well as pain with rotator cuff testing. The assessment included left shoulder pain. The treatment plan included stretching exercises and heat.

On 01/28/21, Dr. Kahan documented that the claimant was precluded from performing light level work on a full-time basis due to fibromyalgia pain and intermittent vision loss. Fibromyalgia had very few If any objective findings other than hypersensitivity of pain receptors, which she did have. Her current treatment consisted of pain medication and a home exercise program. Her prognosis for returning to work was poor to fair.

On 02/16/21, Dr. Kahan documented the claimant had fibromyalgia which in general had no objective findings and caused severe unpredictable pain, fatigue, and could affect cognition as well. She had frequent flare-ups which were unpredictable.

The claimant was also seen and was treated for the diagnoses of pituitary adenoma, intractable migraine with aura, near syncope, nausea, hemorrhage of the pituitary gland, intrauterine pregnancy on 02/12/19 and 01/29/20.

**AP CALLS:**

1. David Kahan DO was called on 03/10/21 at 2:15 PM MST. I spoke with him for 6 minutes. He asserted that while the claimant had an entirely normal physical examination (PE), she was prone to multiple flares and stressors and would have good days and bad days and simply not able to work on a consistent basis. I pointed out the current standard of care in managing fibromyalgia but Dr. Kahan responded that the claimant needed long term narcotic therapy and had multiple co-morbidities. He did not elaborate.

2. Felesia Macfarlland MD, neurologist, was called on 03/10/21 at the number provided (520-694-8888) and I was kept on hold for 6 minutes and then the call center receptionist advised me to call her at telephone number 1-888-698-2727. This number was called and after 6 minutes on hold, the line got disconnected.

I tried to call this physician again at these numbers on 03/11/21 at 2:20 PM MST and again after 6 minutes

16

of hold, the receptionist told me that the physician could not be reached.

I then had a call from this receptionist at 6:30 PM MST on 03/11/21 and was informed that the physician was on long term leave.

3. Jonathan Insel MD was called on 03/10/21 at 2:00 PM MST and after 7 minutes of hold, the receptionist told me that Dr. Insel was not available to speak with me.

I called him again on 03/11/21 at 11:00 AM MST and after 5 minutes of hold, the receptionist informed me that Dr. Insel would charge me and the claimant for the time he spoke with me. The phone call ended.


AP QUESTIONS:

1. Could you please confirm that this claimant had an entirely normal neurological and mental status examination and normal brain imaging studies?
2. From your perspective, does this claimant have any abnormal physical examination findings, laboratory test results or imaging study findings to pose an impediment to her work performance?
3. Could this claimant work full time? Are any restrictions or limitations warranted?
4. What is this claimant's prognosis from a neurological perspective?

**Diagnosis:** FMS, Migraines, Pituitary Adenoma

**Explanation of Findings:**

**1. Please provide your assessment of restrictions and limitations beyond 02/17/21**
**present. Please consider self-reported symptoms including pain, dizziness, vision issues and headaches,**
**any cognitive issues or loss of consciousness/mental confusion, any medication side effects, and the**
**cumulative effect of these.**

The claimant has been under the care of David Kahan DO, primary care physician, pain management specialists, and consultants in neurology, endocrinology, obstetrician/gynecology (OB-GYN), gastroenterology (GI)/hepatology and ophthalmology. She has had extensive evaluations done at the Mayo Clinic, Arizona. She has had multiple diagnostic labels including fibromyalgia, complex migraine headaches since 2007, cervical dystonia/torticollis, occipital neuralgia, somatic dysfunction, pelvic pain related to endometriosis, gastroparesis, hepatic adenomas, hyperprolactinemia, pituitary adenoma and hemorrhage, multiple endocrine neoplasia (MEN type I). She underwent parathyroidectomy for parathyroid adenoma/hyperthyroidism in the past. She had a complicated pregnancy and delivered on 02/07/18 (by Caesarian section (CS). She was under the care of Jennifer Hutchinson MD (OB) who opined that she was not able to work from 02/07/18 through 08/27/18. The claimant desired to resume work as pharmacist on 08/27/18 but work 2 days per week, 10 hours per day. She had multiple somatic symptoms including transient vision loss and diffuse body pains affecting her neck, back, shoulders and hips. Dr. Kahan, primary care physician (PCP) has been treating this claimant for over 10 years. The drug regimen has included: Hydrocodone, Percocet, Oxycodone, Zofran. She apparently did not respond to Elavil, Pamelor, Gabapentin, Cymbalta. There is no documentation of trial with Lyrica. The Mayo clinic has extensively evaluated her episodes of loss of vision, pituitary adenoma, and hemorrhage. She has had normal electrocardiogram

17

HLAICSFAR001910

(EKG), electroencephalogram (EEG), tilt table testing, and autonomic reflex testing. She had embolization procedures performed for her hepatic adenomas. An MRA of the head on 02/19/18 was reported normal. A CT scan of head reported normal on 10/15/19. The pituitary adenoma has been stable for several years. Pituitary hemorrhage also has stabilized and notably, she has entirely normal visual fields and acuity. Neurology NP, William Holder, has asserted that she does not have any focal neurological deficits and has a normal mental status examination on several visits. Pain management NP, Christina Rosengren, on 11/28/19 documented a normal neurological and musculoskeletal physical examination and advised continuation of narcotic therapy as per David Kahan DO. She indicated that occipital nerve blocks had not provided much benefit. Endocrine evaluation by Jonathan Insel MD on 03/25/20 indicated that her hyperprolactinemia was related to her pregnancy. There is no documentation of any rheumatology consultation, aquatic therapy, cognitive behavioral therapy (CBT). Dr. Kahan has consistently placed work restrictions for this claimant on 07/24/19, 01/30/20, and 08/28/20. On 01/28/21, Dr.Kahan opined that the claimant was not able to perform light duties on a full time basis due to her fibromyalgia and intermittent vision loss.

Upon careful scrutiny of the entire medical documentation submitted for review and summarized above for your perusal, it is abundantly clear that this claimant has fibromyalgia (FMS) as the primary diagnosis. She should be able to work full time, 8 hours a day, 40 hours a week and no R/Ls are warranted. The standard of care is to keep claimants with FMS as active as possible. It has clearly been shown that keeping FMS patients at rest and at home is counterproductive and counterintuitive. Narcotic therapy should not be used to treat FMS patients. It is unfortunate that this claimant has not been offered any U.S. Food and Drug Administration (FDA) approved drug therapy (e.g. Lyrica, Savella). Again, she has not been offered any standard non-drug therapies eg, aquatic therapy, CBT, yoga or meditation. The claimant is currently deconditioned and has had ongoing problems with sleep and multiple stressors. The bottom line is that she should be able to work full time without any R/Ls from 02/17/21 to present.

After review of the submitted documentation, it is clear that there is no evidence of any cognitive issues which could warrant R/Ls.

**2. Based on the medical evidence and symptomology provided, will the conditions cause episodic flare-ups periodically impacting ability to perform work activities? Yes_____ No_____\*\* If yes, describe specific activities that are impacted, how these activities are impacted and severity of impact.**

Yes. Fibromyalgia claimants can experience flares, but with appropriate management as outlined above, flares become less frequent, less severe, and easily manageable and should not impact on work performance.

**3. If periodic flare-ups will impact function, is it medically necessary for Ms. Franklin to be absent from working during the flare-ups? Yes_____ No_____ Please explain in detail: \*\*If yes to the above question, based on upon the medical history and your knowledge of the medical condition, estimate the Frequency of flare-ups and the duration of related absence. (For Example: 1 episode every month lasting 24 hours). Frequency: _____ times per _____week or _____month Duration: _____ hours per episode**

With proper management and follow up as outlined above, I expect this claimant not to have more than 1 flare a month, lasting 24 hours and necessitating work absence.

18

**4. Please advise if Ms. Franklin's abilities are sustainable 10 hours per day/3 days per week, or for what specific period and interval. If limited endurance is a factor, please explain what findings support this.**

I would advise that the claimant is able to perform to work 10 hours a day/3 days a week on a long term basis. There is no evidence of limited endurance.

**5. Please explain the medical rationale for your opinion. Please comment on the attending physician's opinion of Ms. Franklin's functionality and discuss any differences with your opinion.**

See rationale above.

David Kahan DO was called on 03/10/21 at 2:15 PM MST. I spoke with him for 6 minutes. He asserted that while the claimant had an entirely normal physical examination (PE), she was prone to multiple flares and stressors and would have good days and bad days and simply not able to work on a consistent basis. I pointed out the current standard of care in managing fibromyalgia but Dr. Kahan responded that the claimant needed long term narcotic therapy and had multiple co-morbidities. He did not elaborate.

I entirely disagree with David Kahan DO's work restrictions and limitations dated 08/28/20 and 01/28/21 and his overall management of this case. This PCP has stated on multiple occasions that the claimant's physical examination is entirely normal but opted to treat her with prolonged narcotic therapy. Please refer to the APS signed by this physician as documented above.

**Conclusion:**
Clear and concise decision to state that the claimant has the primary diagnosis of fibromyalgia. This disease entity and the co-morbidities listed above should not pose any impediment to her work performance. This claimant should be able to work full time: 8 hours a day, 40 hours a week and no R/Ls are warranted from 02/17/21 to present.

**Reviewer Code:** 1770
The physician who provided this review is board certified by the American Board of Internal Medicine in General Internal Medicine and Rheumatology. This reviewer is a fellow of the American College of Physicians and the American College of Rheumatology. This reviewer is a member of the American Medical Association. This reviewer has been in active practice since 1982.

**Conflict of Interest Statement:**
This reviewer hereby certifies that he/she:

- Declares, under penalty of perjury, that the information contained in this report and its attachments, if any, is true and correct to the best of his/her knowledge and belief, except as to information that he/she has indicated was received from others. As to that information, this report accurately describes the information provided to him/her.
- Does not accept compensation for review activities that is dependent in any way on the specific outcome of the case;

- To the best of his/her knowledge, was not involved with the specific episode of care prior to referral of the case for review;
- To the best of his/her knowledge, has not had any prior involvement in the denial/appeal process for the case, regardless of whether the involvement was on behalf of any other peer review vendor;
- Has the scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review; and
- Has current, relevant experience and/or knowledge to render a determination for the case under the review;
- Does not have a material, familial, or financial conflict of interest regarding the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure, or other therapy being recommended for the covered person whose treatment is the subject of the review;
- Was located in a state or territory of the United States when conducting this review

The written opinions conveyed herein represent the opinions of the physician reviewers and clinical advisors who reviewed the case. These case review opinions are provided pursuant to the recipient's request and in good faith, based on the medical records and information submitted to such reviewers for review, the published scientific medical literature, and other relevant information such as that available through federal agencies, institutes and professional associations. The health plan, organization or other party has requested and authorized this case review and clinician advisors have provided this case review pursuant to that request and authorization. Unless otherwise expressly agreed in writing, the health plan, organization or other third party requesting or authorizing this review is responsible for policy interpretation, the final determination made regarding coverage, actual provision of coverage where applicable and/or eligibility for this case, and providing written notice of its determination to the patient/enrollee or their authorized representative and/or their treating provider, which shall include any information required by state and/or federal regulations.


*R. marwah MD*

RAJENDRA MARWAH, MD
Board Certified RHEUMATOLOGY
License #: TX F9106

20

HLAICSFAR001913

## RAJENDRA MARWAH, MD
### *Rheumatology*

Claimant Name: Sabrina Franklin
Claim ID #: 9005107566
ECN #: 170747-1
Date of Loss: 12/27/2017
Case Type: Long Term Disability

---

### ADDENDUM; 7/22/21:

**Records Received:**
Addendum Request Sheet, 07/07/2021
Office Visit Note, 03/30/2021
Fax Cover Sheet, Undated
Request for Records, 04/15/2021
Chart Notes, 03/16/2021
Chart Notes, 01/26/2021
Chart Notes, 11/10/2020
Chart Notes, 09/22/2020
Chart Notes, 07/28/2020
Chart Notes, 05/28/2020
Chart Notes, 03/26/2020
Chart Notes, 01/30/2020

**Summary of Treatment/Case History:**
The claimant is a 34-year old female. The claimant was diagnosed with fibromyalgia syndrome (FMS), migraines, and pituitary adenoma.

She was evaluated by Kyle Estep NP, in the neurology clinic on 03/30/2021 and had an entirely normal neurological and mental status examination. The chart noted dated, 03/16/2021, 11/10/2020, 09/22/2020, 07/28/2020, and 03/26/2020 are mostly illegible due to being handwritten. She takes oxycodone at night for pain relief and was advised to consider Botox injections or CGRP antagonists for migraine relief. Of note, she delivered a healthy baby girl on 06/11/2020 and now has one migraine episode every 4 weeks. Osteopathic notes dated 01/26/2021, 05/28/2020, and 01/30/2020 are handwritten and illegible. All records have been reviewed.

1

HLAICSFAR002018

**Explanation of Findings:**

**1. Please review the additional medical information and advise if it alters your prior opinion stated in your report. Please explain why or why not.**

This based on her profile reported on 03/30/2021 and review of the additional information, my original assessment, conclusions and determination remain unchanged upon review of the additional information furnished. This claimant should be able to work full time and no R/L's are warranted.

This 35-year-old claimant had a plethora of self-reported complaints including migraine headaches, syncopal episodes, visual disturbance. She had had extensive evaluation at the Mayo Clinic and detailed cardiac evaluation with negative testing on tilt table, imaging studies and normal EEG. The claimant delivered a healthy baby girl on 06/11/2020 and had 1 migraine headache every 4 weeks. She had continued to take oxycodone at night for (fibromyalgia) pain relief. The claimant was evaluated at the neurology clinic by Kyle Estep NP on 03/30/2021. The neurological and mental status examination were entirely normal. There were no abnormal neurological deficits and no abnormal musculoskeletal examination findings were documented. The NP recommended a trial of Botox injections or CGRP antagonists for better migraine control but did not recommend that the claimant should stay off work.

There is a clear and concise decision to state that the claimant's need for restrictions cannot be supported for the time period in question with the documentation provided. This claimant should be able to work full time, 8 hours a day and 40 hours a week and no R/L's are warranted. The claimant could also work 3 days a week, 10 hours a day and no R/L's are required.

**2. You were previously asked to specifically comment as to whether the claimant would be able to consistently/reliably perform a work schedule of 3 (10) hour days. Though you opined on a total number of hours the claimant could work per week, could you also make comment as to the noted work schedule of 3 (10) hour days.**

Yes. This claimant should have the capacity to work at least 3 days a week, 10 hours a day and no R/Ls are warranted.

---

**Reviewer Code:** 1770

The physician who provided this review is board certified by the American Board of Internal Medicine in General Internal Medicine and Rheumatology. This reviewer is a fellow of the American College of Physicians and the American College of Rheumatology. This reviewer is a member of the American Medical Association. This reviewer has been in active practice since 1982.

**Conflict of Interest Statement:**

This reviewer hereby certifies that he/she:

- Declares, under penalty of perjury, that the information contained in this report and its attachments, if any, is true and correct to the best of his/her knowledge and belief, except as to

2

HLAICSFAR002019

information that he/she has indicated was received from others. As to that information, this report accurately describes the information provided to him/her.
- Does not accept compensation for review activities that is dependent in any way on the specific outcome of the case;
- To the best of his/her knowledge, was not involved with the specific episode of care prior to referral of the case for review;
- To the best of his/her knowledge, has not had any prior involvement in the denial/appeal process for the case, regardless of whether the involvement was on behalf of any other peer review vendor;
- Has the scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review; and
- Has current, relevant experience and/or knowledge to render a determination for the case under the review;
- Does not have a material, familial, or financial conflict of interest regarding the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure, or other therapy being recommended for the covered person whose treatment is the subject of the review;
- Was located in a state or territory of the United States when conducting this review

The written opinions conveyed herein represent the opinions of the physician reviewers and clinical advisors who reviewed the case. These case review opinions are provided pursuant to the recipient's request and in good faith, based on the medical records and information submitted to such reviewers for review, the published scientific medical literature, and other relevant information such as that available through federal agencies, institutes and professional associations. The health plan, organization or other party has requested and authorized this case review and clinician advisors have provided this case review pursuant to that request and authorization.  Unless otherwise expressly agreed in writing, the health plan, organization or other third party requesting or authorizing this review is responsible for policy interpretation, the final determination made regarding coverage, actual provision of coverage where applicable and/or eligibility for this case, and providing written notice of its determination to the patient/enrollee or their authorized representative and/or their treating provider, which shall include any information required by state and/or federal regulations.

*R. Marwah MD*

RAJENDRA MARWAH, MD
Board Certified RHEUMATOLOGY
License #: TX F9106

3

HLAICSFAR002020

# Exhibit 4

**Advisory Report #3 – Third Reviewer David Hoenig, MD, Neuro/Pain**

## CLINICAL SUMMARY:

On 11/21/2017, the claimant has an MRI of the head.  There is a subacute hemorrhage of the pituitary gland.

On 02/19/2018, the claimant has an MRA of the head; it is negative.

On 02/19/2018, the claimant has an MRI of the pituitary.  There has been significant improvement in the hemorrhagic products within the pituitary gland.  No new hemorrhage.

On 10/15/2019, the claimant has a CT scan of the head; it is negative.

On 12/12/2019, the claimant sees Dr. McFarland.  She is there for neurological follow-up.  She had a concussion on 10/1/2019.  She stood up and hit her head on a wall light with no loss of consciousness.  She is working 2 days a week and is on part-time disability.  She is pregnant.  Neurological examination shows normal mentation.  No papilledema.  Cranial nerves are normal.  There is mild increased tone.  Light touch is symmetrical.  Coordination is normal.  There is increased tone in the trapezius.  Ambulation is normal.  Tandem gait is normal.

On 03/13/2020, the claimant sees Dr. McFarland.  She has a history of migraines, orthostasis, and pituitary adenoma.  She presents for follow-up.  She continues to have episodic loss of vision that lasts for a few seconds and is described as the vision going black.  These episodes are associated with clamminess, feeling hot, nauseous, and lightheadedness.  On exam, there was normal mentation.  No papilledema.  Cranial nerves are normal.  There is mild increased tone.  Light touch is symmetrical.  Coordination is normal.  No drift.  Ambulation is normal.  Tandem gait is normal.  On assessment since she is not having prolonged neurological deficit, the doctor does not think there is an immediate need for MRI since she is 24 weeks pregnant.  We will image her in 2 weeks or sooner if symptoms progress or she gets new symptoms.

On 03/27/2020, the claimant has an MRI of the brain.  There is an abnormal signal consistent with hemorrhage in the pituitary gland.  This was present on the previous exam from 11/2017.  The abnormality was not present on follow-up from 06/2018.  The overall size of the gland is slightly increased compared to the prior exam.  This is also similar to the 2017 exam which may be related to the patient being pregnant.  It does not appear that there was significant compression of the optic chiasm.

On 06/16/2020, the claimant had an MRI of the pituitary gland.  There is decrease in size and previously demonstrated abnormal signal since 03/2020.  In retrospect, the lesion in 03/2020 and 11/2017 was most likely related to transient enlargement of the pituitary gland secondary to pregnancy rather than subacute hemorrhage.

On 10/07/2020, the claimant sees Dr. Kahan.  She is there for right ear pain and  left shoulder pain.

On 01/28/2021, Dr. Kahan answers questions.  The claimant is precluded from light-level work on a full-time basis.  There is fibromyalgia pain with intermittent vision loss.  There is also migraine headache.

## ATTENDING PHYSICIAN CONTACTS:

Dr. David Kahan:

On 03/04/2021 at 2:05 p.m. Pacific time, I spoke to the receptionist.  The doctor is not available and I was transferred to voicemail.  I left a message for the doctor to call me back regarding the claimant.

HLAICSFAR001914

On 03/05/2021 at 7:46 a.m. Pacific time, I spoke to the receptionist. The doctor was not available, and I was transferred to voicemail. I left a message for the doctor to call me back regarding the claimant.

Dr. Jonathan Insel:

On 03/05/2021 at 7:41 a.m. Pacific time, I spoke to Claire. She spoke to me on behalf of the doctor. The doctor is an endocrinologist. He would defer neurological and pain management aspects of impairment to neurology and pain management.

Dr. Felesia McFarland:

On 03/04/2021 at 2:15 p.m. Pacific time, I spoke to Erica. She states that the doctor is on a leave of absence, and it is not known when the doctor will return.

AP QUESTIONS:

When was the claimant last seen?
How often is the claimant seen?
What are the findings on exam?
Are there any significantly abnormal diagnostic studies?
Are there any restrictions and limitations?
If so, what are they, and why?
Are there any mental health comorbidities?

**Diagnosis:** FMS, Migraines, Pituitary Adenoma

**RESPONSE TO QUESTIONS:**

1. **Please provide your assessment of restrictions and limitations beyond 02.17.2021 to present. Please consider self-reported symptoms including pain, dizziness, vision issues and headaches, any cognitive issues or loss of consciousness/mental confusion, any medication side effects, and the cumulative effect of these.**

   Based on the documentation provided and from a neurological and pain medicine perspective only, the claimant does not have any restrictions and limitations beyond 02/17/2021 to the present.

2. **Based on the medical evidence and symptomology provided, will the conditions cause episodic flare-ups periodically impacting ability to perform work activities? Yes_____ No_____**
   **** If yes, describe specific activities that are impacted, how these activities are impacted and severity of impact.**

   Based on the documentation provided and from a neurological perspective only, there is documentation that the claimant has migraine headaches. However, no documentation that this is causing episodic flare-ups impacting the ability to perform work activities as of 02/17/2021 to the present. The last clinical note from Neurology is from 03/2020. Therefore, it is not clear without updated neurological records whether there are any episodic flare-ups resulting in an impact in the ability to perform work activities for the dates in question.

22

HLAICSFAR001915

3. **If periodic flare-ups will impact function, is it medically necessary for Ms. Franklin to be absent from working during the flare-ups? Yes_____ No_____ Please explain in detail: \*\*If yes to the above question, based on upon the medical history and your knowledge of the medical condition, estimate the Frequency of flare-ups and the duration of related absence. (For Example: 1 episode every month lasting 24 hours). Frequency:____ times per _____week or _____month Duration: _____ hours per episode**

   Not applicable as periodic flare-ups are not supported.

4. **Please advise if Ms. Franklin's abilities are sustainable 10 hours per day/3 days per week, or for what specific period and interval. If limited endurance is a factor, please explain what findings support this.**

   The claimant has the ability for sustain 10 hours per day/3 days per week.

5. **Please explain the medical rationale for your opinion. Please comment on the attending physician's opinion of Ms. Franklin's functionality and discuss any differences with your opinion.**

   Based on the documentation provided and from a neurological and pain medicine perspective only, the claimant does not have any restrictions and limitations beyond 02/17/2021 to the present. It is acknowledged that the claimant has headaches. However, there is no documentation of a updated detailed history & physical examination from Neurology for the dates in question submitted for review. The last clinical note from Neurology is from 03/2020. MRI of the brain shows a pituitary adenoma which is possibly secondary to pregnancy. There is no documentation of any updated neurological diagnostic studies for review. It would be reasonable that if the claimant has a headache that requires acute care than she would not be able to work that particular day, otherwise there are no specific restrictions and limitations pertaining to migraine headaches. It is acknowledged that the claimant has a diagnosis of fibromyalgia. The last clinical note submitted for review is from 10/2020. There is no documentation of a detailed history & physical examination by Pain Management submitted for review. There was no documentation of any significantly abnormal musculoskeletal pathology pertaining to fibromyalgia submitted for review. As such, there are no clear restrictions and limitations related to fibromyalgia. Aspects pertaining to pituitary adenoma would be deferred to Endocrinology. There is no documentation of any specific impairment in functionality by Neurology submitted for review for the dates in question. I disagree with the primary care provider that the claimant is precluded from light-level work on a full-time basis, for the reasons stated above.

   _____
   David B. Hoenig, M.D.
   Diplomate, American Board of Psychiatry and Neurology, Pain Medicine
   Diplomate, American Board of Psychiatry and Neurology, Brain Injury Medicine
   California License #82847
   DBH/ab

   23

# David B. Hoenig, M.D.
## Neurology/Pain Management

---

| | |
|---|---|
| **CLAIMANT NAME:** | **Sabrina Franklin** |
| **EXAMINER:** | **David B. Hoenig, M.D.** |
| **ECN #:** | **170747-6** |
| **CLAIM #:** | **9005107566** |
| **DATE OF INJURY:** | **12/27/2017** |

**ADDENDUM; 7/22/21:**

**CLINICAL SUMMARY:**

On 03/30/2021, the claimant sees Kyle Estep, NP. She is there for migraines. She was last seen by Dr. McFarland in 03/2020. She has a history of pituitary adenoma, previous concerns for hemorrhage. However, the last radiologist suggested signal abnormalities in the pituitary gland relate to transient conditions during pregnancy.

She has a history of migraines. She has seen several neurologists and other specialists due to symptoms but has had trouble finding the exact etiology of the symptoms. There were visual changes in syncope. Symptoms can come at random. Migraines have increased since giving birth. Migraines are once a week. She will have headaches throughout the week. She has syncopal episodes, 1 or 2 episodes per week. She had EEG cardiac workup and autonomic workup with no abnormal findings. She had normal tilt table test. She saw Ophthalmology, who found no abnormalities. She has a history of fibromyalgia. Neurological examination shows normal mentation and speech. Cranial nerves are normal. Motor examination is normal. Reflexes are normal. Sensation is normal. Coordination is normal. Ambulation is normal. Plan is for medication.

On 03/16/2021, the claimant sees a provider whose name I cannot read. It is an osteopathic provider.

On 01/26/2021, the claimant sees a provider whose name I cannot read. It is an osteopathic provider.

On 11/10/2020, the claimant sees a provider whose name I cannot read. It is an osteopathic provider.

On 09/22/2020, the claimant sees a provider whose name I cannot read. It is an osteopathic provider.

On 07/28/2020, the claimant sees a provider whose name I cannot read. It is an osteopathic provider.

On 05/28/2020, the claimant sees a provider whose name I cannot read. It is an osteopathic provider.

RE: Sabrina Franklin
Page 2

On 03/26/2020, the claimant sees a provider whose name I cannot read. It is an osteopathic provider.

On 01/30/2020, the claimant sees a provider whose name I cannot read. It is an osteopathic provider.


**RESPONSE TO QUESTIONS:**

**1. Please review the additional medical information and advise if it alters your prior opinion stated in your report. Please explain why or why not.**

Based on the additional documentation provided and from a neurological and pain medicine perspective only, the claimant still does not have any restrictions and limitations beyond 02/17/2021 to the present. It is still acknowledged the claimant has headaches. However, there is no documentation of any particular specific physical impairment as it would relate to headaches. There are no neurological deficits on exam. There is no documentation of any significantly abnormal updated neurological diagnostic studies submitted for review. There is documentation that the last radiologist suggested signal abnormalities in the pituitary gland relate to transient conditions during pregnancy, not hemorrhage. There is no documentation of a detailed history and physical examination by Pain Management submitted for review. It would still be reasonable that if the claimant has a headache that requires acute care that she would not be able to work that particular day. Otherwise, there are no specific physical restrictions and/or limitations.

**2. You were previously asked to specifically comment as to whether the claimant would be able to consistently/reliably perform a work schedule of 3 (10) hour days. Though you opined on a total number of hours the claimant could work per week, could you also make comment as to the noted work schedule of 3 (10) hour days.**

Based on the additional documentation provided and from a neurological and pain medicine perspective only, the claimant would be able to consistently/reliably perform a work schedule of three 10-hour days.

**RE:  Sabrina Franklin**
**Page 3**

David B. Hoenig, M.D.
Diplomate, American Board of Psychiatry and Neurology, Pain Medicine
Diplomate, American Board of Psychiatry and Neurology, Brain Injury Medicine
California License #82847

DBH/kv