# Exhibit 1



**Exam Coordinators Network**  A division of Genex Services, LLC

Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnimc.com   Web: www.ecnimc.com

**Invoice:  ECN 86666**

**Bill To:**
Allison Porter
The Hartford- Disability
Po Box 14294
Lexington, KY  40512

| | |
|---|---|
| Date | 3/19/2021 |
| Claim # | 9005107566 |
| Date of Loss: | 12/27/2017 |
| ECN # | 170747-1 |
| Account # | |

**Claimant**   Sabrina Franklin

| Date | Description | Amount |
|---|---|---|
| 3/4/2021 | Co-Morbid Panel Peer Review - Long Term Disability: Service Provider: Rajendra K Marwah, MD<br>Specialty: Rheumatology | $1000.00 |
| | SubTotal | $1000.00 |
| | **Final Invoice Total** | **$1000.00** |

**Remit To:**
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA  19087

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Terms:  Net 30 days
Tax Id #: ▇▇▇▇▇▇

03/19/21  13:20:59  1-850-999-0944    →                Stephanie Samuelsohn Page 003



**Exam Coordinators Network**  A division of Genex Services, LLC

Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnims.com   Web: www.ecnims.com

**Invoice:** ==ECN 86612==

**Bill To:**

Allison Porter
The Hartford- Disability
Po Box 14294
Lexington, KY  40512

**Date**  3/18/2021

Claim #          9005107566
Date of Loss:    12/27/2017
ECN #            170747-2
Account #

**Claimant**   Sabrina Franklin

| Date | Description | Amount |
|---|---|---|
| 3/4/2021 | ==Co-Morbid Panel Peer Review - Long Term Disability: Service Provider: David B Hoenig, MD== <br>Specialty: Neurology/Pain Management | $1000.00 |
|  | **SubTotal** | $1000.00 |
|  | ==**Final Invoice Total**== | ==**$1000.00**== |

**Remit To:**
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA  19087

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Terms:  Net 30 days
Tax Id #: ███████

HLAICSFAR001925



**Exam Coordinators Network**   A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 832-8200
Fax: (561) 392-5881

E-mail: info@ecnnow.com   Web: www.ecnnow.com

**Invoice:**  ==ECN 91625==

**Bill To:**

Allison Porter
The Hartford- Disability
Po Box 14294
Lexington, KY  40512

| | |
|---|---|
| Date | 7/22/2021 |
| Claim # | 9005107566 |
| Date of Loss: | 12/27/2017 |
| ECN # | 170747-5 |
| Account # | |

| | **Claimant** | Sabrina Franklin | |
|---|---|---|---|
| 7/7/2021 | ==Addendum Peer - Long Term Disability: Addendum== <br> ==Provider: Rajendra K Marwah, MD== <br> Specialty: Rheumatology | | $175.00 |
| | | **SubTotal** | $175.00 |
| | | **Final Invoice Total** | ==$175.00== |

**Remit To:**
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA  19087

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Terms:  Net 30 days
Tax Id #:

HLAICSFAR002021



**ECN**
Exam Coordinators Network    A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-8200
Fax: (561) 392-5681

E-mail: info@ecnime.com    Web: www.ecnime.com

| **Invoice:** | **ECN 91625** | Date | 7/22/2021 |
|---|---|---|---|

**Bill To:**

Allison Porter
The Hartford- Disability
Po Box 14294
Lexington, KY  40512

| | |
|---|---|
| Claim # | 9005107566 |
| Date of Loss: | 12/27/2017 |
| ECN # | 170747-5 |
| Account # | |

| **Claimant** | Sabrina Franklin | | |
|---|---|---|---|
| 7/7/2021 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Rajendra K Marwah, MD<br>Specialty: Rheumatology | | $175.00 |
| | | **SubTotal** | $175.00 |
| | | **Final Invoice Total** | **$175.00** |

**Remit To:**
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA  19087

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Terms:  Net 30 days
Tax Id #:

HLAICSFAR002021