# Exhibit 2

| | |
|---|---|
| **Invoice    99650-1** | **MLS Group of Companies** |
| Date of Invoice  2/15/2021 | P.O. Box 492417 |
| | Redding CA  96049 |
| | 248-945-9001  Fax:  248-356-6757 |

| | |
|---|---|
| The Hartford DCS | **Case ID:** 9005107566 |
| 1600 SW 80 TERRACE | **Referral ID:** 99650 |
| PLANTATION, FL 33324 | **Name:** SABRINA FRANKLIN |
| | **Employer:** EL RIO HEALTH CENTER |
| **Attention:** | **Physician:** Lucien Parrillo |
| Rejean Resurreccion | **Specialty:** Occupational Medicine |
| | **Svc Date:** 2/15/2021 |

| Item | Rate |
|---|---|
| Peer Review | $705.00 |

| | |
|---|---|
| **Invoice Total** | $705.00 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $705.00 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #:  ▮▮▮▮▮▮▮▮▮         Please make checks payable to:
                                   MLS Group of Companies

HLAICSFAR001867