Kristina N. Holmstrom (SBN 023384)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
Fax: 602-778-3750
kristina.holmstrom@ogletree.com
Attorneys for Defendant Hartford Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sabrina Franklin,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Hartford Life and Accident Insurance Company,<br><br>　　　　Defendant. | No. 4:22-cv-00168-JAS<br><br>**NOTICE OF SETTLEMENT** |

Defendant Hartford Life and Accident Insurance Company, through undersigned counsel, gives notice of the settlement of all claims asserted in this matter. The parties are consummating their agreement, after which a joint stipulation of dismissal with prejudice will be filed.

DATED: February 20, 2024

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:　s/ Kristina N. Holmstrom
　　　Kristina N. Holmstrom
　　　Esplanade Center III, Suite 800
　　　2415 East Camelback Road
　　　Phoenix, AZ 85016
　　　Attorneys for Defendant Hartford Life and Accident Insurance Company

60826354.v1-OGLETREE